**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____   Chapter __7__

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Freight Farms, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-4192543** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **20 Old Colony Avenue**<br>**Suite 201**<br>**Boston, MA 02127**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Suffolk**<br>County | **Location of principal assets, if different from principal place of business**<br>**54,56 & 62 Crawford Street Leominster, MA 01453**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **freightfarms.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Freight Farms, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor    **Freight Farms, Inc.**                                           Case number (*if known*) _____
_____
Name

| List all cases. If more than 1, attach a separate list | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Freight Farms, Inc.** _____    Case number (*if known*) _____
     Name

---

### ■ Request for Relief, Declaration, and Signatures

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 30, 2025** _____
          MM / DD / YYYY

**X** **/s/ Monalisa Shroff** _____    **Monalisa Shroff** _____
    Signature of authorized representative of debtor    Printed name

Title    **CFO** _____

---

| | |
|---|---|
| **18. Signature of attorney** | **X** **/s/ Donald R. Lassman** _____    Date    **April 30, 2025** _____ |

    Signature of attorney for debtor    MM / DD / YYYY

**Donald R. Lassman 545959** _____
Printed name

**Law Office of Donald R. Lassman** _____
Firm name

**P. O. Box 920385**
**Needham, MA 02492** _____
Number, Street, City, State & ZIP Code

Contact phone    **781-455-8400** _____    Email address    **Don@LassmanLaw.com** _____

**545959 MA** _____
Bar number and State

---

ADDITIONAL ASSET LOCATIONS:

241 FRANCIS AVENUE,  MANSFIELD, MA  02048

155 SEWARD ROAD,  RUTLAND,  VT 05701

54 OLD COLONY AVE., SUITE 1B, BOSTON, MA 02127

**Fill in this information to identify the case:**

Debtor name   **Freight Farms, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 30, 2025**      X **/s/ Monalisa Shroff**
                                          Signature of individual signing on behalf of debtor

                                          **Monalisa Shroff**
                                          Printed name

                                          **CFO**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Freight Farms, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals   **12/15**

### Part 1:  Summary of Assets

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................... $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $ _____ 593,916.14

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $ _____ 593,916.14

### Part 2:  Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ _____ 105,000.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ _____ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ _____ 6,905,826.36

4.  **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b   $ _____ 7,010,826.36

**Fill in this information to identify the case:**

Debtor name  **Freight Farms, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Eastern Bank** | **checking** | **5932** | **$25,750.55** |
| 3.2. | **Eastern Bank** | **savings** | **6685** | **$874.59** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$26,625.14**

**Part 2:**      **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
         Description, including name of holder of deposit

| 7.1. | **security deposit for Leominster Lease** | **$32,735.00** |
|---|---|---|

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor      **Freight Farms, Inc.**                                Case number *(If known)* _____
          Name

Description, including name of holder of prepayment
**Letter of credit issued by Eastern Bank for the benefit of debtor's  landlord, National
Development**

8.1.   **Last 4 digits - 3208 - there is $53.40 of interest earned in the letter of credit account that
is available**                                                                                          **$232,838.00**

9.    **Total of Part 2.**                                                                    **$265,573.00**
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        **5,050.00**    -          **0.00**    = ....        **$5,050.00**
                               face amount                doubtful or uncollectible accounts

11b. Over 90 days old:        **289,313.00**    -          **0.00**    =....        **$289,313.00**
                             face amount                 doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                   **$294,363.00**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

19.    **Raw materials**

Debtor      **Freight Farms, Inc.**                                    Case number *(If known)* _____
_____
Name

**raw materials**
**Note - physical**
**inventory was**
**completed as part of**
**2023 audit but the audit**
**was not completed.**
**Raw materials and**
**finished goods include**
**product at Kaylow**
**Technologies, a third**
**party manufacturer**
**location and with whom**
**the debtor is currently**
**engaged in a lawsuit.**
**Book value as of March**
**31, 2025**           **1/11/2024**              **$1,568,888.00**    **Book Value**              **Unknown**

20.    **Work in progress**
       **Work in progress - value**
       **included in raw**
       **materials above**

       **Note - physical**
       **inventory was**
       **completed as part of**
       **2023 audit but the audit**
       **was not completed.**
       **Raw materials and**
       **finished goods include**
       **product at Kaylow**
       **Technologies, a third**
       **party manufacturer**
       **location and with whom**
       **the debtor is currently**
       **engaged in a**
       **lawsuit.Book value as of**
       **March 31, 2025**                                     **$0.00**                      **Unknown**

21.    **Finished goods, including goods held for resale**
       **Finished goods**

       **Note - physical**
       **inventory was**
       **completed as part of**
       **2023 audit but the audit**
       **was not completed.**
       **Raw materials and**
       **finished goods include**
       **product at Kaylow**
       **Technologies, a third**
       **party manufacturer**
       **location and with whom**
       **the debtor is currently**
       **engaged in a**
       **lawsuit.Book value as of**
       **March 31, 2025**           **1/10/2024**              **$2,519,831.00**    **Book Value**              **Unknown**

22.    **Other inventory or supplies**

Debtor    **Freight Farms, Inc.**                              Case number *(If known)* _____
          Name

| Other inventory | ongoing | $50,994.00 | Book Value | Unknown |

**23.** **Total of Part 5.**                                                              | $0.00 |

Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **includes fixtures and office equipment** | $51,643.00 | Net Book Value | Unknown |

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**                                                              | $0.00 |

Add lines 39 through 42.  Copy the total to line 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

Debtor   **Freight Farms, Inc.**                                    Case number *(If known)* _____
         <sub>Name</sub>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Research Farms** | **$182,598.00** | Net Book Value | Unknown |

**51. Total of Part 8.**                                                                                  $0.00

Add lines 47 through 50.  Copy the total to line 87.

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>**see attached list**<br>**updated as of November 2024.** | **$0.00** | | Unknown |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |

Debtor    **Freight Farms, Inc.**                                    Case number *(If known)* _____
              Name

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                    | **$0.00** |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                    **Current value of debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

       **see attached list of vendor credits owed to the debtor.**                    **$7,355.00**

       | Nature of claim | **credits from vendors** |
       | --- | --- |
       | Amount requested | **$7,355.00** |

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                   | **$7,355.00** |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Freight Farms, Inc.**                                    Case number *(If known)* _____
         _____
         Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $26,625.14 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $265,573.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $294,363.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $7,355.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $593,916.14 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $593,916.14 |

# FREIGHT FARM PATENT FAMILIES

Document   Page 15 of 223

1.  Insulated Shipping Containers Modified for High-Yield Plant Production Capable In Any Environment (AU/AU DIV, CA, EP, JP, KR [withdrawn], QA [lapsed], AE, PCT [completed], US PROV [expired], 3 US UTIL, US CON)

2.  Vertical Assembly for Growing Plants (AU [abandoned], EP, JP, AE, PCT [completed], US PROV [expired], 2 US UTIL)

3.  Insulated Shipping Containers Modified for High-Yield Fungi Production Capable In Any Environment (US PROV [expired], 2 US UTIL)

4.  Modular Farm Control and Monitoring System (AU, EP, AE, JP [abnd], JP DIV, PCT [completed], US PROV [expired], US UTIL)

5.  Modular Farm with Carousel System (CA, EP, JP, AE, PCT [completed], US PROV [expired], US UTIL)

6.  Hub and Spoke Modular Farm System (BH, CA, EP, IL, JP, KW, QA, SA, PCT [completed], US PROV [expired], US UTIL; US CIP)

7.  Closed Farm with Air Flow Control (US PROV [expired], US UTIL)

8.  Systems and Methods for Controlling and Monitoring Farms (US PROV [expired], US UTIL, PCT [completed], EP)

9.  Vertical Farming and Watering System and Methods of Making and Use Therefor (US PROV [expired], US UTIL, PCT [complete], CA, EP, IN, MX)

10. Farm Structure (US DESIGN, 4 EP DESIGNS; 4 UK DESIGNS)

11. Modular Farm and Methods of Making and Use Thereof (US PROV [expired], PCT)

12. Seedling Machine and Methods of Use Thereof (US PROV [expired], PCT)

13. Farm Structure (ALL DESIGN: US, MX, UKx2, EUx2, CA)

14. Containerized Farm Components and Fixtures (US PROV)

3

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION

**Vendor credits**

| Vendor | Current | 1 to 30 | 31 to 60 | 61 to 90 | 91+ | Total |
|---|---|---|---|---|---|---|
| BARD MANUFACTURING COMPANY, IN | - | - | - | - | (4,772) | (4,772) |
| Intertek Testing Services NA Ltd. | - | - | - | - | (1,753) | (1,753) |
| McMaster Carr | - | 1,401 | - | - | (2,232) | (830) |
| | | | | | | |
| **Total** | | | | | | **(7,355)** |

# Accounts Receivable Aging Detail

Freight Farms, Inc.
As of April 24, 2025
Aging by due date

| Contact | Invoice Date | Due Date | Invoice Number | Invoice Reference | Current |
|---|---|---|---|---|---|
| Abundant Life Farm | 03 Feb 2025 | 13 Feb 2025 | INV-3573 | Storage | 0.00 |
| Abundant Life Farm | 04 Mar 2025 | 14 Mar 2025 | INV-3619 | Storage | 0.00 |
| Attleboro Public Schools | 08 Aug 2024 | 18 Aug 2024 | INV-3389 | Delivery Deposit | 0.00 |
| Attleboro Public Schools | 29 Aug 2024 | 09 Sep 2024 | INV-3409 | Final Delivery | 0.00 |
| Attleboro Public Schools | 09 Sep 2024 | 23 Sep 2024 | INV-3420 | Structural Consulting | 0.00 |
| Barry Rasch | 10 May 2022 | 10 Jun 2022 | INV-1618 | Storage | 0.00 |
| Barry Rasch | 31 May 2022 | 06 Jul 2022 | INV-1710 | Storage | 0.00 |
| Barry Rasch | 30 Jun 2022 | 30 Jul 2022 | INV-1822 | Storage | 0.00 |
| Barry Rasch | 31 Jul 2022 | 31 Aug 2022 | INV-1874 | Storage | 0.00 |
| Barry Rasch | 31 Dec 2024 | 31 Dec 2024 | INV-3529 | Storage | 0.00 |
| Barry Rasch | 06 Jan 2025 | 16 Jan 2025 | INV-3511 | Storage | 0.00 |
| Barry Rasch | 03 Feb 2025 | 13 Feb 2025 | INV-3576 | Storage | 0.00 |
| Barry Rasch | 04 Mar 2025 | 14 Mar 2025 | INV-3622 | Storage | 0.00 |
| Barry Rasch | 01 Apr 2025 | 10 Apr 2025 | INV-3636 | Storage | 0.00 |
| Cardona Farms | 01 Jul 2024 | 10 Aug 2024 | INV-3355 | Delivery | 0.00 |
| Cardona Farms | 01 Aug 2024 | 10 Sep 2024 | INV-3381 | Delivery | 0.00 |
| Cardona Farms | 01 Sep 2024 | 10 Oct 2024 | INV-3411 | Delivery | 0.00 |
| Cardona Farms | 01 Oct 2024 | 10 Nov 2024 | INV-3443 | Delivery | 0.00 |
| Cardona Farms | 01 Nov 2024 | 10 Dec 2024 | INV-3465 | Delivery | 0.00 |
| Cardona Farms | 01 Dec 2024 | 10 Jan 2025 | INV-3490 | Delivery | 0.00 |
| Cardona Farms | 01 Jan 2025 | 10 Feb 2025 | INV-3504 | Delivery | 0.00 |
| Cheyne Ogilvie Farms Ltd | 26 Oct 2022 | 06 Nov 2022 | INV-2099 | Delivery Deposit | 0.00 |
| Cheyne Ogilvie Farms Ltd | 04 Nov 2022 | 14 Nov 2022 | INV-2121 | Final Delivery | 0.00 |
| Cornucopia Farms LLC | 06 Jan 2025 | 13 Jan 2025 | INV-3514 | Storage | 0.00 |
| Cornucopia Farms LLC | 03 Feb 2025 | 13 Feb 2025 | INV-3578 | Storage | 0.00 |
| CPEN | 06 Jan 2025 | 13 Jan 2025 | INV-3516 | Storage | 0.00 |
| CPEN | 03 Feb 2025 | 13 Feb 2025 | INV-3580 | Storage | 0.00 |
| CPEN | 04 Mar 2025 | 14 Mar 2025 | INV-3618 | Storage | 0.00 |
| CPEN | 01 Apr 2025 | 10 Apr 2025 | INV-3638 | Storage | 0.00 |
| Fox Run Developers Limited | 10 May 2022 | 10 Jun 2022 | INV-1619 | Storage | 0.00 |
| Greenhill Farm LLC. | 10 Jun 2022 | 20 Jun 2022 | INV-1727 | Delivery Deposit | 0.00 |
| Greenhill Farm LLC. | 30 Jun 2022 | 10 Jul 2022 | INV-1789 | Final Delivery | 0.00 |
| La Sierra University | 20 Apr 2025 | 25 Apr 2025 | INV-3649 | April 2025 Extended Warranty | 150.00 |
| Lettuce Sustain Us LLC. | 01 Apr 2025 | 10 Apr 2025 | INV-3635 | Storage | 0.00 |
| Mashantucket Pequot Tribal Nation / Foxwoods Resort Cas | 21 Nov 2024 | 01 Dec 2024 | INV-3488 | Delivery Deposit | 0.00 |
| Mashantucket Pequot Tribal Nation / Foxwoods Resort Cas | 19 Dec 2024 | 29 Dec 2024 | INV-3500 | Final Delivery | 0.00 |
| Ogtay Gasimzada | 27 Dec 2022 | 07 Jan 2023 | INV-2273 | Delivery Deposit | 0.00 |
| Ogtay Gasimzada | 18 Jan 2023 | 28 Jan 2023 | INV-2319 | Delivery Deposit | 0.00 |
| Produce Purpose | 12 Aug 2024 | 22 Aug 2024 | INV-3394 | Final Delivery | 0.00 |
| Route 1 | 25 Jan 2024 | 15 Feb 2024 | INV-3193 | Custom Vinyl Wrap | 0.00 |
| Route 1 | 22 Apr 2024 | 02 May 2024 | INV-3271 | Final Delivery | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| San Antonio Ballet School | 15 Aug 2022 | 25 Aug 2022 | INV-1894 | Delivery Deposit | 0.00 |
| San Antonio Ballet School | 06 Sep 2022 | 16 Sep 2022 | INV-1967 | Final Delivery | 0.00 |
| Tuskegee University | 01 Apr 2025 | 10 Apr 2025 | INV-3640 | Storage | 0.00 |
| University College London | 17 Apr 2025 | 30 Apr 2025 | INV-3648 | Storage April 2025 | 300.00 |
| USVI Department of Education c/o McConnell & Jones LLF | 30 Sep 2024 | 31 Dec 2024 | INV-3442 | 100%-1st Deposit | 0.00 |
| Watertown Public Schools | 01 Apr 2025 | 10 Apr 2025 | INV-3644 | Storage | 0.00 |
| West End House Boys & Girls Club | 04 Mar 2025 | 14 Mar 2025 | INV-3624 | Storage | 0.00 |
| West End House Boys & Girls Club | 01 Apr 2025 | 10 Apr 2025 | INV-3643 | Storage | 0.00 |
| **Total** | | | | | **450.00** |
| **Total** | | | | | **450.00** |
| **Percentage of total** | | | | | **0.15%** |

| 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Older | Total |
|---:|---:|---:|---:|---:|
| 0.00 | 0.00 | 300.00 | 0.00 | 300.00 |
| 0.00 | 300.00 | 0.00 | 0.00 | 300.00 |
| 0.00 | 0.00 | 0.00 | 6,155.00 | 6,155.00 |
| 0.00 | 0.00 | 0.00 | 6,155.00 | 6,155.00 |
| 0.00 | 0.00 | 0.00 | 1,345.50 | 1,345.50 |
| 0.00 | 0.00 | 0.00 | 800.00 | 800.00 |
| 0.00 | 0.00 | 0.00 | 200.00 | 200.00 |
| 0.00 | 0.00 | 0.00 | 200.00 | 200.00 |
| 0.00 | 0.00 | 0.00 | 200.00 | 200.00 |
| 0.00 | 0.00 | 0.00 | 2,000.00 | 2,000.00 |
| 0.00 | 0.00 | 0.00 | 200.00 | 200.00 |
| 0.00 | 0.00 | 200.00 | 0.00 | 200.00 |
| 0.00 | 200.00 | 0.00 | 0.00 | 200.00 |
| 200.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| 0.00 | 0.00 | 0.00 | 400.00 | 400.00 |
| 0.00 | 0.00 | 0.00 | 400.00 | 400.00 |
| 0.00 | 0.00 | 0.00 | 400.00 | 400.00 |
| 0.00 | 0.00 | 0.00 | 400.00 | 400.00 |
| 0.00 | 0.00 | 0.00 | 400.00 | 400.00 |
| 0.00 | 0.00 | 0.00 | 400.00 | 400.00 |
| 0.00 | 0.00 | 400.00 | 0.00 | 400.00 |
| 0.00 | 0.00 | 0.00 | 9,500.00 | 9,500.00 |
| 0.00 | 0.00 | 0.00 | 14,880.00 | 14,880.00 |
| 0.00 | 0.00 | 0.00 | 600.00 | 600.00 |
| 0.00 | 0.00 | 600.00 | 0.00 | 600.00 |
| 0.00 | 0.00 | 0.00 | 300.00 | 300.00 |
| 0.00 | 0.00 | 300.00 | 0.00 | 300.00 |
| 0.00 | 300.00 | 0.00 | 0.00 | 300.00 |
| 300.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| 0.00 | 0.00 | 0.00 | 800.00 | 800.00 |
| 0.00 | 0.00 | 0.00 | 1,935.00 | 1,935.00 |
| 0.00 | 0.00 | 0.00 | 2,580.00 | 2,580.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| 400.00 | 0.00 | 0.00 | 0.00 | 400.00 |
| 0.00 | 0.00 | 0.00 | 718.80 | 718.80 |
| 0.00 | 0.00 | 0.00 | 990.00 | 990.00 |
| 0.00 | 0.00 | 0.00 | 12,192.00 | 12,192.00 |
| 0.00 | 0.00 | 0.00 | 18,768.00 | 18,768.00 |
| 0.00 | 0.00 | 0.00 | 1,060.00 | 1,060.00 |
| 0.00 | 0.00 | 0.00 | 8,500.00 | 8,500.00 |
| 0.00 | 0.00 | 0.00 | 2,700.00 | 2,700.00 |

| | | | | |
|---:|---:|---:|---:|---:|
| 0.00 | 0.00 | 0.00 | 4,620.00 | 4,620.00 |
| 0.00 | 0.00 | 0.00 | 4,620.00 | 4,620.00 |
| 200.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| 0.00 | 0.00 | 0.00 | 184,900.00 | 184,900.00 |
| 300.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| 0.00 | 300.00 | 0.00 | 0.00 | 300.00 |
| 300.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| **1,700.00** | **1,100.00** | **1,800.00** | **289,319.30** | **294,369.30** |
| **1,700.00** | **1,100.00** | **1,800.00** | **289,319.30** | **294,369.30** |
| **0.58%** | **0.37%** | **0.61%** | **98.28%** | **100.00%** |

**Fill in this information to identify the case:**

Debtor name **Freight Farms, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  Airport Realty Trust**
Creditor's Name

**188 Debbbie Drive**
**Leominster, MA 01453**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**security deposit for Leominster Lease**

Describe the lien
**security deposit**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☐ Disputed

| | **Unknown** | **$32,735.00** |
|---|---|---|

**2.2  National Development**
Creditor's Name

**360 Longwood Avenue**
**Boston, MA 02115**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**Letter of credit issued by Eastern Bank for the benefit of debtor's landlord, National Development**
**Last 4 digits - 3208 - there is $53.40 of interest earned in the letter of credit account that is available**

Describe the lien
**letter of credit for benefit of landlord**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| | **Unknown** | **$232,838.00** |
|---|---|---|

Debtor    **Freight Farms, Inc.**                                      Case number (if known) _____
_____
Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **TVT Capital Source LLC** | Describe debtor's property that is subject to a lien | $105,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**881 Baxter Drive
STE 100
South Jordan, UT 84095**

Creditor's mailing address

**all assets**

Describe the lien

**Security Agrement - No recorded UCC or recording at USPTO**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $105,000.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name __**Freight Farms, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF MASSACHUSETTS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**4DNXT Capital, LLC**
**21 Sears Road**
**Brookline, MA 02445**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Equity**__

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $153.00 |
|---|---|---|---|

**5W Public Relations**
**299 Park Avenue 10th Floor**
**New York, NY 10171**

Date(s) debt was incurred __2023__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Trade debt**__

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AaronThornton**
**1 Bethel Valley Road**
**Oak Ridge, TN 37830**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Customer**__

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,075.77 |
|---|---|---|---|

**Accelerated Services Inc.**
**158-2 Remington Boulevard**
**Ronkonkoma, NY 11779**

Date(s) debt was incurred __2023__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __**Trade debt**__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Freight Farms, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,150.00** |
|---|---|---|---|

**Accutemp Engineering**
**100 Maple St**
**Bldg B**
**Stoneham, MA 02180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adam Quinones**
**40311 16th St W**
**Palmdale, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adasha Turner**
**7510 Olympic Drive**
**Everett, WA 98203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$152.82** |
|---|---|---|---|

**Admiral Metals**
**11 Forbes Road**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,761.99** |
|---|---|---|---|

**AFC Worldwide Express, Inc.**
**PO Box 405939**
**Atlanta, GA 30384-5939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Agile Education Marketing**
**700 17th St.**
**Suite 2250**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$502,951.39** |
|---|---|---|---|

**AGRINAM INVESTMENTS, LLC**
**Homero 109, Despacho 1602, Col. Polanco.**
**Mexico**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Unsecured debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.12**

**Nonpriority creditor's name and mailing address**
**Agrowtek**
**173 Ambrogio Dr**
**Ste A**
**Brookfield, WI 53045**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,740.24**

---

**3.13**

**Nonpriority creditor's name and mailing address**
**Aguam,Julia**
**31 Cunard St Apt 4**
**Boston, MA 02120-2125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.14**

**Nonpriority creditor's name and mailing address**
**Ahmed Rafiu**
**Salzmen pvt ltd, 4/3 faamdheyrige, Faamd**
**Maldives**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.15**

**Nonpriority creditor's name and mailing address**
**Air Distribution Concepts, Inc.**
**204 Hallberg Street**
**Unit A, B**
**Delavan, WI 53115**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$14,697.39**

---

**3.16**

**Nonpriority creditor's name and mailing address**
**AjayNagarkatte**
**224 N. Elm St.**
**Hinsdale, IL 60521**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.17**

**Nonpriority creditor's name and mailing address**
**AlanaPakkala**
**1288 ALA MOANA BLVD**
**SUITE 201**
**HONOLULU, HI 96814**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.18**

**Nonpriority creditor's name and mailing address**
**AlejandroMadrazo**
**Homero 109. Despacho 1602. Col. Polanco**
**Mexico**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Freight Farms, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexandra Basquette**
**9 Saint Peter St**
**Apt 6**
**Boston, MA 02130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AlexandraArmstrong**
**45 Thundercreek Place**
**Spring, TX 77381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexandre Allouches**
**Jal el DIB HWY, Beirut VG9G+476**
**Lebanon**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AlexSchmittendorf**
**100 James E Casey Drive**
**Buffalo, NY 14206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AlexSchmittendorf**
**100 James E Casey Drive**
**Buffalo, NY 14206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aliaxis Ventures SA**
**Avenue Arnaud Fraiteur 15-23**
**1050 Brussels**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alkaline Investment Partners**
**2201 Waukegan Road**
**Suite 175**
**Bannockburn, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | |
|---|---|---|
| | Name | |
| | | Case number (if known) _____ |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Allardi,Alexander**
**5 Mulberry St**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AllisonDeHonney**
**85 Silo City Row**
**Buffalo, NY 14203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Almeida,Luciana O**
**202 West Broadway St**
**#2**
**Boston, MA 02127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72,279.14**

**Alternative Manufacturing, Inc.**
**30B Summer St**
**Winthrop, ME 04364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**
Last 4 digits of account number _____

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alves,Nicole**
**125 Beale st**
**Apt C**
**Quincy, MA 02170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amanvir Mundra**
**45 Observatory Lane. Richmond Hill, Onta**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,943.08**

**American Bright Optoelectronics Corp.**
**13815 Magnolia Avenue**
**Suite C**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number _____

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Freight Farms, Inc.**                                        Case number *(if known)* _____
         Name

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amsterdam,Benjamin**
**90 Wareham St**
**UNIT 216**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amy Doklovic**
**245 Wood Creek Court**
**Chapel Hill, NC 27516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andr s Gonz lez Bonilla**
**PO Box 143466**
**Arecibo, PR 00614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andraya Yousfi**
**500 North Laramie Avenue**
**Chicago, IL 60644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andre McFadden**
**4821 Avenue W**
**Birmingham, AL 35208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AndreaHoward**
**105 Allston St.**
**Allston, MA 02134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andreas MKogelnik**
**1143 Webster St**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Andrew Hopkin**<br>618 Grove St<br>Framingham, MA 01701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Equity** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Andrew O'Guin**<br>6630 Lee Drive<br>Waterloo, IL 62298 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.42**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **AndrewFreitag**<br>4237 regency ct<br>Davenport, IA 52806 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.43**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Angel Cabiya**<br>PO Box 1752<br>Ciales, PR 00638 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.44**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Angel J. Padilla Ortiz**<br>Bo. Dos Bocas 2 Sect. Miranda Carr. 807<br>Corozal, PR 00783 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **AngelaCostanzo**<br>5250 Fieldston Road<br>Bronx, NY 10471 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Anmol Mehra**<br>2403 East 14th Street<br>Austin, TX 78702 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Equity** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Freight Farms, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**AnneEspenan**
**8200 S. Quebec St A3 119**
**Centennial, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Annino,Michael**
**6306 Thompson Farm**
**Bedford, MA 01730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**AnnMcGlynn**
**PO Box 2332**
**Davenport, IA 52809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**AnsonCox**
**6515 A C Smith Road**
**Dawsonville, GA 30534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**AnthonyGentile**
**West Side Dining 2nd fl.**
**Stony Brook, NY 11794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**AnthonyRahe**
**101 West Carimona Street**
**Wykoff, MN 55990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Antunes,Debora Patricia**
**151 Forest Grove ave**
**Wrentham, MA 02093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AracelyNajera**
**18115 County Road 125**
**Pearland, TX 77581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $491,942.96 |
|---|---|---|---|

**Arent Fox LLP**
**1717 K Street, NW**
**P.O. Box 7247**
**Washington, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ArjunKumar**
**9B Wood Street. 5th Floor. Kolkata 70001**
**India**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ArthurShavers**
**39062 E Knieriem Rd**
**Corbett, OR 97019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ArunYenumula**
**1649 215th Place Southeast**
**Sammamish, WA 98075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arvind,Anagha**
**75 Main Cir**
**Shrewsbury, MA 01545-3350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Asevedo,Gabriel Augusto**
**68 Broadway, Apt 1**
**Somerville, MA 02145-3372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.61** | Nonpriority creditor's name and mailing address
**AshChan**
800 East 4th St
Los Angeles, CA 90013

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address
**AshishKoshy**
3405 Mountain House Road. Willams Lake,
Canada

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address
**Ashley Burris**
718 Brook Manor Court
O'Fallon, MO 63367

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address
**Ashton Julian**
2035 South Florida Way
Fayetteville, AR 72701

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address
**Association of Zoos & Aquariums**
8403 Colesville Road
STE 710
Silver Spring, MD 20910

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$6,485.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address
**Asymmetry Ventures Master Syndicate LLC**
8 The Green
Suite #13283
Dover, DE 19901

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equity**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address
**AugustPeterson**
65528 Halvorsen Lane
Ione, OR 97843

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Austin Eriksson** | ☐ Contingent | |
| | **18111 Nordhoff Street** | ☐ Unliquidated | |
| | **Vallera 325** | ☐ Disputed | |
| | **Northridge, CA 91330-8219** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **AutumnJackson** | ☐ Contingent | |
| | **145 Park St.** | ☐ Unliquidated | |
| | **DeFuniak Springs, FL 32435** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **AviadSheinfeld** | ☐ Contingent | |
| | **2675 Independence Ave** | ☐ Unliquidated | |
| | **Glenview, IL 60026** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $154.73 |
| | **Babatunde Adegboyega** | ☐ Contingent | |
| | **410 Old Pennywell Road. St John's, Newfo** | ☐ Unliquidated | |
| | **Canada** | ☐ Disputed | |
| | Date(s) debt was incurred  **2023** | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **BabatundeAdegboyega** | ☐ Contingent | |
| | **410 Old Pennywell Road. St John's, Newfo** | ☐ Unliquidated | |
| | **Canada** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
| | **Baker Tilly WM LLP** | ☐ Contingent | |
| | **400 Burrard St. Suite 900. Vancouver, Br** | ☐ Unliquidated | |
| | **Canada** | ☐ Disputed | |
| | Date(s) debt was incurred  **2024** | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Baker,Derek J** | ☐ Contingent | |
| | **258 Sprague Street** | ☐ Unliquidated | |
| | **Dedham, MA 02026** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Employee** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Freight Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Balaji,Anjuvarshini**
**34 Jonathan Circle**
**Merrimack, NH 03054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BambiDeLaRosa**
**5140 County Road 177**
**Celina, TX 75009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105,290.00**

**BARD MANUFACTURING COMPANY, INC.**
**PO BOX 73293-N**
**Cleveland, OH 44193-0814**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Barnes,Jacy**
**50 Rutland Sq**
**#1**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Barrett,Edward John**
**1876 Nicole Dr**
**Dresher, PA 19025-1438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BarryRasch**
**4602 52nd St. Thorsby, Alberta T0C 2P0**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Basquette,Alexandra**
**9 Saint Peter St**
**Apt 6**
**Boston, MA 02130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Freight Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Beas Cheekhooree**
**Industrial Zone. Royal Road. Gros Caillo**
**Mauritius**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BeckyWills**
**17501A**
**Francis Harrell Rd**
**Elberta, AL 36530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ben Chigier**
**PO Box 540**
**Portsmouth, NH 03802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BenjaminDotson**
**12405 184th St E**
**Puyallup, WA 98374-9135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BethzaidaRivera**
**75 Piedmont Ave NE, Suite 731**
**Atlanta, GA 30303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bigrentz**
**3333 Michelson Drive**
**Suite 420**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **rental of forklift**
**returned early - no sum  should be du**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BillBagby**
**500 South Glover Avenue**
**Urbana, IL 61802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Freight Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.89** | Nonpriority creditor's name and mailing address
**BlakeTate**
**14244 Tern Drive**
**Colorado Springs, CO 80921**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address
**Bliss,Marc**
**81 Lexington Ave**
**Somerville, MA 02144**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address
**BLP Cleaning Services Inc**
**39 Imperial Avenue**
**Leominster, MA 01453**

Date(s) debt was incurred  **2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*         **$400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address
**BobMartin**
**605 W Eichel Ave**
**Evansville, IN 47710**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address
**Botran,Adrian Francisco Gerard**
**21 Chauncy St, Apt 24**
**Cambridge, MA 02138-2460**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address
**Brad Bell**
**863 Cooke Road. RR#1. Stirling, Ontario**
**Canada**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address
**Brad McNamara**
**460 Harrison Ave**
**Apt 403**
**Boston, MA 02118**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equity**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brandi Lasure**
**2511 Lockhart Way. Cold Lake. Alberta T9**
**Canada**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brandly,Matthew**
**65 Langdon St**
**Apt 6**
**Cambridge, MA 02138**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BrandonCunningham**
**7678 Park Ave**
**Lowville, NY 13367**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,750.00 |
|---|---|---|---|

**Brava Brands LLC**
**11701 Old Bee Caves Road**
**Ste 215**
**Austin, TX 78738**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BrendanRyan**
**115 A Street**
**Framingham, MA 01701**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BrentKorte**
**5401 music lane**
**Lincoln, NE 68516**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brett Roberts**
**191 Arcade Ave**
**Seekonk, MA 02771-5005**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,921.27**

**BREX**
**650 S 500 W**
**Suite 209**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brian Potts**
**320 Conant Rd**
**Weston, MA 02493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Equity__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brian Quick**
**18 Opal Circle**
**Franklin, MA 02038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Equity__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BrianManhardt**
**21 Large Mouth Ct**
**Defiance, MO 63341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BrianSummer**
**900 N Stratford Road**
**Winston-Salem, NC 27104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BrittanyMoreland**
**131 Lower Luther Rd**
**Red Lodge, MT 59068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BrittonDecker**
**8720 Bradford Bloomer Rd**
**Bradford, OH 45308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Freight Farms, Inc.**
_____   Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**BrocSandelin**
**700 E Butler Ave**
**Doylestown, PA 18901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**BryanFlower**
**180 West Stadium Dr.**
**Attn: Bryan Flower**
**Dekalb, IL 60115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**BuddyColeman**
**1740 Ohio Avenue South**
**Live Oak, FL 32064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Burton Buffaloe**
**606 CHAMBERLAIN ST**
**Raleigh, NC 27607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Byrne,John**
**1 Blue Slip**
**Apartment 26N**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**C/O Doreen Abubakar LLC CPEN Inc.**
**157 Church St.**
**19th Floor**
**New Haven, CT 06510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Cabrera,Jaeson David**
**66 W 7th St**
**Boston, MA 02127-2511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Freight Farms, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| | **Cal Poly Pomona ATTN: Kelsey Swayze**<br>**3801 W. Temple Avenue**<br>**Pomona, CA 91768** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Customer** | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| | **Callie Bush**<br>**21 Trotter Drive**<br>**Medway, MA 02053** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Customer** | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| | **CalumBarnes**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Customer** | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$12,500.00** |
| | **Cambridge Healthtech Institute**<br>**250 First Avenue**<br>**Suite 300**<br>**Needham, MA 02494** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date(s) debt was incurred**  **2025** | **Basis for the claim:**  **Trade debt** | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| | **Carlat,Sophia Melly**<br>**9 Old Wharf Rd**<br>**West Newbury, MA 01985-1434** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Employee** | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| | **CarlGrebing**<br>**R rstrandsgatan 29. Stockholm 13 41**<br>**Sweden** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Customer** | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| | **Carlos J. Ibarrondo Gonzalez**<br>**Bo. Mirabales Quebrada Las Ca as km 8.4**<br>**San Sebastian, PR 00685** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Customer** | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | Freight Farms, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.124** | Nonpriority creditor's name and mailing address

**Carlos Leal Garcia**
**Bo. Carr. 833 km 8.1 Int. Lote 17 Canta**
**Guaynabo, PR 00969**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address

**Caroline Blanchard**
**101 Funchess Hall**
**Auburn, AL 36849**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address

**CarolineBeaton**
**81 Winter Street**
**Haverhill, MA 01830**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address

**CAROLYNvan de rostyne**
**14760 PRATOR STREET**
**Anchorage, AK 99516**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address

**Carrie Endries**
**10 Post Office Square**
**Suite N1010**
**Boston, MA 02109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equity**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address

**Cascio,John-Michael**
**19 Colby St.**
**Medford, MA 02155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address

**Cate Arnold**
**78 Avenue Louis Pasteur**
**Boston, MA 02115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Freight Farms, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.131**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**CeciliaDel Cid**
**90 Everett Avenue**
**Suite 10**
**Chelsea, MA 02150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Chad & MelissaKruse**
**9338 Dahlberg Rd**
**0**
**Franktown, CO 80116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**ChadRandal**
**40191 Retreat Road. Rockview County, Alb**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,808.00 |
|---|---|---|

**Changzhou Dengyue Polymer Group Co.,ltd**
**No.209 Fumin Road Lucheng Street Wujin D**
**China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Charles Luster**
**120 Cataract Street**
**Worcester, MA 01602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $642.40 |
|---|---|---|

**Charter Link Logistics Group**
**199 Jericho Turnpike**
**Suite 300**
**Floral Park, NY 11001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**CheyneOgilvie**
**108 North Front Street. Pense, Saskatche**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Childs,Benjamin**
**140 Rublee St**
**Arlington, MA 02476-5647**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Employee__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ChrisMansfield**
**1999 Burdett Avenue**
**Troy, NY 12180**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ChristianLangevin**
**3355 Chemin Marlington. Ogden, Quebec J0**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ChristinePerme**
**3209 Menlo Avenue**
**Cincinnati, OH 45208**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christodoulou,Emilios Charalambos**
**57 Cotting St**
**Medford, MA 02155-4301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Employee__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Donnelly**
**20 warren st.**
**Boston, MA 02135**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ChristopherHart**
**116 Long Pond Road**
**Plymouth, MA 02360**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Freight Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**ChristopherHart**
232 Beaver Dam Road
Plymouth, MA 02360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**ChristopherPapouras**
22800 Fox Ave
Euclid, OH 44123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**ChristopherRampone**
3 Beauview Drive
Chelsea, ME 04330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**ChristopherRivera**
78 Sutton Drive
VERNON ROCKVL, CT 06066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Christy Miller**
400 Celebration Place
Kissimmee, FL 34747

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**ChristyHalbert**
294 Myers Rd
Brooksville, FL 34602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**ChrisWard**
79 Groton Road
Nashua, NH 03062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.152**

**Nonpriority creditor's name and mailing address**
**Chubb Commercial Insurance**
**PO Box 382001**
**Pittsburgh, PA 15250**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,549.00**

---

**3.153**

**Nonpriority creditor's name and mailing address**
**CicilyArnsworth**
**3003 Thanksgiving Way**
**Lehi, UT 84043**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154**

**Nonpriority creditor's name and mailing address**
**Cision US Inc.**
**12051 Indian Creek Court**
**Beltsville, MD 20705**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,940.00**

---

**3.155**

**Nonpriority creditor's name and mailing address**
**Citara Systems**
**65 Boston Post Road West**
**Ste 350**
**Marlborough, MA 01752**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,750.00**

---

**3.156**

**Nonpriority creditor's name and mailing address**
**ClaireD'Antonio**
**19040 Graystone Rd**
**White Hall, MD 21161**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157**

**Nonpriority creditor's name and mailing address**
**ClaireMcgale**
**303 Homestead Ave**
**Holyoke, MA 01040**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.158**

**Nonpriority creditor's name and mailing address**
**Clarita Sanchez**
**10209 Fossmoor St.**
**Austin, TX 78717**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Freight Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Clark Porter
1539 Thurston Ave
Unit D
Honolulu, HI 96822

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,480.93**

Climactiva Group, LLC
BOX 366937
San Juan, PR 00936

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

CodiWhittaker
PO Box 30828. George Town KY1-1204
Grand Cayman

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Coffin,Austin
548 E Broadway Apt 1
Boston, MA 02127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

Connexus Manufacturing LLC
312 Main Street
Hudson, MA 01749

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,214.00**

Connor Group Global Services, LLC
DEPT 3748 P.O. Box 123748
Dallas, TX 75312-3748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Connor Langridge
1478 North Hill Drive. Swift Current. Sa
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Connor Stoilov**
**320 Southgate Drive. Bedford, Nova Scoti**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ConstanceCollins**
**217 Northwest 15th Street**
**0**
**Miami, FL 33136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $906.36 |
|---|---|---|---|

**Controller Service & Sales**
**13 Robbie Road**
**Avon, MA 02322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,700.00 |
|---|---|---|---|

**Convention Management Group Inc**
**1430 Spring Hill Road**
**6th Floor**
**McLean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Coombs,Karen**
**6 Little River Rd**
**Kingston, NH 03848-3116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cope,Brian**
**54 Green St #3**
**Jamaica Plain, MA 02130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CorrieCotton**
**Student Development Center**
**Suite 1160**
**Princess Anne, MD 21853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.173** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Corwin,Garrett**
**302 Rainbow Way**
**Durham, NC 27707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**COURTNEYLAYTON**
**5764 RONNIE HILL LN**
**Ferndale, WA 98248**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Coward & Schwartz-Sax**
**3904 N Druid Hills Rd**
**#366**
**Decatur, GA 30033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Equity**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cowley,Jacob Thomas**
**216 Cedar St**
**Apt 3**
**Somerville, MA 02145**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Craigvan der Merwe**
**230-2270 Cliffe Avenue. Courtenay. Briti**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Crochon,Louise Marie**
**53 Fort Avenue**
**Unit 1**
**Roxbury, MA 02119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cuddeback,Phillip**
**305 River Rd**
**Apt. B**
**Eliot, ME 03903**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.180** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Curtis Whittaker**
**656 Carolina Street**
**Gary, IN 46402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Dagres,Ava**
**78 Merriam St**
**Weston, MA 02493-1319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**DakotaStaggs**
**215 Centennial Mall South**
**200**
**Lincoln, NE 68508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Dan Marino**
**122 PAUL GORE ST**
**Unit 3**
**JAMAICA PLAIN, MA 02130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**DanCornish**
**11801 La Barzola Bend**
**Austin, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**DanielleAhern**
**57 River Road**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**DanielThayer**
**654 Boundary Boulevard**
**Rotonda West, FL 33947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DanielWalsh**
**14127 Leavitt Avenue**
**Dixmoor, IL 60406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DaphneCook**
**1234 East Hartman Avenue**
**Omaha, NE 68110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DarcyThring**
**072973 Southgate Sideroad 07. Proton Sta**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DaveRuhl**
**4200 Cheyenne Mountain Zoo Road**
**Colorado Springs, CO 80906**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Mangus**
**470 Forest Ave**
**Brockton, MA 02301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Payne**
**19250 Stranger Rd**
**Leavenworth, KS 66048**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Ridill**
**14 Orlando Street**
**South Portland, ME 04106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Equity__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DavidBuuck**
**426 Constance Ave**
**Fort Wayne, IN 46805**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DavidGoodman**
**1223 Saturn Drive**
**Nashville, TN 37217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DavidGoodman**
**610 Glenpark Ct**
**Nashville, TN 37217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DavidLarsen**
**7097 South Kline Street**
**Littleton, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DavidLoop**
**5740 Morton Rd.**
**Springville, NY 14141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DavidWofford**
**50 Chieftain Way**
**Chickasaw, AL 36611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Davis,Benjamin John**
**24A Prentiss Street**
**Apt. 3**
**Cambridge, MA 02140**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Employee__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$359.17** |
|---|---|---|---|

**DB Roberts, Inc.**
**54 Jonspin Road**
**Wilmington, MA 01887**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Basis for the claim:  Trade debt**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DeanneGoldston**
**30 Common Street**
**Watertown, MA 02458**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Basis for the claim:  Customer**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DeanWatterud**
**31 Creek CT**
**Santa Rosa Beach, FL 32459**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Basis for the claim:  Customer**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,643.00** |
|---|---|---|---|

**Decko Products**
**45 Maryland Ave E**
**Saint Paul, MN 55117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Trade debt**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Degroot,Nicholas Michael**
**4B Blossom St**
**Leominster, MA 01453-2738**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Basis for the claim:  Employee**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DeMarioVitalis**
**4450 Kessler Boulevard East Drive**
**Indianapolis, IN 46220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Basis for the claim:  Customer**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Demeter Agrimex, LLC**
**Homero 109, Despacho 1602, Col. Polanco.**
**Mexico**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Basis for the claim:  Equity**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Freight Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.208** | Nonpriority creditor's name and mailing address

**DemetriusBledsoe**
**2690 Lindsay Lane**
**Florissant, MO 63031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.209** | Nonpriority creditor's name and mailing address

**DerekDrake**
**12056 179th Street**
**Mokena, IL 60448**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210** | Nonpriority creditor's name and mailing address

**DerekHeim**
**19 Court Street**
**Second Floor**
**Taunton, MA 02780**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.211** | Nonpriority creditor's name and mailing address

**DerekPanzer**
**320 St George St**
**0**
**London, ON N6A 3B1**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.212** | Nonpriority creditor's name and mailing address

**DerekHull**
**902 S Randall Rd.**
**Suite C**
**St. Charles, IL 60174**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.213** | Nonpriority creditor's name and mailing address

**Devaris Strange-Gordon**
**9751 Carillon Park Drive**
**Windermere, FL 34786**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.214** | Nonpriority creditor's name and mailing address

**DevinDupaix**
**8521 Leesburg Pike**
**Suite 501**
**Vienna, VA 22182**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Freight Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.215**

Nonpriority creditor's name and mailing address
**DexterOdom**
**1200 W. Montgomery Rd.**
**Tuskegee, AL 36088**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216**

Nonpriority creditor's name and mailing address
**Digi-Key Electronics**
**701 Brooks Ave South**
**P.O. Box 677**
**Thief River Falls, MN 56701-0250**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*   $2,055.82

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217**

Nonpriority creditor's name and mailing address
**Dimanche,Dominic A**
**32 Ellington Rd**
**Apt 2**
**Somerville, MA 02144-2543**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218**

Nonpriority creditor's name and mailing address
**Diminico,Robert Andrew**
**401 Fisher St**
**Walpole, MA 02081-2203**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219**

Nonpriority creditor's name and mailing address
**DinanyiliPaulino**
**63 6th St**
**Chelsea, MA 02150**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220**

Nonpriority creditor's name and mailing address
**Diversified Technologies LLC, dba MCT/RA**
**2 West Main Street**
**Victor, NY 14564**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*   $275.06

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221**

Nonpriority creditor's name and mailing address
**Domingo Melendez Delgado**
**Bo. Botijas 11 Carr.156 km 6.8 Int. Sect**
**Orocovis, PR 00720**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.222**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Dominic Hadeed**<br>**10814 NW 33rd Street**<br>**Suite #115**<br>**Miami, FL 33172** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.223**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **DomPiccini**<br>**2 Research Parkway**<br>**Wallingford, CT 06492** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.224**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **DonaldGriffiths**<br>**9366 East Falcon Way**<br>**Huntsville, UT 84317** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.225**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **DonaldSnoke**<br>**231 Park Avenue**<br>**Washington, PA 15301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.226**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **DonaldTobul**<br>**6311 Cheryl Pl**<br>**Painesville, OH 44077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.227**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **DonKnoll**<br>**11 McIntosh Avenue**<br>**Clarendon, IL 60515** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.228**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Doshi,Sabrina**<br>**14 Tamwood Lane**<br>**Sewell, NJ 08080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Employee** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Freight Farms, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dr. ShemuelIsrael**
14131 South Dearborn St
Riverdale, IL 60827-2227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DrewSteans**
6947 Elmwood Crest
Live Oak, TX 78233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dziura,Hannah**
30 Hull Street
Apt 4
Boston, MA 02113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EbonyLunsfordEvans**
3142 Ashlyn Street
Pittsburgh, PA 15204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EduardoCora**
10901 Southwest 24th Street
Miami, FL 33165

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EdwardGrainger**
220 Beaverglen Close. Fort McMurray, Alb
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edwin Dews**
123 Ryan Rd
Dummerston, VT 05301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.236** | Nonpriority creditor's name and mailing address

**Effgen,Gretchen**
**9 Bradford St**
**Boston, MA 02118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Employee**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.237** | Nonpriority creditor's name and mailing address

**EileenLeffler, Innovation Office, c/o Jo**
**700 WASHINGTON AVE**
**Albany, NY 12203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.238** | Nonpriority creditor's name and mailing address

**Eisenbud,Ruby**
**25 Zamora Street**
**Jamaica Plain, MA 02130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Employee**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.239** | Nonpriority creditor's name and mailing address

**Elden Blume**
**17207 391st Avenue**
**Redfield, SD 57469**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.240** | Nonpriority creditor's name and mailing address

**Elizabeth Gifford**
**965 Albany Shaker Rd**
**Latham, NY 12110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.241** | Nonpriority creditor's name and mailing address

**ElizabethCare**
**2864 Vivian Rd. Stouffville Ontario L3Y**
**Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.242** | Nonpriority creditor's name and mailing address

**EllenFinelli**
**132 Torrey Road**
**Southbridge, MA 01550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EllenHeslop**
**35 Greenwood Crescent. Parry Sound. Onta**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,216.89 |
|---|---|---|---|

**Emerson Swan**
**300 Pond Street**
**Randolph, MA 02368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EPRI ATTN: Frank Sharp**
**942 Corridor Park Blvd.**
**Knoxville, TN 37932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EricaYoung**
**14401 N LINCOLN BLVD**
**SUITE 109**
**EDMOND, OK 73013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Erich Ludwig**
**36 Berkeley St**
**Somerville, MA 02143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Equity__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ernie Cormier**
**94 Brigantine Cir**
**Norwell, MA 02061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Equity__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EthanPage**
**120 Enterprise Blvd**
**Lander, WY 82520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

**3.250**

**Nonpriority creditor's name and mailing address**
**ETM Manufacturing**
**24 Porter Rd**
**Littleton, MA 01460**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$112,039.40**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.251**

**Nonpriority creditor's name and mailing address**
**EvanNabel**
**50 Columbia Street**
**Watertown, MA 02472**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252**

**Nonpriority creditor's name and mailing address**
**Evans,Michael C**
**45 Bennington St, Apt 1**
**Quincy, MA 02169-7803**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.253**

**Nonpriority creditor's name and mailing address**
**EveBrown**
**100 Gold St**
**Suite 3300**
**New York, NY 10038**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.254**

**Nonpriority creditor's name and mailing address**
**Evelsizer,William George**
**897 Heartland Way**
**Hailey, ID 83333-5007**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255**

**Nonpriority creditor's name and mailing address**
**F. W. Webb Company**
**160 Middlesex Turnpike**
**Bedford, MA 01730**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$264.44**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256**

**Nonpriority creditor's name and mailing address**
**FaithFowler**
**11745 Rosa Parks Boulevard**
**Detroit, MI 48206**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.257**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Felser,Jacob**<br>**80 Ferdinand St**<br>**Melrose, MA 02176** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Employee** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.258**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **FerdinandBouwman**<br>**Martha Koosje 17. Willemstad**<br>**Curacao** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.259**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Ferme Urbaine Polynesienne c/o Teddy Sno**<br>**BP2167, Punaauia 98703**<br>**Tahiti** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.260**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **FF Inv. Fund**<br>**1885 Mission Street**<br>**San Francisco, CA 94103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Equity** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.261**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Fiagbedzi,Joshua**<br>**230 Willard st , Unit # 209**<br>**Quincy, MA 02169** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Employee** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.262**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Fichman,Ryan Harrington**<br>**35 Chestnut Hill Ave, Apt 4**<br>**Brighton, MA 02135-3200** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Employee** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.263**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|
| **firstPRO, Inc.**<br>**125 Summer Street**<br>**Suite 1640**<br>**Boston, MA 02110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Freight Farms, Inc.** | |
|---|---|---|
| | Name | |

Case number *(if known)* _____

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fleming JR,James**
**28 Catamaran St**
**Jamestown, RI 02835-2326**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fleming,Darien J**
**88 Noons Quarry Rd**
**Milford, NH 03055-3445**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Flores,Haydn**
**1450 Estates Ave**
**#1208**
**Charlotte, NC 28209**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fontanilla,Trish**
**PO BOX 52029**
**Boston, MA 02205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fortin,Katharine Nicole**
**23 Marshall Road**
**Wellesley, MA 02482**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frances-Ann Minors**
**Ixoria Drive Royal Gardens. PO Box W863.**
**Antigua**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frederick,Roland**
**11 Stallbrook Rd**
**Medway, MA 02053**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Freight Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.271**

**Nonpriority creditor's name and mailing address**
**FREDERICKCHAVEZ**
**2399 CORDOVA LN**
**RANCHO CORDOVA, CA 95670**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.272**

**Nonpriority creditor's name and mailing address**
**FrederickMurphy**
**95-1200 Meheula Parkway**
**Mililani, HI 96789**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.273**

**Nonpriority creditor's name and mailing address**
**Freight Farms Investors, LLC**
**635 Lake Park Drive**
**Coppell, TX 75019**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Equity**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.274**

**Nonpriority creditor's name and mailing address**
**Friedman,Jonathan**
**60 Hermon Street**
**Winthrop, MA 02152**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.275**

**Nonpriority creditor's name and mailing address**
**Futufarm Ab**
**Box 7110, HALMSTAD 30007 Sweden**

Date(s) debt was incurred   **2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$19,460.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.276**

**Nonpriority creditor's name and mailing address**
**gabrielgarcia**
**1500 North 3rd Street**
**Grants, NM 87020**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.277**

**Nonpriority creditor's name and mailing address**
**GailTaylor**
**Gower St. London WC1E 6BT**
**England**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GailTaylor**
**Gower St. London WC1E 6BT**
**England**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ganshirt,William**
**530A Tremont St #R3**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Employee**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Garry,Robert Thomas A.**
**316 E 77th Street, Apartment 2A**
**New York, NY 10075**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Employee**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GaryDavis**
**5577 Little Applegate Rd**
**Jacksonville, OR 97530**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gebbia,Jonathan Lee**
**96 Queen Anne Rd, Apt 503**
**Harwich, MA 02645-2461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Employee**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GeoffBezuidenhout**
**6946 W HAUSMAN RD**
**San Antonio, TX 78249**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GeoffreyJans**
**4215 Vallenar Ln**
**KETCHIKAN, AK 99901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Freight Farms, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.285**

**Nonpriority creditor's name and mailing address**
**Gerardo Mena-Carrion**
**Bo. Boquilla Carr. 685 km 4.9 Int. Sect.**
**Manati, PR 00674**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.286**

**Nonpriority creditor's name and mailing address**
**Gideon Saunders**
**3384 Antone Way**
**Kodiak, AK 99615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.287**

**Nonpriority creditor's name and mailing address**
**GillFinley**
**400 East Main St.**
**Frankfort, KY 40601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.288**

**Nonpriority creditor's name and mailing address**
**GlennPhiefer**
**907 Winding Way**
**Newton, NJ 07860**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.289**

**Nonpriority creditor's name and mailing address**
**Global Industrial**
**29833 Network Place**
**Chicago, IL 60673-1298**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$816.61**

---

**3.290**

**Nonpriority creditor's name and mailing address**
**Gong.io Inc**
**PO Box 102866**
**Pasadena, CA 91189**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$13,962.50**

---

**3.291**

**Nonpriority creditor's name and mailing address**
**GrahamCasden**
**5093 Flagstaff Rd**
**Boulder, CO 80302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Freight Farms, Inc.** | |
|---|---|---|
| | Name | |

Case number *(if known)* _____

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,616.69** |
|---|---|---|---|

**Grainger**
**160 Broadway**
**Everett, MA 02149**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2025__

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Grant Anderson**
**214 Golf Club Drive**
**Metter, GA 30439**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Grant,Samuel**
**122 Chestnut St**
**#1**
**Waltham, MA 02453**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Employee__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GregNitzkowski**
**7 Third Street**
**Bucksport, ME 04416**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Griffith,Stephen Bradley**
**10527 Tobias Ln**
**Frisco, TX 75033-0151**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Employee__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Griffith,Wayne Lindsay**
**50 E Transit St Unit 3**
**Providence, RI 02906-3821**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Employee__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HamiltonHorne**
**835 Godber Street**
**Charleston, SC 29412**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Handley,Michael**
3 Mary Jane Road
Franklin, MA 02038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,796.33 |
|---|---|---|---|

**Harrington Industrial Plastics LLC**
Po Box 676273
Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **2024**
**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harris,David**
23 Ossipee Road
Apt 2
SOMERVILLE, MA 02144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HarrisonPritchard**
16 Dagmar road. Windsor SL4 1JL
England

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hayes,Bryan**
5 N Margin St.
Unit 4
Boston, MA 02113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HeatherDavis**
5505 Chuckey Pike
Chuckey, TN 37641

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HeatherSproule**
1641 Mt Begbie Rd. Revelstoke, British C
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

HeatherSyzmura
3041 N 31st Ave.
Phoenix, AZ 85017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

HectorPomales
Jorge Manrique 2046
El Se orial
San Juan, PR 00926

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $310.00 |
|---|---|---|---|

Hefei WNK Smart Technology Co. Ltd.
5F, Bldg 2A, Mingzhu Industrial Park, 10
China

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2025__

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Heidi Grunt
73950 Inn Ave
29 Palms, CA 92277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Heil,Emma
75 Decatur St.
Unit 2
Arlington, MA 02474

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

HenriVilleneuve
BP 4736. Dumbea 98839
New Caledonia

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Hereford,Jacob
PO Box 2012
Laredo, TX 78044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.313** Nonpriority creditor's name and mailing address

**Hernandez,Hector**
**38 Hyde Park Ave**
**Boston, MA 02130-4175**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.314** Nonpriority creditor's name and mailing address

**Hettich**
**4295 Hamilton Mill Road**
**Suite 400**
**Buford, GA 30518**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* $3,908.75

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** Nonpriority creditor's name and mailing address

**Hinckley Allen & Snyder**
**28 State Street**
**Boston, MA 02109-1775**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* $7,300.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.316** Nonpriority creditor's name and mailing address

**Holmes,meaghan E**
**222 Charge Pond Rd**
**Wareham, MA 02571-1115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** Nonpriority creditor's name and mailing address

**Howard Wolk**
**400 Rivers Edge Drive**
**Medford, MA 02155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equity**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** Nonpriority creditor's name and mailing address

**Hughes,Kirsten Brandsma**
**278 Central St**
**South Weymouth, MA 02190-2810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** Nonpriority creditor's name and mailing address

**Hughes,Peter Michael**
**164 Beech St**
**Roslindale, MA 02131-2706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Freight Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.320**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Hunt,Matthew**<br>117 Elm St<br>Somerville, MA 02144 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Employee__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.321**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,773.71 |
|---|---|---|
| **Hydrofarm LLC**<br>PO BOX 102326<br>Pasadena, CA 91189-2326 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2025__ | Basis for the claim: __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.322**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **IanSerrao**<br>ETeck Tamana In Tech Park. Vistabella, S<br>Trinidad and Tobago | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.323**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,131.24 |
|---|---|---|
| **ICR LLC**<br>761 Main Ave<br>Norwalk, CT 06851 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2024__ | Basis for the claim: __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.324**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Igoe,Vanessa Mikayla**<br>4 Northey St.<br>Apt 2<br>Salem, MA 01970 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Employee__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.325**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,762.00 |
|---|---|---|
| **Intransit Container**<br>241 Francis Avenue<br>Mansfield, MA 02048 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2025__ | Basis for the claim: __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.326**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **IsaacHorton**<br>513 Branch Street<br>Raleigh, NC 27601 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customer__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Freight Farms, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Itrato,Christina Marie**
**77 Wildcrest Ave**
**Billerica, MA 01821-6101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IvanGarcia Besada**
**Estrada Fragosi o, 32, Nave 2. Vigo 3621**
**Spain**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JaccobStanton**
**650 Maryville University Dr**
**Town and Country, MO 63141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jackie Mula**
**63 Leyden St**
**Unit 1**
**East Boston, MA 02128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JackiePeeler**
**Museum Of Science Driveway**
**Boston, MA 02114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JackLau**
**502 W 58th Ave Unit C**
**Anchorage, AK 99518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JackLevine**
**86 Shaw Road**
**Chestnut Hill, MA 02467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JackMorey Jr**
**35 Glacier Rd**
**Cora, WY 82925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JackRothman**
**3410 Park Avenue**
**Oceanside, NY 11572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jacque Colemere**
**1166 Fox Meadow Lane**
**Alpine, UT 84004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JacquelineScala**
**612 North Oakley Boulevard, 107**
**107**
**Chicago, IL 60612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jaggit Khairah**
**23 du Point Circle**
**Sugar Land, TX 77479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JaimeZaret**
**17911 218TH AVE NE**
**Woodinville, WA 98077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Woolard**
**256 Hillcrest Rd**
**Needham, MA 02492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Freight Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

JamesHearsum
900 Washington St
Wellesley, MA 02482

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

JamesPaul
184 N Genesee St
Suite 111
Utica, NY 13502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

JamesPurcell
161 Rosa L Parks Blvd
Nashville, TN 37203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

JamesWalker
4260 N 4800 W
Corinne, UT 84307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

JamieAllen
535 Chalan Pale Haya Ramon. Suite 116. Y
Guam

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

JamieAnderson
Lydian Holdings BC Inc, UNIT 5, 9452 193
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

JaneenMays
4659 South Drexel Boulevard apt 506
Chicago, IL 60653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **JanetSweeney** | ☐ Contingent | |
| | **425 HAMILTON ST** | ☐ Unliquidated | |
| | **SCHENECTADY, NY 12305-2608** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **JaredRector** | ☐ Contingent | |
| | **128 N 13TH STREET,** | ☐ Unliquidated | |
| | **#1100** | ☐ Disputed | |
| | **Lincoln, NE 68508** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Jason Billue** | ☐ Contingent | |
| | **2075 Green Pond Rd** | ☐ Unliquidated | |
| | **Aiken, SC 29803** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **JasonGavin** | ☐ Contingent | |
| | **6942 King Abdulaziz Rd. Office 402, 4th** | ☐ Unliquidated | |
| | **Saudi Arabia** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **JasonYeagle** | ☐ Contingent | |
| | **1050 Westminster Street** | ☐ Unliquidated | |
| | **Fitchburg, MA 01420** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **JasSchatz** | ☐ Contingent | |
| | **6 Chelsea Terrace** | ☐ Unliquidated | |
| | **Boston, MA 02128** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Jean Hammond** | ☐ Contingent | |
| | **104 Spruce St** | ☐ Unliquidated | |
| | **Watertown, MA 02472** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Equity__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Freight Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jean-Luc Boussard**
**83 Av. de la Grande Arm e. Paris 75016**
**France**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JeanBreton**
**200 chemin Champagne. St-Michel-des-Sain**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeff Vittone**
**1696 White House Rd.**
**Moneta, VA 24121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JeffFranklin**
**115 Valmar Street**
**North Harrison Street**
**Little Rock, AR 72205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JenniferBinkley**
**333 Cate Center Drive**
**Norman, OK 73072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JenniferBinkley**
**600 Parrington Oval**
**Norman, OK 73019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JenniferStals**
**11533 133rd Street. Edmonton t5m1h3**
**Alberta**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Freight Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.362** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

JennyAustin
4715 South Ferncreek Avenue
0
Orlando, FL 32806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.363** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Jeremy Guay
1 Blue Pride Way
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.364** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

jeremywhipple
550 Trolley Line Boulevard
Ledyard, CT 06338

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.365** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

JesseGrothe
5412 Bryant Ave S
Minneapolis, MN 55419

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.366** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

JessicaFung
1201-6188 Wilson Avenue. Burnaby, Britis
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.367** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

JessicaGainer
17410 W Lance Hill Rd.
Cheney, WA 99004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.368** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Jill Herrin
251 N 1st St
Jacksonville, AR 72076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | |
|---|---|---|
| | Name | Case number *(if known)* |

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JillFrey**
**3495 Monterey Hills Dr NE**
**Grand Rapids, MI 49525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jim Kuipers**
**10920 Calumet Avenue**
**Dyer, IN 46311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JimGracie**
**43 Hudson St**
**Northborough, MA 01532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JimMiller**
**300 Ash Street**
**Central Point, OR 97502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**jimziesler**
**1079 Kott Road**
**Fredericksburg, TX 78624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JoannePurdy**
**3633 Old US 231 South**
**0**
**Lafayette, IN 47909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JoeBlunda**
**218 South Street**
**Unit 18**
**Waltham, MA 02453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Freight Farms, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.376** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**John Adams**
**32540 S Biosphere Rd**
**Oracle, AZ 85623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.377** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**John Gordon**
**9301 East 147th St**
**Kansas City, MO 64149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.378** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**JOHN RFERGUSON**
**306 Leyland Rd**
**0**
**Statesboro, GA 30458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.379** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**John Skarvelis**
**3377 Danmark Dr**
**Glenwood, MD 21738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**John Wood**
**21862 Michigan Lane**
**Lake Forest, CA 92630-2408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$538,333.33**

**John Wood**
**21862 Michigan Lane**
**Lake Forest, CA 92630-2408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.382** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**John Worsley**
**P.O. Box 3282. Nipawin,  Saskatchewan S0**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | | |
| | Name | | Case number (if known) |

---

**3.383** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**JohnCannon**
5897 Bluff Ledge Road
Sturgeon Bay, WI 54235

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.384** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**JohnFox**
645 Hillman Drive
Winchester, VA 22601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.385** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**JohnGraves**
31 Brooks Drive
Braintree, MA 02184

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.386** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**JohnHarper**
1231 Bayshore Drive
0
Terra Ceia, FL 34250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.387** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Johnson,Colby Michael**
739 Cohas Avenue
Manchester, NH 03109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.388** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**johnsquires**
796 main road
po box 4120
westport, MA 02790

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.389** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**JohnSt Onge**
77 Willson Street
Salem, MA 01970

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **JohnSticha** | ☐ Contingent | |
| | **130 Moss Dr** | ☐ Unliquidated | |
| | **DeBary, FL 32713** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **JohnTurner** | ☐ Contingent | |
| | **1029 Overstreet Lane** | ☐ Unliquidated | |
| | **Leander, TX 78641** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Jonathan Friedman** | ☐ Contingent | |
| | **60 Hermon Street** | ☐ Unliquidated | |
| | **Winthrop, MA 02152** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Equity__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Jonathan Payson** | ☐ Contingent | |
| | **27 Harbor Street** | ☐ Unliquidated | |
| | **Manchester, MA 01944** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Equity__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Jonathan Rios V zquez** | ☐ Contingent | |
| | **HC 03 Box 33519** | ☐ Unliquidated | |
| | **Hatillo, PR 00659** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **JONATHANSHAW** | ☐ Contingent | |
| | **16345 Old York Rd.** | ☐ Unliquidated | |
| | **Monkton, MD 21111** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **JonnyMetropoulos** | ☐ Contingent | |
| | **628 Logan Street** | ☐ Unliquidated | |
| | **Helena, MT 59601** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Freight Farms, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JordanHaaland**
**2 Lakeview Crescent. Lakeview Beach, Sas**
**Canada**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jorge Luis Berrios Marrero**
**Carr 818 km 3.3 Int. Bo. Cibuco**
**Corozal, PR 00783**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jose Alvarado Ramos**
**303 Calle Domingo Colon**
**Aibonito, PR 00705**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JosephCherepowich**
**9 Clouds Way**
**Rehoboth, MA 02769**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JosephConrad**
**708 Felicidad Lane**
**Taos, NM 87571**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Josephcooney**
**50 Condor street**
**East Boston, MA 02128**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JosephGrisafi**
**2110 Horseshoe Rd**
**Lancaster, PA 17601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JoshBaird**
**323 Callahan Street**
**Muskogee, OK 74403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JoshSmith**
**4176 Manchester Avenue**
**St. Louis, MO 63110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joyce,Patrick L**
**76 Downer Ave**
**Unit 1**
**Dorchester, MA 02125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employee**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Judkins Blount**
**405 Cloverdale Road**
**Montgomery, AL 36107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Julia Favorito**
**333 Winter St**
**Weston, MA 02493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Julia Favorito**
**103 Norfolk St.**
**Apt 3**
**Cambridge, MA 02139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Julian Jacobs**
**932 Seigle Avenue**
**Charlotte, NC 28205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.411**

**Nonpriority creditor's name and mailing address**

**Julianne Kloza**
**57 Bartlett St**
**Somerville, MA 02145**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equity**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.412**

**Nonpriority creditor's name and mailing address**

**JulieHickman**
**625 Agriculture Mall Drive**
**West Lafayette, IN 47907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.413**

**Nonpriority creditor's name and mailing address**

**JumpolVorasayan**
**50 Ngamwongwan Rd. Krung Thep Maha Nakho**
**Thailand**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.414**

**Nonpriority creditor's name and mailing address**

**Justin Staples**
**5105 Peachtree Industrial Blvd**
**Building B**
**Atlanta, GA 30341**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.415**

**Nonpriority creditor's name and mailing address**

**Kai Hiemstra**
**PO Box 92. Maitland B0N 1T0**
**Nova Scotia**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.416**

**Nonpriority creditor's name and mailing address**

**KaiStoudemire**
**435 Haltiwanger Road**
**3**
**Greenwood, SC 29649**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.417**

**Nonpriority creditor's name and mailing address**

**Kalow Technologies**
**155 Seward Road**
**Rutland, VT 05701**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$437,305.66

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **Freight Farms, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kalyn Gutormson**
**46828 201st St**
**Bruce, SD 57220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karamvir Kumar**
**2 Middleton Mansions, 9/1 Middleton Stre**
**India**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Equity__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KarenGood**
**PO BOX 142,**
**Kapaau, HI 96755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KariFarkas-Lasich**
**1401 Presque Isle Ave**
**MArquette, MI 49855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karl Buttner**
**118 Peakham Rd**
**Sudbury, MA 01776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Equity__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KasanChavanapanit**
**10 Yak 11 Phet Kasem 69 Lak 2. Bangkok T**
**Thailand**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KatelynWillyerd**
**110 Fort Cherry Road**
**McDonald, PA 15057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathryn Nash**
**1407 Main Street**
**Bastrop, TX 78602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katie Powell**
**1142 SW Keats Ave**
**Palm City, FL 34990**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KatieSalsbury**
**6616 Cattle Creek Rd**
**Victor, ID 83455**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KatlynFoy**
**946 Penny Branch Rd**
**Warsaw, NC 28398**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katsiroubas,Caroline**
**2805 Brightwood Avenue**
**Nashville, TN 37212-5820**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Employee__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katz,James Robert**
**2880 Hancock Hwy**
**Equinunk, PA 18417-3003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Employee__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Keith Cohen**
**449 Lowell Ave**
**#9**
**Newtonville, MA 02460**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Equity__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Freight Farms, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

**3.432** **Nonpriority creditor's name and mailing address**

**Keith Cohen**
**449 Lowell Ave**
**#9**
**Newtonville, MA 02460**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Equity**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.433** **Nonpriority creditor's name and mailing address**

**KeithBoyle**
**476 Webster St.**
**Hanover, MA 02339**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.434** **Nonpriority creditor's name and mailing address**

**KeithKonyk**
**1000 Weigles Hill Rd**
**Elizabeth, PA 15037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.435** **Nonpriority creditor's name and mailing address**

**KeithTucker**
**1213 SW 330th Pl**
**Federal Way, WA 98023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.436** **Nonpriority creditor's name and mailing address**

**Kelly,Alissa**
**33 Dogwood Ln**
**Medway, MA 02053-2177**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.437** **Nonpriority creditor's name and mailing address**

**Kelly,John J**
**44 Bruin Hill Rd.**
**North Andover, MA 01845**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.438** **Nonpriority creditor's name and mailing address**

**KennethTownsend**
**20 Junior Street**
**WEST WARWICK, RI 02893-4501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Freight Farms, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KenyonChristen**
**1389 East Aviator Avenue**
**Eagle Mountain, UT 84005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KenZhou**
**PO Box 1021. Victoria, Mahe vic1021**
**Seychelles**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kevin Jones**
**121 West Street**
**Whitesboro, NY 13492**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KevinGoggins**
**17 Thoroughbred Way**
**Clifton park, NY 12065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KevinHolt**
**1117 US Route 130**
**Robbinsville, NJ 08691**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KevinPetermann**
**207 FM 473**
**Comfort, TX 78013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KhadilaJoseph**
**1834 Kongens Gade**
**St. Thomas, VI 00802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | |

---

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kimberly and Jeff Kushner**
**61 Spruce Run Drive**
**Brewster, MA 02631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KimberlyGreen**
**214 Lake Ave.**
**Rochester, NY 14608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KimO'byrne**
**204 Hill Street**
**Hatch, NM 87937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kloza,Julianne**
**57 Bartlett St**
**Apartment 2**
**Somerville, MA 02145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Koch,Samantha**
**1 Shelton Rd**
**Flemington, NJ 08822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kolb,Darian Jean**
**9 Revere St, Apt 3**
**Boston, MA 02114-3803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kollarova,Alexandra**
**50 Bridge St**
**419**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KortniWroten**
**382 Plantation Street**
**Worcester, MA 01605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KristyAndrew**
**PO Box 364**
**Cordova, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KurtVandewetering**
**21 Beach Way**
**Baiting Hollow, NY 11933**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KyleWagner**
**Gold and Diamond Park. Office 213, Build**
**Dubai**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KyraMoore**
**5171 South Dakota Ave NE**
**Washington, DC 20017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**La Vonne Richardson**
**677 Ala Moana Blvd**
**Ste 907**
**Honolulu, HI 96813**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LairdSanders II**
**2300 East Lake Mead Parkway**
**Henderson, NV 89015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.460**

Nonpriority creditor's name and mailing address
**LakiLefkatis**
**6 Mesolongiou Street. Konia 8300**
**Cyprus**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.461**

Nonpriority creditor's name and mailing address
**LandonCohen**
**407 Crawford Road**
**Modesto, CA 95350**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.462**

Nonpriority creditor's name and mailing address
**LaNeseMahan**
**2667 Hylton Rd.**
**Springdale, AR 72764**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.463**

Nonpriority creditor's name and mailing address
**Lapham,Nicholas H**
**691 east 8th streeet**
**Apt 2**
**South Boston, MA 02127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.464**

Nonpriority creditor's name and mailing address
**LaraGay**
**300 Belmont Street**
**Saginaw, TX 76179**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.465**

Nonpriority creditor's name and mailing address
**Larson,Emelia Grace**
**204 W Horah St**
**Salisbury, NC 28144-4951**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.466**

Nonpriority creditor's name and mailing address
**Latham & Watkins LLP**
**555 WEST 5TH STREET**
**Suite 300**
**Los Angeles, CA 90013-1010**

Date(s) debt was incurred  __2025__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $441,953.49
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lauren Richman**
**204 Grove Street**
**Newton, MA 02466**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Equity**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LaurenJones**
**3625 Southern Avenue**
**Shreveport, LA 71104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lauriat,Jeremiah Davis**
**3 Temple Ct**
**Goffstown, NH 03045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Employee**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lawson & Weitzen**
**88 Black Falcon Avenue**
**Sui345**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **2025**

**Basis for the claim:** **legal services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LeanaWathey**
**Wellfare Road 88. Colebay 32835**
**0**
**Saint Maarten**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lee Alegre**
**1734 Dreydon Avenue**
**Cambria, CA 93428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LeeVetsch**
**624 2nd Ave N**
**Unit 313**
**Fargo, ND 58102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

| 3.474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leland Barkes**
**3079 East Rivernest Drive**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21,222.27 |
|---|---|---|---|

**Lexington Capital SAP de CV**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $604,317.13 |
|---|---|---|---|

**Lexington Capital, S.A.P.I. de C.V**
**Homero 109, Despacho 1602, Col. Polanco.**
**Mexico**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Unsecured debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Liberty,Nathan Joshua**
**16 Rowe Street**
**Milton, MA 02186**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LindaRussell**
**104 Fannin St**
**Holland, TX 76534**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lipari,Joseph Daniel**
**4 Dean Way**
**South Boston, MA 02127-2361**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lisa Azevedo**
**16703 South Clark Ave**
**Bellflower, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LisaWelch**
**202 South Highway 123**
**Suite E**
**Ozark, AL 36360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Live Oak Solutions**
**32 Homer Avenue**
**Buffalo, NY 14216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LizDupont-Diehl**
**183 Windsor Ave**
**Windsor, CT 06095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LizStanton**
**3538 Waialae Ave**
**Honolulu, HI 96816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Locke,Alexander Woodward**
**3643 S Emily St**
**San Pedro, CA 90731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Employee**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LoganMorrow**
**650 Forward Drive**
**Madison, WI 53711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Logos Partners, LLC**
**5053 Blue Heron Way**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Equity**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Logue,Jacob L**
**36 Prospect St, Apt 1**
**Athol, MA 01331-2355**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Employee**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lucas,Dana**
**404 Clinton Rd**
**Brookline, MA 02445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Employee**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lucy McQuilken**
**124 Bolton Road**
**Harvard, MA 01451**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Equity**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ludwig,Erich**
**36 Berkeley Street**
**Somerville, MA 02143**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Employee**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LukasDoman**
**90 Windsor Street. Corner Brook. Newfoun**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lukoff,Justin**
**68 Foster St, Apt 3**
**Brighton, MA 02135**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Employee**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LynnRainville**
**285 Old Westport Rd.**
**North Dartmouth, MA 02747**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Customer**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MadelineRaynolds**
**740 Sessions Meadow**
**0**
**Woodstock, VT 05091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MagnusLeydner**
**Kemistv gen 2A. T by 183 79**
**Sweden**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MagnusMagnusson**
**3 Geilin. Kv v k 340**
**Faroe Islands**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maquia Capital Family Office, LLC**
**2 S Biscayne Boulevard Suite**
**Suite 3200**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Equity**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MarcusCarpenter**
**6458 Larkspur Ct**
**Corcoran, MN 55340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MarcusHouser**
**310 17th St**
**Arnold, PA 15068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marie Berrios Martinez**
**Calle Topacio # 96 Espinosa**
**Dorado, PR 00646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | |
|---|---|---|
| | Name | Case number (if known) |

---

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marino,Daniel**
**122 Paul Gore St**
**Apt 3**
**Jamaica Plain, MA 02130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Employee__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Ludley**
**5 Craig Lane**
**Hingham, MA 02043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MarkMurphy**
**486 Chandler St.**
**Worcester, MA 01602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marks,Emma**
**21 Cornelius Way**
**Apt. E**
**Cambridge, MA 02141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Employee__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MarkSoto**
**64 North Church Street. George Town KY1**
**Grand Cayman**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marquez,Elijah Edward**
**55 Mechanic St**
**Fitchburg, MA 01420-3598**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Employee__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martin Konechne**
**44973 234th St**
**Madison, SD 57042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martin,Amy**
**3 Sandy Glen Drive**
**Holden, MA 01520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MartinVesper**
**Aachener Stra e 1042a. Cologne 50858**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marton,Taylor Daniel**
**3 Millett St**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MarvinPayne**
**4500 Riverwalk Pkwy**
**Palmer Hall 242A**
**Riverside, CA 92505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marx,Colleen Frances**
**502 Ronnie Drive**
**Indian Harbour Beach, FL 32937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mathewson,Michelle**
**840 Summer St., Ste 108**
**Boston, MA 02127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Advisor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MatthewAzzam**
**2617 Old Fort Schoolhouse Rd**
**Hampstead, MD 21074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | |
|---|---|---|
| | Name | Case number *(if known)* |

---

| 3.516 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Matthew Callison** | ☐ Contingent | |
| | **3640 Old Oakdale Road** | ☐ Unliquidated | |
| | **McDonald, PA 15057** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.517 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Matthew Harvey** | ☐ Contingent | |
| | **221 Forest Rd.** | ☐ Unliquidated | |
| | **Raleigh, NC 27605** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.518 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Matthew Toomes** | ☐ Contingent | |
| | **535 Portwall Street** | ☐ Unliquidated | |
| | **Houston, TX 77029** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Matt Powell** | ☐ Contingent | |
| | **6061 West Incline Road** | ☐ Unliquidated | |
| | **Casper, WY 82604** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Max Poritzky** | ☐ Contingent | |
| | **141 Middle Grove Rd** | ☐ Unliquidated | |
| | **Greenfield Center, NY 12833** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Maxwell Schechter** | ☐ Contingent | |
| | **2320 Packsaddle Rd** | ☐ Unliquidated | |
| | **LIVERMORE, CO 80536** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Mazzilli, Francesca** | ☐ Contingent | |
| | **3 Bertuccio Avenue** | ☐ Unliquidated | |
| | **Salem, MA 01970** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Employee__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Freight Farms, Inc.** | | |
|---|---|---|---|
| | Name | Case number (*if known*) | |

---

| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**McCue,Andrew**
**26 Clarendon Ave**
**Apt 2**
**Somervile, MA 02144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**McGathey,James Christian**
**20 Union St**
**Hingham, MA 02043-2956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**McLane,Connor**
**61 West Cedar Street**
**Apt 4**
**Boston, MA 02114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**McLean,Annie**
**840 Summer St., Ste 108**
**Boston, MA 02127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Advisor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**McNamara,Brad T**
**460 Harrison Ave**
**Apt 403**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Meg Baesmith, Chicory Wealth**
**3904 N Druid Hills Rd**
**#366**
**Decatur, GA 30033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Melissa Melshanker Ackerman**
**241 Fairview Drive**
**Glencoe, IL 60022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MelissaArata**
**3364 Silverwood St**
**Escalon, CA 95320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MelissaRiggle**
**100 College Hill Drive**
**Greenville, NC, NC 27858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Okun**
**1569 Barclay Blvd**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Equity__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Okun**
**1569 Barclay Blvd**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Equity__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael R. Dornbrook Trust**
**343 Commercial St**
**Unit 602**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Equity__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Stevens**
**6048 Park Street**
**Evergreen, CO 80439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Tamasi**
**74 Bodwell Street**
**Avon, MA 02322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Zepf**
**7222 Arley Place**
**Springfield, VA 22153**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MichaelJochner**
**1505 E. Main Ave**
**Morgan Hill, CA 95037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MichaelNewmark**
**950 Main St**
**Worcester, MA 01610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MichaelSichenzia**
**5544 147th Street**
**Suite B5**
**Oak Forest, IL 60452**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MichaelUnruh**
**10164 Bloomfield North Road**
**Gentry, AR 72734**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MicheleHarari**
**926 Curtiss Road**
**Fortine, MT 59918**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michelle Graham**
**10200 Smith Road**
**Denver, CO 80239**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.544**

**Nonpriority creditor's name and mailing address**

**Mike Hance Trucking. Inc**
**3059 Walker Mountain Road**
**West Rutland, VT 05777**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,640.00**

---

**3.545**

**Nonpriority creditor's name and mailing address**

**Mike Johnson**
**1401 34th St SE**
**Washington, DC 20020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.546**

**Nonpriority creditor's name and mailing address**

**Mike Kearney**
**15 Kansas St.**
**Natick, MA 01760**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.547**

**Nonpriority creditor's name and mailing address**

**MikeArters**
**1121 Thatcher Street**
**Wilmington, DE 19802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.548**

**Nonpriority creditor's name and mailing address**

**MikeNelson**
**393 Fortune Blvd**
**Milford, MA 01757**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.549**

**Nonpriority creditor's name and mailing address**

**MikeRamsey**
**5000 Estate Enighed**
**Pmb 397**
**St John, VI 00830**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.550**

**Nonpriority creditor's name and mailing address**

**Mini Warehousing, Inc**
**241 Francis Avenue**
**Mansfield, MA 02048**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,303.00**

---

| Debtor | Freight Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.551 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mitch Tyson**
**20 Burroughs Road**
**Lexington, MA 02420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**MitchColeman**
**801 Ferry Street**
**Dayton, OR 97114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**MitchHagney**
**1829 Santa Anna**
**0**
**San Antonio, TX 78201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**MitchReddy**
**2050 Montgomery Ave.**
**Villanova, PA 19085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mitrokostas,Sophia Christian**
**16 Margaret Street, APT 2**
**Boston, MA 02113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mockapetris,Eric Copeland**
**81 Newton St**
**Somerville, MA 02143-3936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**MohammadEmran**
**Plot KHIA8 142-143. Taweelah, Kizad 8944**
**Abu Dhabi**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | | |
|---|---|---|---|
| | Name | | |

Case number *(if known)* _____

---

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,065.97** |
|---|---|---|---|

**Mohawk Global Logistics**
**123 Air Cargo Road**
**Syracuse, NY 13212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,690.72** |
|---|---|---|---|

**Momentum Manufacturing Group**
**210 Pierce Road**
**Saint Johnsbury, VT 05819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.45** |
|---|---|---|---|

**Monoprice**
**PO Box 740417**
**Los Angeles, CA 90074-0417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Moore,Joanna**
**350 3rd Ave**
**1D**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Employee**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Moore,Owen Patrick**
**248 Broadway**
**Unit 2**
**Somerville, MA 02145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Employee**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Morningside Venture Investments Limited**
**2nd Floor, Le Prince de Galles, 3-5 Aven**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Equity**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Moss,Tristan Charles**
**501 Congress St, Apt 1519**
**Boston, MA 02210-2933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Employee**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Mula,Jaclyn** | ☐ Contingent | |
| | **63 Leyden St.** | ☐ Unliquidated | |
| | **Unit 1** | ☐ Disputed | |
| | **East Boston, MA 02128** | | |
| | | **Basis for the claim:** __Employee__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |
| | **Mulan Manufacturing Group** | ☐ Contingent | |
| | **Room 505-507, Building 37, 2049 Pujin Ro** | ☐ Unliquidated | |
| | **China** | ☐ Disputed | |
| | Date(s) debt was incurred __2024__ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **NajiBoustany** | ☐ Contingent | |
| | **80 Stoney Hill rd** | ☐ Unliquidated | |
| | **Vineyard Haven, MA 02568** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **NancyHofmeister** | ☐ Contingent | |
| | **8721 Wilbur Avenue** | ☐ Unliquidated | |
| | **Northridge, CA 91324** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **NancyWilson** | ☐ Contingent | |
| | **5035 Wellington Road 32. Guelph, Ontario** | ☐ Unliquidated | |
| | **Canada** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Nappier,John** | ☐ Contingent | |
| | **7901 Pettibone Rd** | ☐ Unliquidated | |
| | **Chagrin Falls, OH 44023** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Employee__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **NateBrown** | ☐ Contingent | |
| | **9 Walker Road** | ☐ Unliquidated | |
| | **Beverly, MA 01915** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Freight Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nathan Einsig c/o Mechanicsburg Area Sch**
**600 South Norway Street**
**2nd Floor**
**Mechanicsburg, PA 17055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Neil Greene**
**899 Kimball Road**
**Highland Park, IL 60035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __shareholder__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NeilArmstrong**
**Six Cross Roads. Saint Philip**
**Barbados**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nepali,Tenzin Dorjee**
**1 Newcomb St**
**Unit 301**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NickJohnson**
**12601 58th St. NW**
**Epping, ND 58843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NickMillisor**
**2525 Arapahoe St.**
**Denver, CO 80205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NicoleDavis**
**1308 Ellsworth Place**
**Gary, IN 46404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.579** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Nigel Slater**
**118 Windsor Road**
**Medford, MA 02155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.580** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**NoelSchaff**
**412 8th Street**
**PETALUMA, CA 94952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.581** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$172,396.41**

**NorthEast Electrical**
**560 Oak Street**
**Brockton, MA 02301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.582** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,803.06**

**Northern Air Systems, Inc.**
**3605 Buffalo Road**
**Rochester, NY 14624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.583** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**NXT Ventures Fund I, LLC**
**c/o Ocean Gate**
**PO Box 677**
**MARBLEHEAD, MA 01945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.584** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**O'Malley,Patrick Joseph**
**9 Penny Lane**
**Leominster, MA 01453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.585** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**O'Sullivan,Katherine A**
**125 Chiswick Rd**
**Apt. 512**
**Brighton, MA 02135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.586** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**OgtayGasimzada**
**Shakbazi str. 8. Baku AZ1008**
**Azerbaijan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.587** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**OlaBseiso**
**King's Highway. Madaba, Manja 16188**
**Jordan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.588** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Olivia Stalvey**
**1700 7th Avenue**
**Troy, NY 12180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.589** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Olson,Stephen David**
**54 Turner Street**
**Apt 3**
**Brighton, MA 02135-2894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.590** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141,260.00**

**One Way Lease**
**1000 Broadway**
**Suite 425**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.591** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,434.41**

**OnLogic**
**435 Community Drive**
**South Burlington, VT 05403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.592** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Onstott,Heather**
**43 Woody Point Rd**
**PO Box 2081**
**New London, NH 03257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Freight Farms, Inc.**
_____
Name

Case number (if known) _____

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**OsamaBastaki**
**Mirqab, Block 3. Khaled Ibn Al Waleed St**
**Kuwait**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ospraie Ag Science, LLC. c/o Ospraie Man**
**411 Theodore Fremd Ave**
**Suite 240**
**Rye, NY 10580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Osterlund,Baker August**
**396 Washington St # 209**
**Wellesley, MA 02481-6209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Padgett,William Scott**
**644 W Roxbury Pkwy**
**Roslindale, MA 02131-2741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**PanayiotisTimveos**
**Antonis Andronikou Street. Parekklisia,**
**Cyprus**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Pantuosco,Carla**
**45 Province Street #911**
**Boston, MA 02108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.29 |

**Paradox Sales LLC dba Equalseal**
**8845 East Market Street**
**Warren, OH 44484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Freight Farms, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patrick Gruninger**
**8311 NW 184th Dr**
**Alachua, FL 32615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patrick McVeigh**
**10 Post Office Square**
**Suite N1010**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PatrickSvoboda**
**133 North Hillcrest Drive**
**Ogallala, NE 69153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PatrikPersson**
**S rby ngsv gen 24-30.  rebro 70254**
**Sweden**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PaulaHoude**
**902 S Randall Rd.**
**Suite C**
**St. Charles, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PaulSmith**
**6474 Corrine Dr. NW**
**Canton, OH 44718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PawelWegrzyn**
**3359 Mississauga Rd. Mississauga, Ontari**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pazienza,Katherine Mollie**
**46 Waverley St**
**Belmont, MA 02478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PelayoBolivar**
**C. Ca ada de la Carrera, 2-4, Pozuelo de Madrid**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pellegrino,Aidan**
**762 Tremont St**
**Apt 1**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,132.00 |
|---|---|---|---|

**Perin & Campbell**
**128 Nahant Street**
**Wakefield, MA 01880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Perkins,Spencer Hayden**
**32 Eldridge Dr**
**North Attleboro, MA 02760-4172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PeteBlanchfield**
**2860 King Rd**
**Sauquoit, NY 13456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PeterBalabuch**
**1155 Union Circle**
**Denton, TX 76208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Freight Farms, Inc.**                                    Case number (if known) _____
_____
Name

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PeterHandy**
**7 Broughton Ave. Mt. Nelson, 7007**
**Tasmania**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PhilHatcher**
**1018 Main Street. Westphal, Nova Scotia**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PhilipHulett**
**565 Seward St**
**Dillingham, AK 99576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Phillip Cuddeback**
**469 Upper Weadley Rd.**
**Wayne, MA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pierre Koncurat**
**39 Abby Road**
**Farmhouse**
**Avondale, PA 19311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pierre,Joseph John**
**28 Mason Terrace**
**Brookline, MA 02446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pope,Julia**
**88 Gerrish Ave**
**Apt 310**
**Chelsea, MA 02150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Freight Farms, Inc. | Case number (if known) | |
|--------|---------------------|------------------------|---|
| | Name | | |

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Pope,Sara**
48 Rowe Ave
Portland, ME 04102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**PZ Horton**
3114 Jackson Avenue
Memphis, TN 38112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Quinn,Aidan**
5 peabody street
newton, MA 02458

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Rabschnuk,Alexander L**
34 Atlantic Ave
Cohasset, MA 02025-1803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Rabschnuk,Alison**
34 Atlantic Ave
Cohasset, MA 02025-1803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**RachelUhrenholdt**
51556 836 Rd
Elgin, NE 68636

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Racine,Ana Paula**
164 Blossom St apto 222
Lynn, MA 01902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Freight Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RaeannaGriffis**
**305 Morning Mist Rd**
**Manhattan, MT 59741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RandyCruz**
**21 Reyes Drive**
**Sapello, NM 87745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ranita Dejesus**
**101 West Love Street**
**Troy Pike Center For Technology (Pike Co**
**Troy, AL 36081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RayReed**
**34201 Kentucky Derby Place**
**Dade City, FL 33525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Reinhardt,Colin**
**3 Ricker Terrace**
**Brighton, MA 02135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142.51 |
|---|---|---|---|

**Reliance Worldwide Corporation**
**2300 Defoor Hills Road Northwest**
**Atlanta, GA 30318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rev. Carl P Wallace**
**1102 Meadow Spur**
**Akron, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.635** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Rich Bowman, Bowman's Market**
**326 Main Street**
**Kaysville, UT 84037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.636** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Richard J. Swanson**
**331 Alberta Drive**
**Suite 103**
**Amherst, NY 14226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.637** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**RichardHammonds**
**100 Drake Court**
**Jacksonville, NC 28540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.638** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,715.00**

**Richards, Layton & Finger**
**920 North King Street**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.639** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**RichMaddox**
**4044 Fort Campbell Blvd.**
**Hopkinsville, KY 42240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.640** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**RichMaha**
**600 Circle Rd**
**Stony Brook, NY 11790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.641** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Rick Vanzura**
**2 Steamboat Lane**
**Hingham, MA 02043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Freight Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RickeyFleming**
117 Zenner St
Buffalo, NY 14211

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RickMerfield**
4990 Radford Ct
Dubuque, IA 52002

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ridge,Brian Peter**
836 Willard Street
Apt 202
Quincy, MA 02169

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ridill,David Russett**
14 Orlando St.
South Portland, ME 04106

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RikardHillarp**
Kristian IV:s v g 3
Sweden

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104,874.00 |
|---|---|---|---|

**Riteng Industry Co**
Room 803 Chavalier House 45-51 Chatham R
Hong Kong

Date(s) debt was incurred  **2024**

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,742.81 |
|---|---|---|---|

**Rivulis Irrigation, Inc**
P. O. Box 841976
Boston, MA 02284

Date(s) debt was incurred  **2025**

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.649 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RKS Ventures, LLC**
**27 Colburn Ln**
**Hollis, NY 03049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RKS Ventures, LLC**
**27 Colburn Ln**
**Hollis, NY 03049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RKS Ventures, LLC**
**27 Colburn Ln**
**Hollis, NY 03049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Hagemeier**
**6594 Buckboard St**
**North Port, FL 34291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RobertClifford**
**5000 Old Buncombe Rd**
**Suite 27-101**
**Greenville, SC 29617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RobertDimech**
**43 Hanna Avenue. Unit C424. Toronto, Ont**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RobertFlanders**
**4580 Kings Abbot Way Northwest**
**Peachtree Corners, GA 30092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Roberto Colon**
**Bo. Caracol Carr. 402 km 4.1**
**A asco, PR 00610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RobertWare**
**233 Meadow Green Avenue**
**30 S American Ave**
**Dover, DE 19901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RobinJanse**
**Grace Bay Rd. Grace Bay TKCA 1ZZ**
**Turks and Caicos**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RocioHernandez**
**2151 Russell Lane**
**San Benito, TX 78586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RodgerPhillips**
**9705 Southwest Dolphin Point Road**
**0**
**Vashon, WA 98070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RodneyPoole**
**8250 Nalle Grade Road**
**North Fort Myers, FL 33917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rodriguez,Luis O**
**3 Tri-Town Dr**
**Apt 105**
**Lunenburg, MA 01462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Freight Farms, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.663** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Rojas,Cesar Augusto
491 Weld St Apt 1
West Roxbury, MA 02132-1310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.664** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Rothenberg Ventures
1459 18th Street
#345
San Francisco, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Equity**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.665** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

RyanCullen
1610 Champlain Avenue. Whitby. Ontario L
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.666** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

RyanMcgann
248 Route 25a, STE 72
East Setauket, NY 11733

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.667** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

RyanSmith
1241 Generals Hwy
Crownsville, MD 21032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.668** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

RyanSweeney
3209 Galleria
#1406
Edina, MN 55435

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.669** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Sabina Giakoumis
2450 West Ball Road
Anaheim, CA 92804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.670** | Nonpriority creditor's name and mailing address
**SAITEX ATTN: Virginia Rollando**
**Lot 225, Amata Industrial Park, Long Bin**
**Vietnam**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.671** | Nonpriority creditor's name and mailing address
**SamTolman**
**330 West Washington Avenue**
**Las Vegas, NV 89106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.672** | Nonpriority creditor's name and mailing address
**Sandaradura,Shyanki R**
**166 Dodd Dr**
**Holliston, MA 01746-1208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.673** | Nonpriority creditor's name and mailing address
**SaraSmith**
**1895 Stratford Avenue**
**Stratford, CT 06615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.674** | Nonpriority creditor's name and mailing address
**Sardelis,Mitchell George**
**81 Eugene St**
**Leominster, MA 01453-4607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.675** | Nonpriority creditor's name and mailing address
**SavannahSherman**
**461 South Pine Street**
**Pinedale, WY 82941**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.676** | Nonpriority creditor's name and mailing address
**SB Gateway II LLC**
**2310 Washington Street**
**Newton Lower Falls, MA 02462**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $2,374.41
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

| 3.677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Schauer,Maria**
**416 Marlborough St. #209**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Advisor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Seaman,Kyle**
**9 Anthony Rd**
**Bedford, MA 01730**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Employee__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SebastienSainsbury**
**85 Great Portland Street. London W1W 7LT**
**England**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Seema David**
**197 East Avenue. Toronto, Ontario M1C 3K**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SeifSalama**
**28 Ahmed Wasfi, Almazah. Cairo 11865**
**Egypt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SeifSalama**
**28 Al Shahid Ahmed Wasfi St. Almazah, Ca**
**Egypt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SelmaDavis**
**119 Scott Hill Road**
**Saint Helena Island, SC 29920**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.684 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Semyon Dukach**
**250 Beacon Street**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Equity**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,477.45 |
|---|---|---|---|

**Sensorex**
**11751 Markon Drive**
**Garden Grove, CA 98841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SergioCarranza**
**78080 Calle Amigo**
**Suite 103**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Customer**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Seth Weissman**
**1419 Whitehorn St**
**Ferndale, WA 98248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Customer**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHAMASH,ORRY**
**73 Bow Street**
**Medford, MA 02155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Employee**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shamritsky,Rebecca Ellen**
**145 Florence Street**
**Chestnut Hill, MA 02467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Employee**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shamshery,Pulkit**
**90 Chandler Street**
**Apt 1**
**Somerville, MA 02144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Employee**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.691** Nonpriority creditor's name and mailing address

**ShaneOliver**
**4 Hoffner Ct**
**Roebling, NJ 08554**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.692** Nonpriority creditor's name and mailing address

**Shapiro,Benjamin Alexander**
**67 Jordan Rd**
**Brookline, MA 02446-2315**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.693** Nonpriority creditor's name and mailing address

**ShaunaSpillane**
**2600 Mendon Road**
**Cumberland, RI 02864**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.694** Nonpriority creditor's name and mailing address

**ShaunWessell**
**1513 Route 28**
**0**
**Brookville, PA 15825**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.695** Nonpriority creditor's name and mailing address

**ShaunWilliams**
**3328 Lawrence 1220**
**Everton, MO 65646**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.696** Nonpriority creditor's name and mailing address

**ShawnCusson**
**235 Baker Street**
**Boston, MA 02132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.697** Nonpriority creditor's name and mailing address

**shawnharris**
**2015 Moodie St E**
**Thunder Bay, ON P7E 4Z4**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ShawnSpaulding**
**23 Topping Court**
**Huntington, WV 25705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ShayleRothman**
**4195 15th SDRD. King, Ontario L7B 1K4**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ShelbyMassey**
**900 Finley Lane**
**Ag Shop**
**Craig, CO 81625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90,767.90 |
|---|---|---|---|

**Shenzhen Ohmax Optoelectronic Lighting C**
**No. 132 Fuxing Street Hehua Community Lo**
**Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SherylSmith**
**127 Smithfield Rd**
**Frederiksted, VI 00840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ShirleyPosey**
**6201 N 21st St**
**Philadelphia, PA 19138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHROFF,MONALISA**
**5 Zambom Terrace**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Freight Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.705** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Shulevich,Viktoria
326 A St., Unit 4C
Boston, MA 02210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.706** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Silverstein,Jaime
78 Benton Road
Apt 3
Somerville, MA 02143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.707** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

SkylerBrazel
2431 Joe Johnson Drive
ANR 301
Knoxville, TN 37996

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.708** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Slater,Nigel
118 Windsor Rd.
MEDFORD, MA 02155-5924

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.709** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Smith,Brooke
10 Thacher Street
Apt 207
Boston, MA 02113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.710** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Smith,Jordan Jinfu
7 Price Rd, Apt 6
Allston, MA 02134-2570

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.711** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Snow,Christopher
31 Longview Road
Reading, MA 01867

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Spark Capital Founders' Fund IV, LP**
**200 Clarendon Street**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Spark Capital IV, L.P.**
**137 Newbury Street**
**FL 8**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,356.87 |
|---|---|---|---|

**SST Sensing Ltd**
**5 Hagmill Crescent, Coatbridge, Scotland**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**StaceySchacter**
**174 Watercolor Way**
**Suite 103-268**
**Santa Rosa Beach, FL 32459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**StacyHill-Sutherland**
**134 Harold St.**
**Roxbury, MA 02119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stage 1 Ventures, LLC**
**2811 South Bayshore Drive**
**Suite 17A**
**Coconut Grove, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stanton,Kostant**
**69 Saddle Rock Way**
**Manchester, NH 03102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.719 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Star Power LLC**
**228 Park Ave S**
**New York, NY 10003-1502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Equity__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $51,832.07 |
| --- | --- | --- | --- |

**Steam Logistics**
**325 Market Street**
**Suite 204**
**Chattanooga, TN 37402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2025__

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
| --- | --- | --- | --- |

**Stefan Clarke**
**393 Fortune Boulevard**
**Milford, MA 01757**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2023__

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**StefanClarke**
**Lot 2, Kendal. Bridgetown, St. John BB20**
**Barbados**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Stein Learning Gardens**
**1210 West 78th Place**
**Chicago, IL 60620**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**StephanHamer**
**5810 S Green St**
**Chicago, IL 60621**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**StephaniePatillo**
**1900 Thomas Road**
**Haltom City, TX 76117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

| 3.726 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steven Lobel**
**6535 Parkview Drive**
**H**
**Boca Raton, FL 33433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steven RBallard**
**2640 Jefferson Avenue**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steven Warren**
**430 Broadway**
**Cambridge, MA 02138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Equity**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SteveSavitz**
**1005 Kriebel Mill Rd**
**Worcester, PA 19403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.730 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$515,593.32** |
|---|---|---|---|

**Stikeman Elliott LLP**
**5300 Commerce Court West 199 Bay Street.**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.731 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stone,Geoffrey De Louvigny**
**111 West 8th Street**
**Boston, MA 02127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Employee**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.732 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,887.50** |
|---|---|---|---|

**Strauss Media Strategies**
**National Press Building, Suite 1163 529**
**Washington, DC 20045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Freight Farms, Inc. | | |
|---|---|---|---|
| | Name | Case number (if known) | |

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Struebing,Stephen Louis**
**8131 Garth Ct**
**Annandale, VA 22003-1310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Employee__

Is the claim subject to offset? ■ No ☐ Yes

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,950.00 |
|---|---|---|---|

**Superior Felt & Filtration, LLC**
**1150 Ridgeview Drive**
**McHenry, IL 60050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2025__

Last 4 digits of account number ___

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TamaraRick**
**1830 Airport Road**
**Staples, MN 56479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Taxiera,Alex**
**19 Tripp Ave**
**Brockton, MA 02301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Employee__

Is the claim subject to offset? ■ No ☐ Yes

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TaylorBerschet**
**3960 Brookham Dr**
**Grove City, OH 43123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Customer__

Is the claim subject to offset? ■ No ☐ Yes

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TechStars stock**
**1050 Walnut Street**
**Suite 202**
**Boulder, CO 80302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Equity__

Is the claim subject to offset? ■ No ☐ Yes

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,454.38 |
|---|---|---|---|

**Teds of Fayville Inc**
**300 Turnpike Road**
**Southborough, MA 01772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2025__

Last 4 digits of account number ___

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.740** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,627,916.67**

**Terranda, S. de R.L. de C.V.**
**Homero 109, Despacho 1602, Col. Polanco.**
**Mexico**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.741** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Terrin Ricehill**
**9773 Turnpoint Drive**
**West Des Moines, IA 50266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.742** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Terry DDawson**
**74 South Street**
**Williamsburg, MA 01096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.743** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00**

**Thanksgiving Point**
**3003 North Thanksgiving Way**
**Lehi, UT 84043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.744** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Thanksgiving Point**
**3003 North Thanksgiving Way**
**Lehi, UT 84043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.745** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,388.75**

**The Teen Warehouse**
**1121 Thatcher Street**
**Wilmington, DE 19802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.746** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Theodore Katsiroubas**
**83 Peregrine Rd.**
**Newton, MA 02459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Thomas Publicover** | ☐ Contingent | |
| | **17479 The Gore Road. Caledon East. Ontar** | ☐ Unliquidated | |
| | **Canada** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.748 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Thomas,Brandon Gerard** | ☐ Contingent | |
| | **9 Southbury Rd** | ☐ Unliquidated | |
| | **Cumberland, RI 02864** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Employee** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Thomas,John Stephen** | ☐ Contingent | |
| | **24 Estrella St** | ☐ Unliquidated | |
| | **Jamaica Plain, MA 02130-1944** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Employee** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **TiffanyMcGuire** | ☐ Contingent | |
| | **17 Charles Court** | ☐ Unliquidated | |
| | **East Patchogue, NY 11772** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.751 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **TimothyLewis** | ☐ Contingent | |
| | **6851 Citizens Parkway** | ☐ Unliquidated | |
| | **San Antonio, TX 78229** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.752 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **TinaHolton** | ☐ Contingent | |
| | **1711 Pepperidge Dr.** | ☐ Unliquidated | |
| | **Orlando, FL 32806** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.753 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **TobiasPeggs** | ☐ Contingent | |
| | **630 Flushing Ave** | ☐ Unliquidated | |
| | **Suite 375** | ☐ Disputed | |
| | **Brooklyn, NY 11206** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.754**

**Nonpriority creditor's name and mailing address**

**TobyO'Berry**
**2705 E Euclid Ave**
**0**
**Des Moines, IA 50317**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.755**

**Nonpriority creditor's name and mailing address**

**Todd Wong**
**1188 Rosamund Drive**
**San Ramon, CA 94582**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.756**

**Nonpriority creditor's name and mailing address**

**ToddPortier**
**257 Stanwich Road**
**Greenwich, CT 06830**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.757**

**Nonpriority creditor's name and mailing address**

**Tom Lashmit**
**218 Farm Road**
**Marlborough, MA 01752**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.758**

**Nonpriority creditor's name and mailing address**

**TomLashmit**
**82 Brigham Street**
**Marlborough, MA 01752**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.759**

**Nonpriority creditor's name and mailing address**

**TomSMITHERMAN**
**1900 Van Buren Street**
**116B**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.760**

**Nonpriority creditor's name and mailing address**

**TovaFeinberg**
**6760 Southwest Avenue**
**St. Louis, MO 63143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Freight Farms, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

| 3.761 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TracyJanowicz**
**91-2128 Old Fort Weaver Road**
**Ewa Beach, HI 96706-1911**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TracyRoach**
**13300 W. 2nd Pl.**
**Lakewood, CO 80228**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $46,890.00 |
|---|---|---|---|

**Transportation One, LLC**
**1315 North North Branch Street**
**Suite E**
**Chicago, IL 60642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2024__

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Travis Darr**
**2810 OSBORN CUTOFF RD**
**mosier, OR 97040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Trenchard,Rick M**
**481 Boylston Street**
**Apt #1**
**Brookline, MA 02445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Employee__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TrevorSpear**
**518 South West Street**
**Raleigh, NC 27601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**TriNet HR III-A, Inc.**
**1 Park Place**
**Suite 600**
**Dublin, CA 94568-7983**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __PEO provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TristanSeisa**
**532 South Arden Boulevard**
**Los Angeles, CA 90020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Turina,David**
**345 Harrison Avenue**
**1129**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,158.25 |
|---|---|---|---|

**Two Men And A Truck**
**260 Fordham Road**
**Suite 600**
**Wilmington, MA 01887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TylerBortz**
**10200 Smith Road**
**Denver, CO 80239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $716.19 |
|---|---|---|---|

**UG 2, LLC**
**PO Box 5972**
**Springfield, MA 01101-5972**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VananMurugesan**
**4414 Humboldt Avenue North**
**Minneapolis, MN 55412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,459.98 |
|---|---|---|---|

**Vanilla Forums Inc.**
**2045 Rue Stanley. Suite 1000. Montreat,**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | |
|---|---|---|
| | Name | Case number (if known) |

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vanzura,Cedric John**
**2 Steamboat Lne**
**Hingham, MA 02043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Employee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,672.53 |
|---|---|---|---|

**Vents-US**
**400 Murray Rd**
**Cincinnati, OH 45217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vikram Punwani**
**181 Laurel Rd**
**Chestnut Hill, MA 02467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Equity**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VinnieLima**
**3000 Village Run Road**
**#103-124**
**Wexford, PA 15090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VoidStar LLC**
**1487 Beacon St**
**Unit 4**
**Brookline, MA 02446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Equity**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WadeYoung**
**439 Grand Dr Box 154**
**Bigfork, MT 59911-3614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Walley,Jonathan L**
**491 Massachusetts Avenue**
**Unit G**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Employee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Freight Farms, Inc. | |
|---|---|---|
| | Name | Case number (if known) |

---

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WandaLaughlin**
**7580 County Road 136**
**Live Oak, FL 32060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wang,Edbert**
**29 Packard Ave**
**Apt 2**
**Somerville, MA 02144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Warren Katz**
**20 Fairfield Street**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Warren,Steven**
**430 Broadway #3**
**Cambridge, MA 02138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Waterbury,Samuel**
**128 Furnace Street**
**Apt 3**
**North Adams, MA 01247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WendyWyatt**
**4086 County Road 119**
**Hesperus, CO 81326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Weston Howland III**
**75 Federal Street**
**Suite 1100**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

**3.789** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**White,Sam**
**20 Chapel St**
**C908**
**Brookline, MA 02446**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.790** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Will Herman**
**72 Leafy Hill Lane**
**Wolfeboro, NH 03894**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Equity__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.791** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**WillCox**
**96 Pitts Bay Road. Hamilton**
**Bermuda**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.792** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**WilliamWerner**
**1 Shields Avenue**
**Davis, CA 95616**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.793** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**WilliamWoods**
**14013 S 33rd West Ave.**
**Glenpool, OK 74033**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.794** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Winborn,Ky D**
**10 Cogswell Ave**
**Cambridge, MA 02140**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.795** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Wisentaner,Rachel Ann**
**1045 Adams St**
**Unit 1**
**Dorchester, MA 02124**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Freight Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.796** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Woolard,James**
**256 Hillcrest Road**
**Needham, MA 02492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Employee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.797** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**Wrap Solutions**
**278 Lowell Street**
**Wilmington, MA 01887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:   **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.798** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Wu,Grace**
**290 Middle St**
**West Newbury, MA 01985**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Employee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.799** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**YingZhang**
**2556 West Highway 318**
**Citra, FL 32113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.800** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,667.00**

**YWCA Metropolitan Chicago**
**1 North La Salle Street**
**Suite 1700**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:   **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.801** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**YWCA Metropolitan Chicago**
**1 North La Salle Street**
**Suite 1700**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:   **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.802** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ZachKalas**
**127 West 127th Street**
**Annex Building**
**New York, NY 10027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Freight Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zack Armen**
**55 Vancycle Rd**
**Lincolnville, ME 04849**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZackBurns**
**3400 Vine Street**
**Cincinnati, OH 45220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zahran,Sarah Carrie**
**27 School Street Pl Apt 3**
**Boston, MA 02119-3498**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Employee__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Balestriere**<br>**Attn: John G.  Baslesreire, Esq.**<br>**225 Broadway, 29th Floor**<br>**New York, NY 10007** | Line __3.417__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Carlo Cellai, Esq.**<br>**Cellai Law Offices**<br>**150 Grossman Drive**<br>**Suite 201**<br>**Braintree, MA 02184** | Line __3.581__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Doherty,Dugan,Cannon,Raymond & Weil**<br>**Attn: Nicholas Rossini, Esq**<br>**124 Grove Street**<br>**Suite 220**<br>**Franklin, MA 02038** | Line __3.417__<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 6,905,826.36 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 6,905,826.36 |

**Fill in this information to identify the case:**

Debtor name      **Freight Farms, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **manufacuring space lease at 54,56 and 62 Crawford Srtreet , Leominster, MA lease term runs through 3/31/2026**<br><br>**Airport Realty Trust 188 Debbbie Drive Leominster, MA 01453** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Office space lease for 20 Old Colony Avenue, Suite 201, Boston, MA 02127 lease term through 12/31/2029**<br><br>**National Development 360 Longwood Avenue Boston, MA 02115** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **retail space lease for 54 Old Colony Avenue. Suite 1B. Boston, MA 02127 lease term through 12/31/2029**<br><br>**National Development 360 Longwood Avenue Boston, MA 02115** |

**Fill in this information to identify the case:**

Debtor name __**Freight Farms, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF MASSACHUSETTS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

|   | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
|   | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Freight Farms, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy         04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,643,476.00** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$6,475,000.00** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$19,522,483.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Freight Farms, Inc.**                                        Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **see attached schedule** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **see response to Question 30 below** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Bigrentz**<br>**3333 Michelson Drive**<br>**Suite 420**<br>**Irvine, CA 92612** | **forklift** | **April 2025** | **Unknown** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Sonepar v. Freight Farms**<br>**2843CV623** | **breach of contract and quantum meriut for non payment** | **Plymouth Superior Court**<br>**52 Obery Street**<br>**#2041**<br>**Plymouth, MA 02360** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Freight Farms, Inc.**                                    Case number *(if known)*  _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2.  **Kalow Technologies v Freight Farms**<br>**2584cv209** | **Fraud, Breach of Contract, Promissory Estoppel and 93A** | **Suffolk Superior Court**<br>**3 Pemberton Square**<br>**Boston, MA 02108** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Damage to a farm owned by a customer due to lights kept on for several  days and panels  kept too close together.**<br>**Note  - Parties also shared in cost of wrapping, delivery and installation not included in figure below** | **$120,350.00 - total recovery**<br>**Inurance payment received in July 2024, 50% from debtor's insurance company and 50% from customer's  insurance company** | **9/9/2023** | **$120,350.00** |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **Freight Farms, Inc.**       Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Donald R. Lassman**<br>**PO Box 920385**<br>**Needham, MA 02492-0005** | | **4/18/025** | **$15,338.00** |
| | **Email or website address**<br>don@lassmanlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Climactiva Group, LLC**<br>**Box 366937**<br>**San Juan, PR 00936** | **Customer refund of $200,000 - funds received and refunded on 4/30/2025 as Freight Farms is unable to complete the necessary service. Cancelled Certificate of Ownership for both farms.** | **4/30/25** | **$200,000.00** |
| | **Relationship to debtor**<br>**none** | | | |

**Part 7:**    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Freight Farms, Inc.**                                                                Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ■ Yes. Does the debtor serve as plan administrator?

      ■ No Go to Part 10.
      ☐ Yes. Fill in below:

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Castle Island Storage 39 Old Colony Avenue Boston, MA 02127** | **David Harris, 23 Ossipee Road, Somerville, MA 02144** | **assorted materials for older farm models** | ☐ No ■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☐ None

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Freight Farms, Inc.**                                    Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **see attached list** | | | **$0.00** |

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service
From-To |
|---|---|---|
| 26a.1. | **Monalisa Shroff
electronic data stored in the Cloud** | **8/2/21 - 4/30/2025** |

Debtor    **Freight Farms, Inc.**                                         Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.2.    **Christina Itrato**<br>**electronic data store in the Cloud** | **6/13/2022 - 4/30/2025** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Baker Tilly**<br>**1 Highwood Drive**<br>**Tewksbury, MA 01876** | **5/14/2021-6/2/2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Ospraie AG Science**<br>**411 Theodore Friend Avenue**<br>**Suite 240**<br>**Rye, NY 10580** | |
| 26c.2.    **Spark Capital**<br>**137 Newbury Street**<br>**Floor 8**<br>**Boston, MA 02116** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Eastern Bank**<br>**195 Market Street**<br>**Lynn, MA 01901** |
| 26d.2.    **Momentum Manufacturing Group**<br>**23 National Avenue**<br>**Georgetown, MA 01833** |
| 26d.3.    **Ron Coleman**<br>**Red Deer Capital**<br>**One Heritage Place**<br>**945 Main Street, Suite 210**<br>**Manchester, CT 06040** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Debtor | Freight Farms, Inc. | Case number *(if known)* | |
|---|---|---|---|

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Baker Tilly - Audit Firm** | **1/10/2024 and 1/11/2024** | **$2,460,563.00 Cost Basis at Book Value as of 12/31/23** |
| | Name and address of the person who has possession of inventory records **Accouting System - XERO** | | |
| 27.2. | **Baker Tilly - Audit Firm** | **1/4/2023** | **$7,537,561.00 Cost Basis at Book Value as of 12/31/22** |
| | Name and address of the person who has possession of inventory records **Accouting System - XERO** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Chris Papouras** | **c/o Ospraie Ag Science 411 Theodore Fremd Ave Suite 240 Rye, NY 10580** | **Board of Directors** | **Ospraie owns 36.945% fully diluted shares** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Zach Morse** | **c/o Ospraie Ag Science 411 Theodore Fremd Ave Suite 240 Rye, NY 10580** | **Board of Directors** | **Ospraie owns 36.945% fully diluted shares** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Agustin Tristin** | **Demeter Agrimex LLC Homero 109, Despacho 1602,  Col Ploanco Cuidad de Mexico 11570 Mexico** | **Board of Directors** | **Demeter Agrimex owns 14.721% fully diluted shares** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Brad Griffith** | **10527 Tobias Lane Frisco, TX 75033** | **Board of Director** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

Debtor    **Freight Farms, Inc.**    Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Rick Vanzura | 2 Steamboat Lane Hingham, MA 02043 | CEO from 3/2/2020-10/15/2024 Board Advisor from 10/16/2024-4/30/2025 | 4/30/24 - 4/30/25 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jyothi Dalavai | Aliaxis Ventures Avenue Arnaud Fraiteur 15-23 1050 Brussles Belgium | Board Member | 12/13/2022-9/24/2024 |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Monalisa Shroff 5 Zambom Terrace Andover, MA 01810 Relationship to debtor CFO | $315,769 | 4/30/24 - 4/30/25 | Includes expense reimbursement for maintenance of critical company systems that will be paid on CFO's personal credit card post fiing in the amount of $1,754.00 |
| 30.2. | Rick Vanzura 2 Steamboat Lane Hingham, MA 02043 Relationship to debtor CEO | 187,375 | 4/30/24-4/30/25 | CEO salary until 10/15/24. 10/16/24 - 4/30/25 - Board advisor at significantly reduced salary |
| 30.3. | Brad Griffith 10527 Tobias Lane Frisco, TX 75033 Relationship to debtor CEO | $238,317 | 11/1/2024-4/30/2025 | Salary and expense reimbursement of $7,043 |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

---

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page **9**

Debtor    **Freight Farms, Inc.**                                    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 30, 2025**

**/s/ Monalisa Shroff**                              **Monalisa Shroff**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CFO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**Statement of Financial Affairs**

**Part 2 - Payments made in last 90 days before filing > $8,575**

| Creditor's name | Address | Payment amount |
|---|---|---|
| Alaska Marine Lines, Inc. | 5615 West Marginal Way Southwest, Seattle, WA 98124 United States | 33,686 |
| Aldrich Auto Body & Repair Inc | 209 Lunenburg Street, Fitchburg, MA 01420 | 4,370 |
| Aldrich Auto Body & Repair Inc | 209 Lunenburg Street, Fitchburg, MA 01420 | 3,400 |
| Alternative Manufacturing, Inc. | 30B Summer St, Winthrop, ME 04364 United States | 1,533 |
| Alternative Manufacturing, Inc. | 30B Summer St, Winthrop, ME 04364 United States | 4,348 |
| Alternative Manufacturing, Inc. | 30B Summer St, Winthrop, ME 04364 United States | 3,478 |
| Ann Thompson Law, LLC | 6845 Brookside Rd, Kansas City, MO 64113 United States | 625 |
| Ann Thompson Law, LLC | 6845 Brookside Rd, Kansas City, MO 64113 United States | 3,328 |
| Ann Thompson Law, LLC | 6845 Brookside Rd, Kansas City, MO 64113 United States | 4,875 |
| Arent Fox LLP | 1717 K Street, NW P.O. Box 7247, Washington, DC 20006 United States | 2,500 |
| Arent Fox LLP | 1717 K Street, NW P.O. Box 7247, Washington, DC 20006 United States | 2,500 |
| Arent Fox LLP | 1717 K Street, NW P.O. Box 7247, Washington, DC 20006 United States | 2,500 |
| Arent Fox LLP | 1717 K Street, NW P.O. Box 7247, Washington, DC 20006 United States | 2,500 |
| Arent Fox LLP | 1717 K Street, NW P.O. Box 7247, Washington, DC 20006 United States | 18,590 |
| BOC International | 21 Drydock Avenue Suite 520 W, Boston, MA 02210 United States | 5,000 |
| BOC International | 21 Drydock Avenue Suite 520 W, Boston, MA 02210 United States | 5,000 |
| BOC International | 21 Drydock Avenue Suite 520 W, Boston, MA 02210 United States | 5,000 |
| BOC International | 21 Drydock Avenue Suite 520 W, Boston, MA 02210 United States | 2,717 |
| Crafty Penguin Technologies Inc. | PO Box 21088 RPO Westview, Lethbridge, AB T1K 6X4 Canada | 8,700 |
| FERNCREEK | 4715 South Ferncreek Avenue, Orlando, FL 32806 United States | 9,000 |
| Latham & Watkins LLP | 555 WEST 5TH STREET Suite 300, LOS ANGELES, CA 90013-1010 United State | 3,000 |
| Latham & Watkins LLP | 555 WEST 5TH STREET Suite 300, LOS ANGELES, CA 90013-1010 United State | 3,000 |
| Latham & Watkins LLP | 555 WEST 5TH STREET Suite 300, LOS ANGELES, CA 90013-1010 United State | 3,000 |
| Mini Warehousing, Inc | 240 Francis Avenue. Mansfield, MA  02048 | 4,740 |
| Mini Warehousing, Inc | 241 Francis Avenue. Mansfield, MA  02048 | 5,497 |
| Mini Warehousing, Inc | 241 Francis Avenue. Mansfield, MA  02048 | 5,317 |
| Mohawk Global Logistics | 123 Air Cargo Road, Syracuse, NY 13212 United States | 5,000 |
| Mohawk Global Logistics | 123 Air Cargo Road, Syracuse, NY 13212 United States | 5,000 |

| | | |
|---|---|---|
| Mohawk Global Logistics | 123 Air Cargo Road, Syracuse, NY 13212 United States | 5,000 |
| Mohawk Global Logistics | 123 Air Cargo Road, Syracuse, NY 13212 United States | 14,543 |
| Momentum Manufacturing Group | 210 Pierce Road, Saint Johnsbury, VT 05819 United States | 3,443 |
| Momentum Manufacturing Group | 210 Pierce Road, Saint Johnsbury, VT 05819 United States | 7,230 |
| Momentum Manufacturing Group | 210 Pierce Road, Saint Johnsbury, VT 05819 United States | 21,691 |
| Momentum Manufacturing Group | 210 Pierce Road, Saint Johnsbury, VT 05819 United States | 7,230 |
| NorthEast Electrical | 560 Oak Street, Brockton, MA 02301 United States | 3,927 |
| NorthEast Electrical | 560 Oak Street, Brockton, MA 02301 United States | 5,000 |
| NorthEast Electrical | 560 Oak Street, Brockton, MA 02301 United States | 5,000 |
| NorthEast Electrical | 560 Oak Street, Brockton, MA 02301 United States | 3,927 |
| NorthEast Electrical | 560 Oak Street, Brockton, MA 02301 United States | 5,000 |
| NorthEast Electrical | 560 Oak Street, Brockton, MA 02301 United States | 11,781 |
| Northern Air Systems, Inc. | 3605 Buffalo Road, Rochester, NY 14624 United States | 10,000 |
| Northern Air Systems, Inc. | 3605 Buffalo Road, Rochester, NY 14624 United States | 2,759 |
| Northern Air Systems, Inc. | 3605 Buffalo Road, Rochester, NY 14624 United States | 7,241 |
| Northern Air Systems, Inc. | 3605 Buffalo Road, Rochester, NY 14624 United States | 10,000 |
| Northern Air Systems, Inc. | 3605 Buffalo Road, Rochester, NY 14624 United States | 10,000 |
| Northern Air Systems, Inc. | 3605 Buffalo Road, Rochester, NY 14624 United States | 10,000 |
| Northern Air Systems, Inc. | 3605 Buffalo Road, Rochester, NY 14624 United States | 10,000 |
| One Way Lease | 1000 Broadway, Suite 425, Oakland, CA 94607 United States | 5,000 |
| One Way Lease | 1000 Broadway, Suite 425, Oakland, CA 94607 United States | 9,595 |
| One Way Lease | 1000 Broadway, Suite 425, Oakland, CA 94607 United States | 5,000 |
| Sensorex | 11751 Markon Drive, Garden Grove, CA 98841 United States | 11,034 |
| Shenzhen Ohmax Optoelectronic Lighting Co | No. 132 Fuxing Street Hehua Community Longgang District, Shenzhen China China Pinghu Subdistrict, Longgang District, Shenzhen Chi, China 00000 Hong Kong | 740 |
| Shenzhen Ohmax Optoelectronic Lighting Co | No. 132 Fuxing Street Hehua Community Longgang District, Shenzhen China China Pinghu Subdistrict, Longgang District, Shenzhen Chi, China 00000 Hong Kong | 17,920 |
| Shenzhen Ohmax Optoelectronic Lighting Co | No. 132 Fuxing Street Hehua Community Longgang District, Shenzhen China China Pinghu Subdistrict, Longgang District, Shenzhen Chi, China 00000 Hong Kong | 26,479 |

| | | |
|---|---|---|
| | No. 132 Fuxing Street Hehua Community Longgang District, Shenzhen China | |
| | China Pinghu Subdistrict, Longgang District, Shenzhen Chi, China 00000 | |
| Shenzhen Ohmax Optoelectronic Lighting Co | Hong Kong | 15,132 |
| | No. 132 Fuxing Street Hehua Community Longgang District, Shenzhen China | |
| | China Pinghu Subdistrict, Longgang District, Shenzhen Chi, China 00000 | |
| Shenzhen Ohmax Optoelectronic Lighting Co | Hong Kong | 27 |
| | No. 132 Fuxing Street Hehua Community Longgang District, Shenzhen China | |
| | China Pinghu Subdistrict, Longgang District, Shenzhen Chi, China 00000 | |
| Shenzhen Ohmax Optoelectronic Lighting Co | Hong Kong | 1,011 |
| SmartWay Transportation Inc. | 10901 Granada Lane, Leawood, KS 66211 United States | 5,000 |
| SmartWay Transportation Inc. | 10901 Granada Lane, Leawood, KS 66211 United States | 5,000 |
| SmartWay Transportation Inc. | 10901 Granada Lane, Leawood, KS 66211 United States | 5,000 |
| SmartWay Transportation Inc. | 10901 Granada Lane, Leawood, KS 66211 United States | 5,550 |
| SST Sensing Ltd | 5 Hagmill Crescent, Coatbridge, Scotland ML5 4NS United Kingdom | 5,005 |
| SST Sensing Ltd | 5 Hagmill Crescent, Coatbridge, Scotland ML5 4NS United Kingdom | 5,276 |
| Strauss Media Strategies | National Press Building, Suite 1163 529 14th Street NW, Washington, DC 200 | 2,888 |
| Strauss Media Strategies | National Press Building, Suite 1163 529 14th Street NW, Washington, DC 200 | 5,775 |
| Teds of Fayville Inc | 300 Turnpike Road, Southborough, MA 01772 United States | 6,798 |
| Teds of Fayville Inc | 300 Turnpike Road, Southborough, MA 01772 United States | 3,350 |
| Teds of Fayville Inc | 300 Turnpike Road, Southborough, MA 01772 United States | 6,274 |
| The Gefvert Company | 316 Country Ridge Drive, Royersford, PA 19468 United States | 4,050 |
| The Gefvert Company | 316 Country Ridge Drive, Royersford, PA 19468 United States | 3,000 |
| The Gefvert Company | 316 Country Ridge Drive, Royersford, PA 19468 United States | 3,000 |
| The Gefvert Company | 316 Country Ridge Drive, Royersford, PA 19468 United States | 6,000 |
| The Gefvert Company | 316 Country Ridge Drive, Royersford, PA 19468 United States | 7,500 |
| The Hilb Group of New England | 2000 Chapel View Boulevard, Cranston, RI 02920 United States | 61,662 |
| Transportation One, LLC | 1315 North North Branch Street Suite E, Chicago, IL 60642 United States | 5,200 |
| Transportation One, LLC | 1315 North North Branch Street Suite E, Chicago, IL 60642 United States | 5,000 |
| Transportation One, LLC | 1315 North North Branch Street Suite E, Chicago, IL 60642 United States | 5,000 |
| Transportation One, LLC | 1315 North North Branch Street Suite E, Chicago, IL 60642 United States | 5,000 |
| Vanilla Forums Inc. | 2045 Rue Stanley, Suite 1000, Montreal, Quebec H3A 2V4 Canada | 10,460 |
| YWCA Metropolitan Chicago | 1 North La Salle Street Suite 1700, Chicago, IL 60602 United States | 5,000 |
| YWCA Metropolitan Chicago | 1 North La Salle Street Suite 1700, Chicago, IL 60602 United States | 5,000 |

| | | |
|---|---|---|
| YWCA Metropolitan Chicago | 1 North La Salle Street Suite 1700, Chicago, IL 60602 United States | 5,000 |
| YWCA Metropolitan Chicago | 1 North La Salle Street Suite 1700, Chicago, IL 60602 United States | 5,000 |
| Brex Inc. | 650 S 500 W. Suite 209. Salt Lake City, UT 84101 | 108,924 |
| Brex Inc. | 650 S 500 W. Suite 209. Salt Lake City, UT 84101 | 81,360 |
| Brex Inc. | 650 S 500 W. Suite 209. Salt Lake City, UT 84101 | 5,000 |
| Brex Inc. | 650 S 500 W. Suite 209. Salt Lake City, UT 84101 | 5,000 |
| National Development | 360 Longwood Avenue. Boston, MA 02115 | 59,187 |
| National Development | 360 Longwood Avenue. Boston, MA 02115 | 59,187 |
| National Development | 360 Longwood Avenue. Boston, MA 02115 | 59,187 |
| Law Office of Donald R Lassman | POB 920385. Needham, MA 02492 | 15,338 |
| TVT Capital | 881 Baxter Drive. STE 100. South Jordan, UT 84095 | 13,125 |
| TVT Capital | 881 Baxter Drive. STE 100. South Jordan, UT 84095 | 13,125 |
| TVT Capital | 881 Baxter Drive. STE 100. South Jordan, UT 84095 | 13,125 |
| TVT Capital | 881 Baxter Drive. STE 100. South Jordan, UT 84095 | 13,125 |
| TVT Capital | 881 Baxter Drive. STE 100. South Jordan, UT 84095 | 13,125 |
| TVT Capital | 881 Baxter Drive. STE 100. South Jordan, UT 84095 | 13,125 |
| TVT Capital | 881 Baxter Drive. STE 100. South Jordan, UT 84095 | 13,125 |
| TVT Capital | 881 Baxter Drive. STE 100. South Jordan, UT 84095 | 13,125 |
| TVT Capital | 881 Baxter Drive. STE 100. South Jordan, UT 84095 | 13,125 |
| TVT Capital | 881 Baxter Drive. STE 100. South Jordan, UT 84095 | 13,125 |
| TVT Capital | 881 Baxter Drive. STE 100. South Jordan, UT 84095 | 13,125 |
| TVT Capital | 881 Baxter Drive. STE 100. South Jordan, UT 84095 | 13,125 |
| TVT Capital | 881 Baxter Drive. STE 100. South Jordan, UT 84095 | 13,125 |
| Airport Realty Trust | 188 Debbie Drive. Leominster, MA 01453 | 11,850 |
| Airport Realty Trust | 188 Debbie Drive. Leominster, MA 01453 | 11,723 |
| Airport Realty Trust | 188 Debbie Drive. Leominster, MA 01453 | 11,723 |
| Freight to Plate | 2665 West Nelson Street, Chicago, IL 60618 United States | 10,000 |

| Payment Date | Reason |
|---|---|
| 3/24/2025 | Vendor |
| 4/28/2025 | Vendor |
| 4/30/2025 | Vendor |
| 2/3/2025 | Vendor |
| 2/3/2025 | Vendor |
| 3/14/2025 | Vendor |
| 3/11/2025 | Services |
| 3/12/2025 | Services |
| 4/17/2025 | Services |
| 2/3/2025 | Services |
| 2/18/2025 | Services |
| 3/3/2025 | Services |
| 3/21/2025 | Services |
| 4/29/2025 | Services |
| 2/3/2025 | Vendor |
| 2/18/2025 | Vendor |
| 3/3/2025 | Vendor |
| 3/12/2025 | Vendor |
| 2/4/2025 | Vendor |
| 4/25/2025 | Other - customer who acted as a supplier and provided produce for an event |
| 2/18/2025 | Services |
| 3/3/2025 | Services |
| 3/21/2025 | Services |
| 4/29/2025 | Vendor |
| 3/3/2025 | Vendor |
| 3/21/2025 | Vendor |
| 2/3/2025 | Vendor |
| 2/11/2025 | Vendor |

| Date | Vendor |
|------|--------|
| 2/18/2025 | Vendor |
| 2/27/2025 | Vendor |
| 2/10/2025 | Vendor |
| 2/24/2025 | Vendor |
| 2/27/2025 | Vendor |
| 3/21/2025 | Vendor |
| 2/11/2025 | Vendor |
| 2/18/2025 | Vendor |
| 3/3/2025 | Vendor |
| 3/12/2025 | Vendor |
| 3/20/2025 | Vendor |
| 4/1/2025 | Vendor |
| 2/3/2025 | Vendor |
| 2/7/2025 | Vendor |
| 2/10/2025 | Vendor |
| 2/14/2025 | Vendor |
| 2/28/2025 | Vendor |
| 3/11/2025 | Vendor |
| 3/20/2025 | Vendor |
| 2/14/2025 | Vendor |
| 2/28/2025 | Vendor |
| 3/20/2025 | Vendor |
| 2/27/2025 | Vendor |
| 2/11/2025 | Vendor |
| 2/13/2025 | Vendor |
| 2/26/2025 | Vendor |

| Date | Description |
|---|---|
| 3/14/2025 | Vendor |
| 4/1/2025 | Vendor |
| 4/3/2025 | Vendor |
| 2/3/2025 | Vendor |
| 2/11/2025 | Vendor |
| 2/18/2025 | Vendor |
| 3/14/2025 | Vendor |
| 2/3/2025 | Vendor |
| 3/21/2025 | Vendor |
| 2/4/2025 | Vendor |
| 3/21/2025 | Vendor |
| 2/3/2025 | Vendor |
| 2/27/2025 | Vendor |
| 3/21/2025 | Vendor |
| 2/3/2025 | Services |
| 2/14/2025 | Services |
| 3/3/2025 | Services |
| 3/12/2025 | Services |
| 4/14/2025 | Services |
| 4/7/2025 | Vendor |
| 2/3/2025 | Vendor |
| 2/18/2025 | Vendor |
| 3/3/2025 | Vendor |
| 3/21/2025 | Vendor |
| 2/13/2025 | Vendor |
| 2/3/2025 | Other - customer returned farm |
| 2/18/2025 | Other - customer returned farm |

| Date | Description |
|---|---|
| 3/3/2025 | Other - customer returned farm |
| 3/21/2025 | Other - customer returned farm |
| 2/10/2025 | Other - corporate credit card |
| 3/10/2025 | Other - corporate credit card |
| 4/21/2025 | Other - corporate credit card |
| 4/28/2025 | Other - corporate credit card |
| 4/2/2025 | Other - rent |
| 3/3/2025 | Other - rent |
| 2/3/2025 | Other - rent |
| 4/18/2025 | Services |
| 4/24/2025 | Secured debt |
| 4/17/2025 | Secured debt |
| 4/10/2025 | Secured debt |
| 4/4/2025 | Secured debt |
| 3/27/2025 | Secured debt |
| 3/20/2025 | Secured debt |
| 3/13/2025 | Secured debt |
| 3/6/2025 | Secured debt |
| 2/27/2025 | Secured debt |
| 2/20/2025 | Secured debt |
| 2/13/2025 | Secured debt |
| 2/6/2025 | Secured debt |
| 1/30/2025 | Secured debt |
| 4/1/2025 | Other - rent |
| 3/3/2025 | Other - rent |
| 2/3/2025 | Other - rent |
| 3/13/2025 | Other - 3rd part commission |

**Statement of Financial Affairs**
Part 11 - Property held for another

| Customer name | Description | Farm Location | Value | Comments |
|---|---|---|---|---|
| University College London | Container Farm | 56 Crawford Street. Leominster, MA 01453 | 124,000 | Customer owned farm. |
| Fresh Harvest 365 Demetrius #3 | Container Farm | 241 Francis Avenue. Mansfield, MA 02048 | 135,000 | Customer owned farm. |
| Boxy Harvest | Container Farm | 241 Francis Avenue. Mansfield, MA 02048 | 100,000 | Customer owned farm. |
| Cornucopia #1 | Container Farm | 241 Francis Avenue. Mansfield, MA 02048 | 139,000 | Customer owned farm. |
| Don Knoll #1 - Lettuce Sustain | Container Farm | 241 Francis Avenue. Mansfield, MA 02048 | 120,000 | Customer owned farm. |
| Don Knoll #2 - Lettuce Sustain | Container Farm | 241 Francis Avenue. Mansfield, MA 02048 | 120,000 | Customer owned farm. |
| Cornucopia #2 | Container Farm | 241 Francis Avenue. Mansfield, MA 02048 | 139,000 | Customer owned farm. |
| Cornucopia #3 | Container Farm | 241 Francis Avenue. Mansfield, MA 02048 | 139,000 | Customer owned farm. |
| Pueblo Unido | Container Farm | 241 Francis Avenue. Mansfield, MA 02048 | 140,000 | Customer owned farm. |
| Jessica Fung/Glacier Greens | Container Farm | 56 Crawford Street. Leominster, MA 01453 | 139,000 | Customer owned farm. |
| Watertown Public Schools | Container Farm | 56 Crawford Street. Leominster, MA 01453 | 85,000 | Customer owned farm. |
| Abundant Life | Container Farm | 56 Crawford Street. Leominster, MA 01453 | 149,000 | Customer owned farm. |
| Kentucky State # 2 | Container Farm | 56 Crawford Street. Leominster, MA 01453 | 139,000 | Customer owned farm. |
| Hale Kipa #2 | Container Farm | 241 Francis Avenue. Mansfield, MA 02048 | 129,000 | Customer owned farm. |
| Tuskegee #2 | Container Farm | 241 Francis Avenue. Mansfield, MA 02048 | 142,000 | Customer owned farm. |
| CPEN | Container Farm | 241 Francis Avenue. Mansfield, MA 02048 | 120,000 | Customer owned farm. |
| Kentucky State #1 | Container Farm | 56 Crawford Street. Leominster, MA 01453 | 144,000 | Customer owned farm. |
| Seeds for Change | Container Farm | 56 Crawford Street. Leominster, MA 01453 | 129,000 | Customer owned farm. |
| St. Vincent de Paul | Container Farm | 56 Crawford Street. Leominster, MA 01453 | 155,000 | Customer owned farm. |
| Barry Rasch / Urban Mill | Container Farm | 56 Crawford Street. Leominster, MA 01453 | 129,000 | Customer owned farm. |
| Suwannee High School | Container Farm | 56 Crawford Street. Leominster, MA 01453 | 155,000 | Customer owned farm. |
| Dale County Schools | Container Farm | 56 Crawford Street. Leominster, MA 01453 | 165,000 | Customer owned farm. |
| Watch City Farms | Container Farm | 241 Francis Avenue. Mansfield, MA 02048 | 140,250 | Returned farm but customer owned - Freight Farms is storing for customer |
| Brett Roberts #1 | Container Farm | 241 Francis Avenue. Mansfield, MA 02048 | 136,500 | Returned farm but customer owned - Freight Farms is storing for customer |
| Brett Roberts #2 | Container Farm | 241 Francis Avenue. Mansfield, MA 02048 | 136,500 | Returned farm but customer owned - Freight Farms is storing for customer |
| Brett Roberts #3 | Container Farm | 241 Francis Avenue. Mansfield, MA 02048 | 136,500 | Returned farm but customer owned - Freight Farms is storing for customer |

# United States Bankruptcy Court
### District of Massachusetts

In re   **Freight Farms, Inc.**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 30, 2025**

**/s/ Monalisa Shroff**

**Monalisa Shroff/CFO**
Signer/Title

4DNXT Capital, LLC
21 Sears Road
Brookline, MA 02445

5W Public Relations
299 Park Avenue 10th Floor
New York, NY 10171

AaronThornton
1 Bethel Valley Road
Oak Ridge, TN 37830

Accelerated Services Inc.
158-2 Remington Boulevard
Ronkonkoma, NY 11779

Accutemp Engineering
100 Maple St
Bldg B
Stoneham, MA 02180

Adam Quinones
40311 16th St W
Palmdale, CA 93551

Adasha Turner
7510 Olympic Drive
Everett, WA 98203

Admiral Metals
11 Forbes Road
Woburn, MA 01801

AFC Worldwide Express, Inc.
PO Box 405939
Atlanta, GA 30384-5939

Agile Education Marketing
700 17th St.
Suite 2250
Denver, CO 80202

AGRINAM INVESTMENTS, LLC
Homero 109, Despacho 1602, Col. Polanco.
Mexico

Agrowtek
173 Ambrogio Dr
Ste A
Brookfield, WI 53045

Aguam,Julia
31 Cunard St Apt 4
Boston, MA 02120-2125

Ahmed Rafiu
Salzmen pvt ltd, 4/3 faamdheyrige, Faamd
Maldives

Air Distribution Concepts, Inc.
204 Hallberg Street
Unit A, B
Delavan, WI 53115

Airport Realty Trust
188 Debbbie Drive
Leominster, MA 01453

AjayNagarkatte
224 N. Elm St.
Hinsdale, IL 60521

AlanaPakkala
1288 ALA MOANA BLVD
SUITE 201
HONOLULU, HI 96814

AlejandroMadrazo
Homero 109. Despacho 1602. Col. Polanco
Mexico

Alexandra Basquette
9 Saint Peter St
Apt 6
Boston, MA 02130

AlexandraArmstrong
45 Thundercreek Place
Spring, TX 77381

Alexandre Allouches
Jal el DIB HWY, Beirut VG9G+476
Lebanon

AlexSchmittendorf
100 James E Casey Drive
Buffalo, NY 14206

Aliaxis Ventures SA
Avenue Arnaud Fraiteur 15-23
1050 Brussels

Alkaline Investment Partners
2201 Waukegan Road
Suite 175
Bannockburn, IL 60015

Allardi,Alexander
5 Mulberry St
Attleboro, MA 02703

```
AllisonDeHonney
85 Silo City Row
Buffalo, NY 14203

Almeida,Luciana O
202 West Broadway St
#2
Boston, MA 02127

Alternative Manufacturing, Inc.
30B Summer St
Winthrop, ME 04364

Alves,Nicole
125 Beale st
Apt C
Quincy, MA 02170

Amanvir Mundra
45 Observatory Lane. Richmond Hill, Onta
Canada

American Bright Optoelectronics Corp.
13815 Magnolia Avenue
Suite C
Chino, CA 91710

Amsterdam,Benjamin
90 Wareham St
UNIT 216
Boston, MA 02118

Amy Doklovic
245 Wood Creek Court
Chapel Hill, NC 27516

Andr s Gonz lez Bonilla
PO Box 143466
Arecibo, PR 00614

Andraya Yousfi
500 North Laramie Avenue
Chicago, IL 60644

Andre McFadden
4821 Avenue W
Birmingham, AL 35208

AndreaHoward
105 Allston St.
Allston, MA 02134

Andreas MKogelnik
1143 Webster St
Palo Alto, CA 94301
```

Andrew Hopkin
618 Grove St
Framingham, MA 01701

Andrew O'Guin
6630 Lee Drive
Waterloo, IL 62298

AndrewFreitag
4237 regency ct
Davenport, IA 52806

Angel Cabiya
PO Box 1752
Ciales, PR 00638

Angel J. Padilla Ortiz
Bo. Dos Bocas 2 Sect. Miranda Carr. 807
Corozal, PR 00783

AngelaCostanzo
5250 Fieldston Road
Bronx, NY 10471

Anmol Mehra
2403 East 14th Street
Austin, TX 78702

AnneEspenan
8200 S. Quebec St A3 119
Centennial, CO 80112

Annino,Michael
6306 Thompson Farm
Bedford, MA 01730

AnnMcGlynn
PO Box 2332
Davenport, IA 52809

AnsonCox
6515 A C Smith Road
Dawsonville, GA 30534

AnthonyGentile
West Side Dining 2nd fl.
Stony Brook, NY 11794

AnthonyRahe
101 West Carimona Street
Wykoff, MN 55990

Antunes,Debora Patricia
151 Forest Grove ave
Wrentham, MA 02093

AracelyNajera
18115 County Road 125
Pearland, TX 77581

Arent Fox LLP
1717 K Street, NW
P.O. Box 7247
Washington, DC 20006

ArjunKumar
9B Wood Street. 5th Floor. Kolkata 70001
India

ArthurShavers
39062 E Knieriem Rd
Corbett, OR 97019

ArunYenumula
1649 215th Place Southeast
Sammamish, WA 98075

Arvind,Anagha
75 Main Cir
Shrewsbury, MA 01545-3350

Asevedo,Gabriel Augusto
68 Broadway, Apt 1
Somerville, MA 02145-3372

AshChan
800 East 4th St
Los Angeles, CA 90013

AshishKoshy
3405 Mountain House Road. Willams Lake,
Canada

Ashley Burris
718 Brook Manor Court
O'Fallon, MO 63367

Ashton Julian
2035 South Florida Way
Fayetteville, AR 72701

Association of Zoos & Aquariums
8403 Colesville Road
STE 710
Silver Spring, MD 20910

Asymmetry Ventures Master Syndicate LLC
8 The Green
Suite #13283
Dover, DE 19901

```
AugustPeterson
65528 Halvorsen Lane
Ione, OR 97843

Austin Eriksson
18111 Nordhoff Street
Vallera 325
Northridge, CA 91330-8219

AutumnJackson
145 Park St.
DeFuniak Springs, FL 32435

AviadSheinfeld
2675 Independence Ave
Glenview, IL 60026

Babatunde Adegboyega
410 Old Pennywell Road. St John's, Newfo
Canada

BabatundeAdegboyega
410 Old Pennywell Road. St John's, Newfo
Canada

Baker Tilly WM LLP
400 Burrard St. Suite 900. Vancouver, Br
Canada

Baker,Derek J
258 Sprague Street
Dedham, MA 02026

Balaji,Anjuvarshini
34 Jonathan Circle
Merrimack, NH 03054

Balestriere
Attn: John G. Baslesreire, Esq.
225 Broadway, 29th Floor
New York, NY 10007

BambiDeLaRosa
5140 County Road 177
Celina, TX 75009

BARD MANUFACTURING COMPANY, INC.
PO BOX 73293-N
Cleveland, OH 44193-0814

Barnes,Jacy
50 Rutland Sq
#1
Boston, MA 02118
```

Barrett,Edward John
1876 Nicole Dr
Dresher, PA 19025-1438

BarryRasch
4602 52nd St. Thorsby, Alberta T0C 2P0
Canada

Basquette,Alexandra
9 Saint Peter St
Apt 6
Boston, MA 02130

Beas Cheekhooree
Industrial Zone. Royal Road. Gros Caillo
Mauritius

BeckyWills
17501A
Francis Harrell Rd
Elberta, AL 36530

Ben Chigier
PO Box 540
Portsmouth, NH 03802

BenjaminDotson
12405 184th St E
Puyallup, WA 98374-9135

BethzaidaRivera
75 Piedmont Ave NE, Suite 731
Atlanta, GA 30303

Bigrentz
3333 Michelson Drive
Suite 420
Irvine, CA 92612

BillBagby
500 South Glover Avenue
Urbana, IL 61802

BlakeTate
14244 Tern Drive
Colorado Springs, CO 80921

Bliss,Marc
81 Lexington Ave
Somerville, MA 02144

BLP Cleaning Services Inc
39 Imperial Avenue
Leominster, MA 01453

BobMartin
605 W Eichel Ave
Evansville, IN 47710

Botran,Adrian Francisco Gerard
21 Chauncy St, Apt 24
Cambridge, MA 02138-2460

Brad Bell
863 Cooke Road. RR#1. Stirling, Ontario
Canada

Brad McNamara
460 Harrison Ave
Apt 403
Boston, MA 02118

Brandi Lasure
2511 Lockhart Way. Cold Lake. Alberta T9
Canada

Brandly,Matthew
65 Langdon St
Apt 6
Cambridge, MA 02138

BrandonCunningham
7678 Park Ave
Lowville, NY 13367

Brava Brands LLC
11701 Old Bee Caves Road
Ste 215
Austin, TX 78738

BrendanRyan
115 A Street
Framingham, MA 01701

BrentKorte
5401 music lane
Lincoln, NE 68516

Brett Roberts
191 Arcade Ave
Seekonk, MA 02771-5005

BREX
650 S 500 W
Suite 209
Salt Lake City, UT 84101

Brian Potts
320 Conant Rd
Weston, MA 02493

Brian Quick
18 Opal Circle
Franklin, MA 02038

BrianManhardt
21 Large Mouth Ct
Defiance, MO 63341

BrianSummer
900 N Stratford Road
Winston-Salem, NC 27104

BrittanyMoreland
131 Lower Luther Rd
Red Lodge, MT 59068

BrittonDecker
8720 Bradford Bloomer Rd
Bradford, OH 45308

BrocSandelin
700 E Butler Ave
Doylestown, PA 18901

BryanFlower
180 West Stadium Dr.
Attn: Bryan Flower
Dekalb, IL 60115

BuddyColeman
1740 Ohio Avenue South
Live Oak, FL 32064

Burton Buffaloe
606 CHAMBERLAIN ST
Raleigh, NC 27607

Byrne,John
1 Blue Slip
Apartment 26N
Brooklyn, NY 11222

C/O Doreen Abubakar LLC CPEN Inc.
157 Church St.
19th Floor
New Haven, CT 06510

Cabrera,Jaeson David
66 W 7th St
Boston, MA 02127-2511

Cal Poly Pomona ATTN: Kelsey Swayze
3801 W. Temple Avenue
Pomona, CA 91768

Callie Bush
21 Trotter Drive
Medway, MA 02053

CalumBarnes
1600 Amphitheatre Parkway
Mountain View, CA 94043

Cambridge Healthtech Institute
250 First Avenue
Suite 300
Needham, MA 02494

Carlat,Sophia Melly
9 Old Wharf Rd
West Newbury, MA 01985-1434

CarlGrebing
R rstrandsgatan 29. Stockholm 13 41
Sweden

Carlo Cellai, Esq.
Cellai Law Offices
150 Grossman Drive
Suite 201
Braintree, MA 02184

Carlos J. Ibarrondo Gonzalez
Bo. Mirabales Quebrada Las Ca as km 8.4
San Sebastian, PR 00685

Carlos Leal Garcia
Bo. Carr. 833 km 8.1 Int. Lote 17 Canta
Guaynabo, PR 00969

Caroline Blanchard
101 Funchess Hall
Auburn, AL 36849

CarolineBeaton
81 Winter Street
Haverhill, MA 01830

CAROLYNvan de rostyne
14760 PRATOR STREET
Anchorage, AK 99516

Carrie Endries
10 Post Office Square
Suite N1010
Boston, MA 02109

Cascio,John-Michael
19 Colby St.
Medford, MA 02155

Cate Arnold
78 Avenue Louis Pasteur
Boston, MA 02115

CeciliaDel Cid
90 Everett Avenue
Suite 10
Chelsea, MA 02150

Chad & MelissaKruse
9338 Dahlberg Rd
0
Franktown, CO 80116

ChadRandal
40191 Retreat Road. Rockview County, Alb
Canada

Changzhou Dengyue Polymer Group Co.,ltd
No.209 Fumin Road Lucheng Street Wujin D
China

Charles Luster
120 Cataract Street
Worcester, MA 01602

Charter Link Logistics Group
199 Jericho Turnpike
Suite 300
Floral Park, NY 11001

CheyneOgilvie
108 North Front Street. Pense, Saskatche
Canada

Childs,Benjamin
140 Rublee St
Arlington, MA 02476-5647

ChrisMansfield
1999 Burdett Avenue
Troy, NY 12180

ChristianLangevin
3355 Chemin Marlington. Ogden, Quebec J0
Canada

ChristinePerme
3209 Menlo Avenue
Cincinnati, OH 45208

Christodoulou,Emilios Charalambos
57 Cotting St
Medford, MA 02155-4301

Christopher Donnelly
20 warren st.
Boston, MA 02135

ChristopherHart
116 Long Pond Road
Plymouth, MA 02360

ChristopherHart
232 Beaver Dam Road
Plymouth, MA 02360

ChristopherPapouras
22800 Fox Ave
Euclid, OH 44123

ChristopherRampone
3 Beauview Drive
Chelsea, ME 04330

ChristopherRivera
78 Sutton Drive
VERNON ROCKVL, CT 06066

Christy Miller
400 Celebration Place
Kissimmee, FL 34747

ChristyHalbert
294 Myers Rd
Brooksville, FL 34602

ChrisWard
79 Groton Road
Nashua, NH 03062

Chubb Commercial Insurance
PO Box 382001
Pittsburgh, PA 15250

CicilyArnsworth
3003 Thanksgiving Way
Lehi, UT 84043

Cision US Inc.
12051 Indian Creek Court
Beltsville, MD 20705

Citara Systems
65 Boston Post Road West
Ste 350
Marlborough, MA 01752

ClaireD'Antonio
19040 Graystone Rd
White Hall, MD 21161

ClaireMcgale
303 Homestead Ave
Holyoke, MA 01040

Clarita Sanchez
10209 Fossmoor St.
Austin, TX 78717

Clark Porter
1539 Thurston Ave
Unit D
Honolulu, HI 96822

Climactiva Group, LLC
BOX 366937
San Juan, PR 00936

CodiWhittaker
PO Box 30828. George Town KY1-1204
Grand Cayman

Coffin,Austin
548 E Broadway Apt 1
Boston, MA 02127

Connexus Manufacturing LLC
312 Main Street
Hudson, MA 01749

Connor Group Global Services, LLC
DEPT 3748 P.O. Box 123748
Dallas, TX 75312-3748

Connor Langridge
1478 North Hill Drive. Swift Current. Sa
Canada

Connor Stoilov
320 Southgate Drive. Bedford, Nova Scoti
Canada

ConstanceCollins
217 Northwest 15th Street
0
Miami, FL 33136

Controller Service & Sales
13 Robbie Road
Avon, MA 02322

Convention Management Group Inc
1430 Spring Hill Road
6th Floor
McLean, VA 22102

Coombs,Karen
6 Little River Rd
Kingston, NH 03848-3116

Cope,Brian
54 Green St #3
Jamaica Plain, MA 02130

CorrieCotton
Student Development Center
Suite 1160
Princess Anne, MD 21853

Corwin,Garrett
302 Rainbow Way
Durham, NC 27707

COURTNEYLAYTON
5764 RONNIE HILL LN
Ferndale, WA 98248

Coward & Schwartz-Sax
3904 N Druid Hills Rd
#366
Decatur, GA 30033

Cowley,Jacob Thomas
216 Cedar St
Apt 3
Somerville, MA 02145

Craigvan der Merwe
230-2270 Cliffe Avenue. Courtenay. Briti
Canada

Crochon,Louise Marie
53 Fort Avenue
Unit 1
Roxbury, MA 02119

Cuddeback,Phillip
305 River Rd
Apt. B
Eliot, ME 03903

Curtis Whittaker
656 Carolina Street
Gary, IN 46402

Dagres,Ava
78 Merriam St
Weston, MA 02493-1319

DakotaStaggs
215 Centennial Mall South
200
Lincoln, NE 68508

Dan Marino
122 PAUL GORE ST
Unit 3
JAMAICA PLAIN, MA 02130

DanCornish
11801 La Barzola Bend
Austin, TX 78738

DanielleAhern
57 River Road
Andover, MA 01810

DanielThayer
654 Boundary Boulevard
Rotonda West, FL 33947

DanielWalsh
14127 Leavitt Avenue
Dixmoor, IL 60406

DaphneCook
1234 East Hartman Avenue
Omaha, NE 68110

DarcyThring
072973 Southgate Sideroad 07. Proton Sta
Canada

DaveRuhl
4200 Cheyenne Mountain Zoo Road
Colorado Springs, CO 80906

David Mangus
470 Forest Ave
Brockton, MA 02301

David Payne
19250 Stranger Rd
Leavenworth, KS 66048

David Ridill
14 Orlando Street
South Portland, ME 04106

DavidBuuck
426 Constance Ave
Fort Wayne, IN 46805

DavidGoodman
1223 Saturn Drive
Nashville, TN 37217

DavidGoodman
610 Glenpark Ct
Nashville, TN 37217

DavidLarsen
7097 South Kline Street
Littleton, CO 80127

DavidLoop
5740 Morton Rd.
Springville, NY 14141

DavidWofford
50 Chieftain Way
Chickasaw, AL 36611

Davis,Benjamin John
24A Prentiss Street
Apt. 3
Cambridge, MA 02140

DB Roberts, Inc.
54 Jonspin Road
Wilmington, MA 01887

DeanneGoldston
30 Common Street
Watertown, MA 02458

DeanWatterud
31 Creek CT
Santa Rosa Beach, FL 32459

Decko Products
45 Maryland Ave E
Saint Paul, MN 55117

Degroot,Nicholas Michael
4B Blossom St
Leominster, MA 01453-2738

DeMarioVitalis
4450 Kessler Boulevard East Drive
Indianapolis, IN 46220

Demeter Agrimex, LLC
Homero 109, Despacho 1602, Col. Polanco.
Mexico

DemetriusBledsoe
2690 Lindsay Lane
Florissant, MO 63031

DerekDrake
12056 179th Street
Mokena, IL 60448

DerekHeim
19 Court Street
Second Floor
Taunton, MA 02780

DerekPanzer
320 St George St
0
London, ON N6A 3B1

DerrekHull
902 S Randall Rd.
Suite C
St. Charles, IL 60174

Devaris Strange-Gordon
9751 Carillon Park Drive
Windermere, FL 34786

DevinDupaix
8521 Leesburg Pike
Suite 501
Vienna, VA 22182

DexterOdom
1200 W. Montgomery Rd.
Tuskegee, AL 36088

Digi-Key Electronics
701 Brooks Ave South
P.O. Box 677
Thief River Falls, MN 56701-0250

Dimanche,Dominic A
32 Ellington Rd
Apt 2
Somerville, MA 02144-2543

Diminico,Robert Andrew
401 Fisher St
Walpole, MA 02081-2203

DinanyiliPaulino
63 6th St
Chelsea, MA 02150

Diversified Technologies LLC, dba MCT/RA
2 West Main Street
Victor, NY 14564

Doherty,Dugan,Cannon,Raymond & Weil
Attn: Nicholas Rossini, Esq
124 Grove Street
Suite 220
Franklin, MA 02038

Domingo Melendez Delgado
Bo. Botijas 11 Carr.156 km 6.8 Int. Sect
Orocovis, PR 00720

Dominic Hadeed
10814 NW 33rd Street
Suite #115
Miami, FL 33172

DomPiccini
2 Research Parkway
Wallingford, CT 06492

DonaldGriffiths
9366 East Falcon Way
Huntsville, UT 84317

DonaldSnoke
231 Park Avenue
Washington, PA 15301

DonaldTobul
6311 Cheryl Pl
Painesville, OH 44077

DonKnoll
11 McIntosh Avenue
Clarendon, IL 60515

Doshi,Sabrina
14 Tamwood Lane
Sewell, NJ 08080

Dr. ShemuelIsrael
14131 South Dearborn St
Riverdale, IL 60827-2227

DrewSteans
6947 Elmwood Crest
Live Oak, TX 78233

Dziura,Hannah
30 Hull Street
Apt 4
Boston, MA 02113

EbonyLunsfordEvans
3142 Ashlyn Street
Pittsburgh, PA 15204

EduardoCora
10901 Southwest 24th Street
Miami, FL 33165

EdwardGrainger
220 Beaverglen Close. Fort McMurray, Alb
Canada

Edwin Dews
123 Ryan Rd
Dummerston, VT 05301

Effgen,Gretchen
9 Bradford St
Boston, MA 02118

EileenLeffler, Innovation Office, c/o Jo
700 WASHINGTON AVE
Albany, NY 12203

Eisenbud,Ruby
25 Zamora Street
Jamaica Plain, MA 02130

Elden Blume
17207 391st Avenue
Redfield, SD 57469

Elizabeth Gifford
965 Albany Shaker Rd
Latham, NY 12110

ElizabethCare
2864 Vivian Rd. Stouffville Ontario L3Y
Canada

EllenFinelli
132 Torrey Road
Southbridge, MA 01550

EllenHeslop
35 Greenwood Crescent. Parry Sound. Onta
Canada

Emerson Swan
300 Pond Street
Randolph, MA 02368

EPRI ATTN: Frank Sharp
942 Corridor Park Blvd.
Knoxville, TN 37932

EricaYoung
14401 N LINCOLN BLVD
SUITE 109
EDMOND, OK 73013

Erich Ludwig
36 Berkeley St
Somerville, MA 02143

Ernie Cormier
94 Brigantine Cir
Norwell, MA 02061

EthanPage
120 Enterprise Blvd
Lander, WY 82520

ETM Manufacturing
24 Porter Rd
Littleton, MA 01460

EvanNabel
50 Columbia Street
Watertown, MA 02472

Evans,Michael C
45 Bennington St, Apt 1
Quincy, MA 02169-7803

EveBrown
100 Gold St
Suite 3300
New York, NY 10038

Evelsizer,William George
897 Heartland Way
Hailey, ID 83333-5007

F. W. Webb Company
160 Middlesex Turnpike
Bedford, MA 01730

FaithFowler
11745 Rosa Parks Boulevard
Detroit, MI 48206

Felser,Jacob
80 Ferdinand St
Melrose, MA 02176

FerdinandBouwman
Martha Koosje 17. Willemstad
Curacao

Ferme Urbaine Polynesienne c/o Teddy Sno
BP2167, Punaauia 98703
Tahiti

FF Inv. Fund
1885 Mission Street
San Francisco, CA 94103

Fiagbedzi,Joshua
230 Willard st , Unit # 209
Quincy, MA 02169

Fichman,Ryan Harrington
35 Chestnut Hill Ave, Apt 4
Brighton, MA 02135-3200

firstPRO, Inc.
125 Summer Street
Suite 1640
Boston, MA 02110

Fleming JR,James
28 Catamaran St
Jamestown, RI 02835-2326

Fleming,Darien J
88 Noons Quarry Rd
Milford, NH 03055-3445

Flores,Haydn
1450 Estates Ave
#1208
Charlotte, NC 28209

Fontanilla,Trish
PO BOX 52029
Boston, MA 02205

Fortin,Katharine Nicole
23 Marshall Road
Wellesley, MA 02482

Frances-Ann Minors
Ixoria Drive Royal Gardens. PO Box W863.
Antigua

Frederick,Roland
11 Stallbrook Rd
Medway, MA 02053

FREDERICKCHAVEZ
2399 CORDOVA LN
RANCHO CORDOVA, CA 95670

FrederickMurphy
95-1200 Meheula Parkway
Mililani, HI 96789

Freight Farms Investors, LLC
635 Lake Park Drive
Coppell, TX 75019

Friedman,Jonathan
60 Hermon Street
Winthrop, MA 02152

Futufarm Ab
Box 7110, HALMSTAD 30007 Sweden

gabrielgarcia
1500 North 3rd Street
Grants, NM 87020

GailTaylor
Gower St. London WC1E 6BT
England

Ganshirt,William
530A Tremont St #R3
Boston, MA 02116

Garry,Robert Thomas A.
316 E 77th Street, Apartment 2A
New York, NY 10075

GaryDavis
5577 Little Applegate Rd
Jacksonville, OR 97530

Gebbia,Jonathan Lee
96 Queen Anne Rd, Apt 503
Harwich, MA 02645-2461

GeoffBezuidenhout
6946 W HAUSMAN RD
San Antonio, TX 78249

GeoffreyJans
4215 Vallenar Ln
KETCHIKAN, AK 99901

Gerardo Mena-Carrion
Bo. Boquilla Carr. 685 km 4.9 Int. Sect.
Manati, PR 00674

Gideon Saunders
3384 Antone Way
Kodiak, AK 99615

GillFinley
400 East Main St.
Frankfort, KY 40601

GlennPhiefer
907 Winding Way
Newton, NJ 07860

Global Industrial
29833 Network Place
Chicago, IL 60673-1298

Gong.io Inc
PO Box 102866
Pasadena, CA 91189

GrahamCasden
5093 Flagstaff Rd
Boulder, CO 80302

Grainger
160 Broadway
Everett, MA 02149

Grant Anderson
214 Golf Club Drive
Metter, GA 30439

Grant,Samuel
122 Chestnut St
#1
Waltham, MA 02453

GregNitzkowski
7 Third Street
Bucksport, ME 04416

Griffith,Stephen Bradley
10527 Tobias Ln
Frisco, TX 75033-0151

Griffith,Wayne Lindsay
50 E Transit St Unit 3
Providence, RI 02906-3821

HamiltonHorne
835 Godber Street
Charleston, SC 29412

Handley,Michael
3 Mary Jane Road
Franklin, MA 02038

Harrington Industrial Plastics LLC
Po Box 676273
Dallas, TX 75267

Harris,David
23 Ossipee Road
Apt 2
SOMERVILLE, MA 02144

HarrisonPritchard
16 Dagmar road. Windsor SL4 1JL
England

Hayes,Bryan
5 N Margin St.
Unit 4
Boston, MA 02113

HeatherDavis
5505 Chuckey Pike
Chuckey, TN 37641

HeatherSproule
1641 Mt Begbie Rd. Revelstoke, British C
Canada

HeatherSyzmura
3041 N 31st Ave.
Phoenix, AZ 85017

HectorPomales
Jorge Manrique 2046
El Se orial
San Juan, PR 00926

Hefei WNK Smart Technology Co. Ltd.
5F, Bldg 2A, Mingzhu Industrial Park, 10
China

Heidi Grunt
73950 Inn Ave
29 Palms, CA 92277

Heil,Emma
75 Decatur St.
Unit 2
Arlington, MA 02474

HenriVilleneuve
BP 4736. Dumbea 98839
New Caledonia

Hereford,Jacob
PO Box 2012
Laredo, TX 78044

Hernandez,Hector
38 Hyde Park Ave
Boston, MA 02130-4175

Hettich
4295 Hamilton Mill Road
Suite 400
Buford, GA 30518

Hinckley Allen & Snyder
28 State Street
Boston, MA 02109-1775

Holmes,meaghan E
222 Charge Pond Rd
Wareham, MA 02571-1115

Howard Wolk
400 Rivers Edge Drive
Medford, MA 02155

Hughes,Kirsten Brandsma
278 Central St
South Weymouth, MA 02190-2810

Hughes,Peter Michael
164 Beech St
Roslindale, MA 02131-2706

Hunt,Matthew
117 Elm St
Somerville, MA 02144

Hydrofarm LLC
PO BOX 102326
Pasadena, CA 91189-2326

IanSerrao
ETeck Tamana In Tech Park. Vistabella, S
Trinidad and Tobago

ICR LLC
761 Main Ave
Norwalk, CT 06851

Igoe,Vanessa Mikayla
4 Northey St.
Apt 2
Salem, MA 01970

Intransit Container
241 Francis Avenue
Mansfield, MA 02048

IsaacHorton
513 Branch Street
Raleigh, NC 27601

Itrato,Christina Marie
77 Wildcrest Ave
Billerica, MA 01821-6101

IvanGarcia Besada
Estrada Fragosi o, 32, Nave 2. Vigo 3621
Spain

JaccobStanton
650 Maryville University Dr
Town and Country, MO 63141

Jackie Mula
63 Leyden St
Unit 1
East Boston, MA 02128

JackiePeeler
Museum Of Science Driveway
Boston, MA 02114

JackLau
502 W 58th Ave Unit C
Anchorage, AK 99518

JackLevine
86 Shaw Road
Chestnut Hill, MA 02467

JackMorey Jr
35 Glacier Rd
Cora, WY 82925

JackRothman
3410 Park Avenue
Oceanside, NY 11572

Jacque Colemere
1166 Fox Meadow Lane
Alpine, UT 84004

JacquelineScala
612 North Oakley Boulevard, 107
107
Chicago, IL 60612

Jaggit Khairah
23 du Point Circle
Sugar Land, TX 77479

JaimeZaret
17911 218TH AVE NE
Woodinville, WA 98077

James Woolard
256 Hillcrest Rd
Needham, MA 02492

JamesHearsum
900 Washington St
Wellesley, MA 02482

JamesPaul
184 N Genesee St
Suite 111
Utica, NY 13502

JamesPurcell
161 Rosa L Parks Blvd
Nashville, TN 37203

JamesWalker
4260 N 4800 W
Corinne, UT 84307

JamieAllen
535 Chalan Pale Haya Ramon. Suite 116. Y
Guam

JamieAnderson
Lydian Holdings BC Inc, UNIT 5, 9452 193
Canada

JaneenMays
4659 South Drexel Boulevard apt 506
Chicago, IL 60653

JanetSweeney
425 HAMILTON ST
SCHENECTADY, NY 12305-2608

JaredRector
128 N 13TH STREET,
#1100
Lincoln, NE 68508

Jason Billue
2075 Green Pond Rd
Aiken, SC 29803

JasonGavin
6942 King Abdulaziz Rd. Office 402, 4th
Saudi Arabia

JasonYeagle
1050 Westminster Street
Fitchburg, MA 01420

JasSchatz
6 Chelsea Terrace
Boston, MA 02128

Jean Hammond
104 Spruce St
Watertown, MA 02472

Jean-Luc Boussard
83 Av. de la Grande Arm e. Paris 75016
France

JeanBreton
200 chemin Champagne. St-Michel-des-Sain
Canada

Jeff Vittone
1696 White House Rd.
Moneta, VA 24121

JeffFranklin
115 Valmar Street
North Harrison Street
Little Rock, AR 72205

JenniferBinkley
333 Cate Center Drive
Norman, OK 73072

JenniferBinkley
600 Parrington Oval
Norman, OK 73019

JenniferStals
11533 133rd Street. Edmonton t5m1h3
Alberta

JennyAustin
4715 South Ferncreek Avenue
0
Orlando, FL 32806

Jeremy Guay
1 Blue Pride Way
Attleboro, MA 02703

jeremywhipple
550 Trolley Line Boulevard
Ledyard, CT 06338

JesseGrothe
5412 Bryant Ave S
Minneapolis, MN 55419

JessicaFung
1201-6188 Wilson Avenue. Burnaby, Britis
Canada

JessicaGainer
17410 W Lance Hill Rd.
Cheney, WA 99004

Jill Herrin
251 N 1st St
Jacksonville, AR 72076

JillFrey
3495 Monterey Hills Dr NE
Grand Rapids, MI 49525

Jim Kuipers
10920 Calumet Avenue
Dyer, IN 46311

JimGracie
43 Hudson St
Northborough, MA 01532

JimMiller
300 Ash Street
Central Point, OR 97502

jimziesler
1079 Kott Road
Fredericksburg, TX 78624

JoannePurdy
3633 Old US 231 South
0
Lafayette, IN 47909

JoeBlunda
218 South Street
Unit 18
Waltham, MA 02453

John Adams
32540 S Biosphere Rd
Oracle, AZ 85623

John Gordon
9301 East 147th St
Kansas City, MO 64149

JOHN RFERGUSON
306 Leyland Rd
0
Statesboro, GA 30458

John Skarvelis
3377 Danmark Dr
Glenwood, MD 21738

John Wood
21862 Michigan Lane
Lake Forest, CA 92630-2408

John Worsley
P.O. Box 3282. Nipawin,  Saskatchewan S0
Canada

JohnCannon
5897 Bluff Ledge Road
Sturgeon Bay, WI 54235

JohnFox
645 Hillman Drive
Winchester, VA 22601

JohnGraves
31 Brooks Drive
Braintree, MA 02184

JohnHarper
1231 Bayshore Drive
0
Terra Ceia, FL 34250

Johnson,Colby Michael
739 Cohas Avenue
Manchester, NH 03109

johnsquires
796 main road
po box 4120
westport, MA 02790

JohnSt Onge
77 Willson Street
Salem, MA 01970

JohnSticha
130 Moss Dr
DeBary, FL 32713

JohnTurner
1029 Overstreet Lane
Leander, TX 78641

Jonathan Friedman
60 Hermon Street
Winthrop, MA 02152

Jonathan Payson
27 Harbor Street
Manchester, MA 01944

Jonathan Rios V zquez
HC 03 Box 33519
Hatillo, PR 00659

JONATHANSHAW
16345 Old York Rd.
Monkton, MD 21111

JonnyMetropoulos
628 Logan Street
Helena, MT 59601

JordanHaaland
2 Lakeview Crescent. Lakeview Beach, Sas
Canada

Jorge Luis Berrios Marrero
Carr 818 km 3.3 Int. Bo. Cibuco
Corozal, PR 00783

Jose Alvarado Ramos
303 Calle Domingo Colon
Aibonito, PR 00705

JosephCherepowich
9 Clouds Way
Rehoboth, MA 02769

JosephConrad
708 Felicidad Lane
Taos, NM 87571

Josephcooney
50 Condor street
East Boston, MA 02128

JosephGrisafi
2110 Horseshoe Rd
Lancaster, PA 17601

JoshBaird
323 Callahan Street
Muskogee, OK 74403

JoshSmith
4176 Manchester Avenue
St. Louis, MO 63110

Joyce,Patrick L
76 Downer Ave
Unit 1
Dorchester, MA 02125

Judkins Blount
405 Cloverdale Road
Montgomery, AL 36107

Julia Favorito
333 Winter St
Weston, MA 02493

Julia Favorito
103 Norfolk St.
Apt 3
Cambridge, MA 02139

Julian Jacobs
932 Seigle Avenue
Charlotte, NC 28205

Julianne Kloza
57 Bartlett St
Somerville, MA 02145

JulieHickman
625 Agriculture Mall Drive
West Lafayette, IN 47907

JumpolVorasayan
50 Ngamwongwan Rd. Krung Thep Maha Nakho
Thailand

Justin Staples
5105 Peachtree Industrial Blvd
Building B
Atlanta, GA 30341

Kai Hiemstra
PO Box 92. Maitland B0N 1T0
Nova Scotia

KaiStoudemire
435 Haltiwanger Road
3
Greenwood, SC 29649

Kalow Technologies
155 Seward Road
Rutland, VT 05701

Kalyn Gutormson
46828 201st St
Bruce, SD 57220

Karamvir Kumar
2 Middleton Mansions, 9/1 Middleton Stre
India

KarenGood
PO BOX 142,
Kapaau, HI 96755

KariFarkas-Lasich
1401 Presque Isle Ave
MArquette, MI 49855

Karl Buttner
118 Peakham Rd
Sudbury, MA 01776

KasanChavanapanit
10 Yak 11 Phet Kasem 69 Lak 2. Bangkok T
Thailand

KatelynWillyerd
110 Fort Cherry Road
McDonald, PA 15057

Kathryn Nash
1407 Main Street
Bastrop, TX 78602

Katie Powell
1142 SW Keats Ave
Palm City, FL 34990

KatieSalsbury
6616 Cattle Creek Rd
Victor, ID 83455

KatlynFoy
946 Penny Branch Rd
Warsaw, NC 28398

Katsiroubas,Caroline
2805 Brightwood Avenue
Nashville, TN 37212-5820

Katz,James Robert
2880 Hancock Hwy
Equinunk, PA 18417-3003

Keith Cohen
449 Lowell Ave
#9
Newtonville, MA 02460

KeithBoyle
476 Webster St.
Hanover, MA 02339

KeithKonyk
1000 Weigles Hill Rd
Elizabeth, PA 15037

KeithTucker
1213 SW 330th Pl
Federal Way, WA 98023

Kelly,Alissa
33 Dogwood Ln
Medway, MA 02053-2177

Kelly,John J
44 Bruin Hill Rd.
North Andover, MA 01845

KennethTownsend
20 Junior Street
WEST WARWICK, RI 02893-4501

KenyonChristen
1389 East Aviator Avenue
Eagle Mountain, UT 84005

KenZhou
PO Box 1021. Victoria, Mahe vic1021
Seychelles

Kevin Jones
121 West Street
Whitesboro, NY 13492

KevinGoggins
17 Thoroughbred Way
Clifton park, NY 12065

KevinHolt
1117 US Route 130
Robbinsville, NJ 08691

KevinPetermann
207 FM 473
Comfort, TX 78013

KhadilaJoseph
1834 Kongens Gade
St. Thomas, VI 00802

Kimberly and Jeff Kushner
61 Spruce Run Drive
Brewster, MA 02631

KimberlyGreen
214 Lake Ave.
Rochester, NY 14608

KimO'byrne
204 Hill Street
Hatch, NM 87937

Kloza,Julianne
57 Bartlett St
Apartment 2
Somerville, MA 02145

Koch,Samantha
1 Shelton Rd
Flemington, NJ 08822

Kolb,Darian Jean
9 Revere St, Apt 3
Boston, MA 02114-3803

Kollarova,Alexandra
50 Bridge St
419
Brooklyn, NY 11201

KortniWroten
382 Plantation Street
Worcester, MA 01605

KristyAndrew
PO Box 364
Cordova, AK 99574

KurtVandewetering
21 Beach Way
Baiting Hollow, NY 11933

KyleWagner
Gold and Diamond Park. Office 213, Build
Dubai

KyraMoore
5171 South Dakota Ave NE
Washington, DC 20017

La Vonne Richardson
677 Ala Moana Blvd
Ste 907
Honolulu, HI 96813

LairdSanders II
2300 East Lake Mead Parkway
Henderson, NV 89015

LakiLefkatis
6 Mesolongiou Street. Konia 8300
Cyprus

LandonCohen
407 Crawford Road
Modesto, CA 95350

LaNeseMahan
2667 Hylton Rd.
Springdale, AR 72764

Lapham,Nicholas H
691 east 8th streeet
Apt 2
South Boston, MA 02127

LaraGay
300 Belmont Street
Saginaw, TX 76179

Larson,Emelia Grace
204 W Horah St
Salisbury, NC 28144-4951

Latham & Watkins LLP
555 WEST 5TH STREET
Suite 300
Los Angeles, CA 90013-1010

Lauren Richman
204 Grove Street
Newton, MA 02466

LaurenJones
3625 Southern Avenue
Shreveport, LA 71104

Lauriat,Jeremiah Davis
3 Temple Ct
Goffstown, NH 03045

Lawson & Weitzen
88 Black Falcon Avenue
Sui345
Boston, MA 02210

```
LeanaWathey
Wellfare Road 88. Colebay 32835
0
Saint Maarten

Lee Alegre
1734 Dreydon Avenue
Cambria, CA 93428

LeeVetsch
624 2nd Ave N
Unit 313
Fargo, ND 58102

Leland Barkes
3079 East Rivernest Drive
Boise, ID 83706

Lexington Capital SAP de CV


Lexington Capital, S.A.P.I. de C.V
Homero 109, Despacho 1602, Col. Polanco.
Mexico

Liberty,Nathan Joshua
16 Rowe Street
Milton, MA 02186

LindaRussell
104 Fannin St
Holland, TX 76534

Lipari,Joseph Daniel
4 Dean Way
South Boston, MA 02127-2361

Lisa Azevedo
16703 South Clark Ave
Bellflower, CA 90706

LisaWelch
202 South Highway 123
Suite E
Ozark, AL 36360

Live Oak Solutions
32 Homer Avenue
Buffalo, NY 14216

LizDupont-Diehl
183 Windsor Ave
Windsor, CT 06095
```

LizStanton
3538 Waialae Ave
Honolulu, HI 96816

Locke,Alexander Woodward
3643 S Emily St
San Pedro, CA 90731

LoganMorrow
650 Forward Drive
Madison, WI 53711

Logos Partners, LLC
5053 Blue Heron Way
Boca Raton, FL 33431

Logue,Jacob L
36 Prospect St, Apt 1
Athol, MA 01331-2355

Lucas,Dana
404 Clinton Rd
Brookline, MA 02445

Lucy McQuilken
124 Bolton Road
Harvard, MA 01451

Ludwig,Erich
36 Berkeley Street
Somerville, MA 02143

LukasDoman
90 Windsor Street. Corner Brook. Newfoun
Canada

Lukoff,Justin
68 Foster St, Apt 3
Brighton, MA 02135

LynnRainville
285 Old Westport Rd.
North Dartmouth, MA 02747

MadelineRaynolds
740 Sessions Meadow
0
Woodstock, VT 05091

MagnusLeydner
Kemistv gen 2A. T by 183 79
Sweden

MagnusMagnusson
3 Geilin. Kv v k 340
Faroe Islands

Maquia Capital Family Office, LLC
2 S Biscayne Boulevard Suite
Suite 3200
Miami, FL 33131

MarcusCarpenter
6458 Larkspur Ct
Corcoran, MN 55340

MarcusHouser
310 17th St
Arnold, PA 15068

Marie Berrios Martinez
Calle Topacio # 96 Espinosa
Dorado, PR 00646

Marino,Daniel
122 Paul Gore St
Apt 3
Jamaica Plain, MA 02130

Mark Ludley
5 Craig Lane
Hingham, MA 02043

MarkMurphy
486 Chandler St.
Worcester, MA 01602

Marks,Emma
21 Cornelius Way
Apt. E
Cambridge, MA 02141

MarkSoto
64 North Church Street. George Town KY1
Grand Cayman

Marquez,Elijah Edward
55 Mechanic St
Fitchburg, MA 01420-3598

Martin Konechne
44973 234th St
Madison, SD 57042

Martin,Amy
3 Sandy Glen Drive
Holden, MA 01520

MartinVesper
Aachener Stra e 1042a. Cologne 50858
Germany

Marton,Taylor Daniel
3 Millett St
Woburn, MA 01801

MarvinPayne
4500 Riverwalk Pkwy
Palmer Hall 242A
Riverside, CA 92505

Marx,Colleen Frances
502 Ronnie Drive
Indian Harbour Beach, FL 32937

Mathewson,Michelle
840 Summer St., Ste 108
Boston, MA 02127

MatthewAzzam
2617 Old Fort Schoolhouse Rd
Hampstead, MD 21074

MatthewCallison
3640 Old Oakdale Road
McDonald, PA 15057

MatthewHarvey
221 Forest Rd.
Raleigh, NC 27605

MatthewToomes
535 Portwall Street
Houston, TX 77029

MattPowell
6061 West Incline Road
Casper, WY 82604

MaxPoritzky
141 Middle Grove Rd
Greenfield Center, NY 12833

MaxwellSchechter
2320 Packsaddle Rd
LIVERMORE, CO 80536

Mazzilli,Francesca
3 Bertuccio Avenue
Salem, MA 01970

McCue,Andrew
26 Clarendon Ave
Apt 2
Somerville, MA 02144

McGathey,James Christian
20 Union St
Hingham, MA 02043-2956

McLane,Connor
61 West Cedar Street
Apt 4
Boston, MA 02114

McLean,Annie
840 Summer St., Ste 108
Boston, MA 02127

McNamara,Brad T
460 Harrison Ave
Apt 403
Boston, MA 02118

Meg Baesmith, Chicory Wealth
3904 N Druid Hills Rd
#366
Decatur, GA 30033

Melissa Melshanker Ackerman
241 Fairview Drive
Glencoe, IL 60022

MelissaArata
3364 Silverwood St
Escalon, CA 95320

MelissaRiggle
100 College Hill Drive
Greenville, NC, NC 27858

Michael Okun
1569 Barclay Blvd
Buffalo Grove, IL 60089

Michael R. Dornbrook Trust
343 Commercial St
Unit 602
Boston, MA 02109

Michael Stevens
6048 Park Street
Evergreen, CO 80439

Michael Tamasi
74 Bodwell Street
Avon, MA 02322

Michael Zepf
7222 Arley Place
Springfield, VA 22153

MichaelJochner
1505 E. Main Ave
Morgan Hill, CA 95037

MichaelNewmark
950 Main St
Worcester, MA 01610

MichaelSichenzia
5544 147th Street
Suite B5
Oak Forest, IL 60452

MichaelUnruh
10164 Bloomfield North Road
Gentry, AR 72734

MicheleHarari
926 Curtiss Road
Fortine, MT 59918

Michelle Graham
10200 Smith Road
Denver, CO 80239

Mike Hance Trucking. Inc
3059 Walker Mountain Road
West Rutland, VT 05777

Mike Johnson
1401 34th St SE
Washington, DC 20020

Mike Kearney
15 Kansas St.
Natick, MA 01760

MikeArters
1121 Thatcher Street
Wilmington, DE 19802

MikeNelson
393 Fortune Blvd
Milford, MA 01757

MikeRamsey
5000 Estate Enighed
Pmb 397
St John, VI 00830

Mini Warehousing, Inc
241 Francis Avenue
Mansfield, MA 02048

Mitch Tyson
20 Burroughs Road
Lexington, MA 02420

MitchColeman
801 Ferry Street
Dayton, OR 97114

MitchHagney
1829 Santa Anna
0
San Antonio, TX 78201

MitchReddy
2050 Montgomery Ave.
Villanova, PA 19085

Mitrokostas,Sophia Christian
16 Margaret Street, APT 2
Boston, MA 02113

Mockapetris,Eric Copeland
81 Newton St
Somerville, MA 02143-3936

MohammadEmran
Plot KHIA8 142-143. Taweelah, Kizad 8944
Abu Dhabi

Mohawk Global Logistics
123 Air Cargo Road
Syracuse, NY 13212

Momentum Manufacturing Group
210 Pierce Road
Saint Johnsbury, VT 05819

Monoprice
PO Box 740417
Los Angeles, CA 90074-0417

Moore,Joanna
350 3rd Ave
1D
New York, NY 10010

Moore,Owen Patrick
248 Broadway
Unit 2
Somerville, MA 02145

Morningside Venture Investments Limited
2nd Floor, Le Prince de Galles, 3-5 Aven

Moss,Tristan Charles
501 Congress St, Apt 1519
Boston, MA 02210-2933

Mula,Jaclyn
63 Leyden St.
Unit 1
East Boston, MA 02128

Mulan Manufacturing Group
Room 505-507, Building 37, 2049 Pujin Ro
China

NajiBoustany
80 Stoney Hill rd
Vineyard Haven, MA 02568

NancyHofmeister
8721 Wilbur Avenue
Northridge, CA 91324

NancyWilson
5035 Wellington Road 32. Guelph, Ontario
Canada

Nappier,John
7901 Pettibone Rd
Chagrin Falls, OH 44023

NateBrown
9 Walker Road
Beverly, MA 01915

Nathan Einsig c/o Mechanicsburg Area Sch
600 South Norway Street
2nd Floor
Mechanicsburg, PA 17055

National Development
360 Longwood Avenue
Boston, MA 02115

Neil Greene
899 Kimball Road
Highland Park, IL 60035

NeilArmstrong
Six Cross Roads. Saint Philip
Barbados

Nepali,Tenzin Dorjee
1 Newcomb St
Unit 301
Boston, MA 02118

NickJohnson
12601 58th St. NW
Epping, ND 58843

NickMillisor
2525 Arapahoe St.
Denver, CO 80205

NicoleDavis
1308 Ellsworth Place
Gary, IN 46404

Nigel Slater
118 Windsor Road
Medford, MA 02155

NoelSchaff
412 8th Street
PETALUMA, CA 94952

NorthEast Electrical
560 Oak Street
Brockton, MA 02301

Northern Air Systems, Inc.
3605 Buffalo Road
Rochester, NY 14624

NXT Ventures Fund I, LLC
c/o Ocean Gate
PO Box 677
MARBLEHEAD, MA 01945

O'Malley,Patrick Joseph
9 Penny Lane
Leominster, MA 01453

O'Sullivan,Katherine A
125 Chiswick Rd
Apt. 512
Brighton, MA 02135

OgtayGasimzada
Shakbazi str. 8. Baku AZ1008
Azerbaijan

OlaBseiso
King's Highway. Madaba, Manja 16188
Jordan

Olivia Stalvey
1700 7th Avenue
Troy, NY 12180

Olson,Stephen David
54 Turner Street
Apt 3
Brighton, MA 02135-2894

One Way Lease
1000 Broadway
Suite 425
Oakland, CA 94607

OnLogic
435 Community Drive
South Burlington, VT 05403

Onstott,Heather
43 Woody Point Rd
PO Box 2081
New London, NH 03257

OsamaBastaki
Mirqab, Block 3. Khaled Ibn Al Waleed St
Kuwait

Ospraie Ag Science, LLC. c/o Ospraie Man
411 Theodore Fremd Ave
Suite 240
Rye, NY 10580

Osterlund,Baker August
396 Washington St # 209
Wellesley, MA 02481-6209

Padgett,William Scott
644 W Roxbury Pkwy
Roslindale, MA 02131-2741

PanayiotisTimveos
Antonis Andronikou Street. Parekklisia,
Cyprus

Pantuosco,Carla
45 Province Street #911
Boston, MA 02108

Paradox Sales LLC dba Equalseal
8845 East Market Street
Warren, OH 44484

Patrick Gruninger
8311 NW 184th Dr
Alachua, FL 32615

Patrick McVeigh
10 Post Office Square
Suite N1010
Boston, MA 02109

PatrickSvoboda
133 North Hillcrest Drive
Ogallala, NE 69153

PatrikPersson
S rby ngsv gen 24-30.  rebro 70254
Sweden

PaulaHoude
902 S Randall Rd.
Suite C
St. Charles, IL 60174

PaulSmith
6474 Corrine Dr. NW
Canton, OH 44718

PawelWegrzyn
3359 Mississauga Rd. Mississauga, Ontari
Canada

Pazienza,Katherine Mollie
46 Waverley St
Belmont, MA 02478

PelayoBolivar
C. Ca ada de la Carrera, 2-4, Pozuelo de
Madrid

Pellegrino,Aidan
762 Tremont St
Apt 1
Boston, MA 02118

Perin & Campbell
128 Nahant Street
Wakefield, MA 01880

Perkins,Spencer Hayden
32 Eldridge Dr
North Attleboro, MA 02760-4172

PeteBlanchfield
2860 King Rd
Sauquoit, NY 13456

PeterBalabuch
1155 Union Circle
Denton, TX 76208

PeterHandy
7 Broughton Ave. Mt. Nelson, 7007
Tasmania

PhilHatcher
1018 Main Street. Westphal, Nova Scotia
Canada

PhilipHulett
565 Seward St
Dillingham, AK 99576

Phillip Cuddeback
469 Upper Weadley Rd.
Wayne, MA 19087

Pierre Koncurat
39 Abby Road
Farmhouse
Avondale, PA 19311

Pierre,Joseph John
28 Mason Terrace
Brookline, MA 02446

Pope,Julia
88 Gerrish Ave
Apt 310
Chelsea, MA 02150

Pope,Sara
48 Rowe Ave
Portland, ME 04102

PZ Horton
3114 Jackson Avenue
Memphis, TN 38112

Quinn,Aidan
5 peabody street
newton, MA 02458

Rabschnuk,Alexander L
34 Atlantic Ave
Cohasset, MA 02025-1803

Rabschnuk,Alison
34 Atlantic Ave
Cohasset, MA 02025-1803

RachelUhrenholdt
51556 836 Rd
Elgin, NE 68636

Racine,Ana Paula
164 Blossom St apto 222
Lynn, MA 01902

RaeannaGriffis
305 Morning Mist Rd
Manhattan, MT 59741

RandyCruz
21 Reyes Drive
Sapello, NM 87745

Ranita Dejesus
101 West Love Street
Troy Pike Center For Technology (Pike Co
Troy, AL 36081

RayReed
34201 Kentucky Derby Place
Dade City, FL 33525

Reinhardt,Colin
3 Ricker Terrace
Brighton, MA 02135

Reliance Worldwide Corporation
2300 Defoor Hills Road Northwest
Atlanta, GA 30318

Rev. Carl P Wallace
1102 Meadow Spur
Akron, OH 44333

Rich Bowman, Bowman's Market
326 Main Street
Kaysville, UT 84037

Richard J. Swanson
331 Alberta Drive
Suite 103
Amherst, NY 14226

RichardHammonds
100 Drake Court
Jacksonville, NC 28540

Richards, Layton & Finger
920 North King Street
Wilmington, DE 19801

RichMaddox
4044 Fort Campbell Blvd.
Hopkinsville, KY 42240

RichMaha
600 Circle Rd
Stony Brook, NY 11790

Rick Vanzura
2 Steamboat Lane
Hingham, MA 02043

RickeyFleming
117 Zenner St
Buffalo, NY 14211

RickMerfield
4990 Radford Ct
Dubuque, IA 52002

Ridge,Brian Peter
836 Willard Street
Apt 202
Quincy, MA 02169

Ridill,David Russett
14 Orlando St.
South Portland, ME 04106

RikardHillarp
Kristian IV:s v g 3
Sweden

Riteng Industry Co
Room 803 Chavalier House 45-51 Chatham R
Hong Kong

Rivulis Irrigation, Inc
P. O. Box 841976
Boston, MA 02284

RKS Ventures, LLC
27 Colburn Ln
Hollis, NY 03049

Robert Hagemeier
6594 Buckboard St
North Port, FL 34291

RobertClifford
5000 Old Buncombe Rd
Suite 27-101
Greenville, SC 29617

RobertDimech
43 Hanna Avenue. Unit C424. Toronto, Ont
Canada

RobertFlanders
4580 Kings Abbot Way Northwest
Peachtree Corners, GA 30092

Roberto Colon
Bo. Caracol Carr. 402 km 4.1
A asco, PR 00610

RobertWare
233 Meadow Green Avenue
30 S American Ave
Dover, DE 19901

RobinJanse
Grace Bay Rd. Grace Bay TKCA 1ZZ
Turks and Caicos

RocioHernandez
2151 Russell Lane
San Benito, TX 78586

RodgerPhillips
9705 Southwest Dolphin Point Road
0
Vashon, WA 98070

RodneyPoole
8250 Nalle Grade Road
North Fort Myers, FL 33917

Rodriguez,Luis O
3 Tri-Town Dr
Apt 105
Lunenburg, MA 01462

Rojas,Cesar Augusto
491 Weld St Apt 1
West Roxbury, MA 02132-1310

Rothenberg Ventures
1459 18th Street
#345
San Francisco, CA 94107

RyanCullen
1610 Champlain Avenue. Whitby. Ontario L
Canada

RyanMcgann
248 Route 25a, STE 72
East Setauket, NY 11733

RyanSmith
1241 Generals Hwy
Crownsville, MD 21032

RyanSweeney
3209 Galleria
#1406
Edina, MN 55435

Sabina Giakoumis
2450 West Ball Road
Anaheim, CA 92804

SAITEX ATTN: Virginia Rollando
Lot 225, Amata Industrial Park, Long Bin
Vietnam

SamTolman
330 West Washington Avenue
Las Vegas, NV 89106

Sandaradura,Shyanki R
166 Dodd Dr
Holliston, MA 01746-1208

SaraSmith
1895 Stratford Avenue
Stratford, CT 06615

Sardelis,Mitchell George
81 Eugene St
Leominster, MA 01453-4607

SavannahSherman
461 South Pine Street
Pinedale, WY 82941

SB Gateway II LLC
2310 Washington Street
Newton Lower Falls, MA 02462

Schauer,Maria
416 Marlborough St. #209
Boston, MA 02116

Seaman,Kyle
9 Anthony Rd
Bedford, MA 01730

SebastienSainsbury
85 Great Portland Street. London W1W 7LT
England

Seema David
197 East Avenue. Toronto, Ontario M1C 3K
Canada

SeifSalama
28 Ahmed Wasfi, Almazah. Cairo 11865
Egypt

SeifSalama
28 Al Shahid Ahmed Wasfi St. Almazah, Ca
Egypt

SelmaDavis
119 Scott Hill Road
Saint Helena Island, SC 29920

Semyon Dukach
250 Beacon Street
Boston, MA 02116

Sensorex
11751 Markon Drive
Garden Grove, CA 98841

SergioCarranza
78080 Calle Amigo
Suite 103
La Quinta, CA 92253

Seth Weissman
1419 Whitehorn St
Ferndale, WA 98248

SHAMASH,ORRY
73 Bow Street
Medford, MA 02155

Shamritsky,Rebecca Ellen
145 Florence Street
Chestnut Hill, MA 02467

Shamshery,Pulkit
90 Chandler Street
Apt 1
Somerville, MA 02144

ShaneOliver
4 Hoffner Ct
Roebling, NJ 08554

Shapiro,Benjamin Alexander
67 Jordan Rd
Brookline, MA 02446-2315

ShaunaSpillane
2600 Mendon Road
Cumberland, RI 02864

ShaunWessell
1513 Route 28
0
Brookville, PA 15825

ShaunWilliams
3328 Lawrence 1220
Everton, MO 65646

ShawnCusson
235 Baker Street
Boston, MA 02132

shawnharris
2015 Moodie St E
Thunder Bay, ON P7E 4Z4

ShawnSpaulding
23 Topping Court
Huntington, WV 25705

ShayleRothman
4195 15th SDRD. King, Ontario L7B 1K4
Canada

ShelbyMassey
900 Finley Lane
Ag Shop
Craig, CO 81625

Shenzhen Ohmax Optoelectronic Lighting C
No. 132 Fuxing Street Hehua Community Lo
Hong Kong

SherylSmith
127 Smithfield Rd
Frederiksted, VI 00840

ShirleyPosey
6201 N 21st St
Philadelphia, PA 19138

SHROFF,MONALISA
5 Zambom Terrace
Andover, MA 01810

Shulevich,Viktoria
326 A St., Unit 4C
Boston, MA 02210

Silverstein,Jaime
78 Benton Road
Apt 3
Somerville, MA 02143

SkylerBrazel
2431 Joe Johnson Drive
ANR 301
Knoxville, TN 37996

Slater,Nigel
118 Windsor Rd.
MEDFORD, MA 02155-5924

Smith,Brooke
10 Thacher Street
Apt 207
Boston, MA 02113

Smith,Jordan Jinfu
7 Price Rd, Apt 6
Allston, MA 02134-2570

Snow,Christopher
31 Longview Road
Reading, MA 01867

Spark Capital Founders' Fund IV, LP
200 Clarendon Street
Boston, MA 02116

Spark Capital IV, L.P.
137 Newbury Street
FL 8
Boston, MA 02116

SST Sensing Ltd
5 Hagmill Crescent, Coatbridge, Scotland
United Kingdom

StaceySchacter
174 Watercolor Way
Suite 103-268
Santa Rosa Beach, FL 32459

StacyHill-Sutherland
134 Harold St.
Roxbury, MA 02119

Stage 1 Ventures, LLC
2811 South Bayshore Drive
Suite 17A
Coconut Grove, FL 33133

Stanton,Kostant
69 Saddle Rock Way
Manchester, NH 03102

Star Power LLC
228 Park Ave S
New York, NY 10003-1502

Steam Logistics
325 Market Street
Suite 204
Chattanooga, TN 37402

Stefan Clarke
393 Fortune Boulevard
Milford, MA 01757

StefanClarke
Lot 2, Kendal. Bridgetown, St. John BB20
Barbados

Stein Learning Gardens
1210 West 78th Place
Chicago, IL 60620

StephanHamer
5810 S Green St
Chicago, IL 60621

StephaniePatillo
1900 Thomas Road
Haltom City, TX 76117

Steven Lobel
6535 Parkview Drive
H
Boca Raton, FL 33433

Steven RBallard
2640 Jefferson Avenue
Ogden, UT 84401

Steven Warren
430 Broadway
Cambridge, MA 02138

SteveSavitz
1005 Kriebel Mill Rd
Worcester, PA 19403

Stikeman Elliott LLP
5300 Commerce Court West 199 Bay Street.
Canada

Stone,Geoffrey De Louvigny
111 West 8th Street
Boston, MA 02127

Strauss Media Strategies
National Press Building, Suite 1163 529
Washington, DC 20045

Struebing,Stephen Louis
8131 Garth Ct
Annandale, VA 22003-1310

Superior Felt & Filtration, LLC
1150 Ridgeview Drive
McHenry, IL 60050

TamaraRick
1830 Airport Road
Staples, MN 56479

Taxiera,Alex
19 Tripp Ave
Brockton, MA 02301

TaylorBerschet
3960 Brookham Dr
Grove City, OH 43123

TechStars stock
1050 Walnut Street
Suite 202
Boulder, CO 80302

Teds of Fayville Inc
300 Turnpike Road
Southborough, MA 01772

Terranda, S. de R.L. de C.V.
Homero 109, Despacho 1602, Col. Polanco.
Mexico

Terrin Ricehill
9773 Turnpoint Drive
West Des Moines, IA 50266

Terry DDawson
74 South Street
Williamsburg, MA 01096

Thanksgiving Point
3003 North Thanksgiving Way
Lehi, UT 84043

The Teen Warehouse
1121 Thatcher Street
Wilmington, DE 19802

Theodore Katsiroubas
83 Peregrine Rd.
Newton, MA 02459

Thomas Publicover
17479 The Gore Road. Caledon East. Ontar
Canada

Thomas,Brandon Gerard
9 Southbury Rd
Cumberland, RI 02864

Thomas,John Stephen
24 Estrella St
Jamaica Plain, MA 02130-1944

TiffanyMcGuire
17 Charles Court
East Patchogue, NY 11772

TimothyLewis
6851 Citizens Parkway
San Antonio, TX 78229

TinaHolton
1711 Pepperidge Dr.
Orlando, FL 32806

TobiasPeggs
630 Flushing Ave
Suite 375
Brooklyn, NY 11206

TobyO'Berry
2705 E Euclid Ave
0
Des Moines, IA 50317

Todd Wong
1188 Rosamund Drive
San Ramon, CA 94582

ToddPortier
257 Stanwich Road
Greenwich, CT 06830

Tom Lashmit
218 Farm Road
Marlborough, MA 01752

```
TomLashmit
82 Brigham Street
Marlborough, MA 01752

TomSMITHERMAN
1900 Van Buren Street
116B
Hollywood, FL 33020

TovaFeinberg
6760 Southwest Avenue
St. Louis, MO 63143

TracyJanowicz
91-2128 Old Fort Weaver Road
Ewa Beach, HI 96706-1911

TracyRoach
13300 W. 2nd Pl.
Lakewood, CO 80228

Transportation One, LLC
1315 North North Branch Street
Suite E
Chicago, IL 60642

Travis Darr
2810 OSBORN CUTOFF RD
mosier, OR 97040

Trenchard,Rick M
481 Boylston Street
Apt #1
Brookline, MA 02445

TrevorSpear
518 South West Street
Raleigh, NC 27601

TriNet HR III-A, Inc.
1 Park Place
Suite 600
Dublin, CA 94568-7983

TristanSeisa
532 South Arden Boulevard
Los Angeles, CA 90020

Turina,David
345 Harrison Avenue
1129
Boston, MA 02118
```

TVT Capital Source LLC
881 Baxter Drive
STE 100
South Jordan, UT 84095

Two Men And A Truck
260 Fordham Road
Suite 600
Wilmington, MA 01887

TylerBortz
10200 Smith Road
Denver, CO 80239

UG 2, LLC
PO Box 5972
Springfield, MA 01101-5972

VananMurugesan
4414 Humboldt Avenue North
Minneapolis, MN 55412

Vanilla Forums Inc.
2045 Rue Stanley. Suite 1000. Montreat,
Canada

Vanzura,Cedric John
2 Steamboat Lne
Hingham, MA 02043

Vents-US
400 Murray Rd
Cincinnati, OH 45217

Vikram Punwani
181 Laurel Rd
Chestnut Hill, MA 02467

VinnieLima
3000 Village Run Road
#103-124
Wexford, PA 15090

VoidStar LLC
1487 Beacon St
Unit 4
Brookline, MA 02446

WadeYoung
439 Grand Dr Box 154
Bigfork, MT 59911-3614

Walley,Jonathan L
491 Massachusetts Avenue
Unit G
Boston, MA 02118

WandaLaughlin
7580 County Road 136
Live Oak, FL 32060

Wang,Edbert
29 Packard Ave
Apt 2
Somerville, MA 02144

Warren Katz
20 Fairfield Street
Boston, MA 02116

Warren,Steven
430 Broadway #3
Cambridge, MA 02138

Waterbury,Samuel
128 Furnace Street
Apt 3
North Adams, MA 01247

WendyWyatt
4086 County Road 119
Hesperus, CO 81326

Weston Howland III
75 Federal Street
Suite 1100
Boston, MA 02110

White,Sam
20 Chapel St
C908
Brookline, MA 02446

Will Herman
72 Leafy Hill Lane
Wolfeboro, NH 03894

WillCox
96 Pitts Bay Road. Hamilton
Bermuda

WilliamWerner
1 Shields Avenue
Davis, CA 95616

```
WilliamWoods
14013 S 33rd West Ave.
Glenpool, OK 74033

Winborn,Ky D
10 Cogswell Ave
Cambridge, MA 02140

Wisentaner,Rachel Ann
1045 Adams St
Unit 1
Dorchester, MA 02124

Woolard,James
256 Hillcrest Road
Needham, MA 02492

Wrap Solutions
278 Lowell Street
Wilmington, MA 01887

Wu,Grace
290 Middle St
West Newbury, MA 01985

YingZhang
2556 West Highway 318
Citra, FL 32113

YWCA Metropolitan Chicago
1 North La Salle Street
Suite 1700
Chicago, IL 60602

ZachKalas
127 West 127th Street
Annex Building
New York, NY 10027

Zack Armen
55 Vancycle Rd
Lincolnville, ME 04849

ZackBurns
3400 Vine Street
Cincinnati, OH 45220

Zahran,Sarah Carrie
27 School Street Pl Apt 3
Boston, MA 02119-3498
```

# United States Bankruptcy Court
## District of Massachusetts

In re  **Freight Farms, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Freight Farms, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Demeter Agrimex LLC
Homero 109, Despacho 1602, Col Polanco
Cuidad de Mexico, 11570
MEXICO**

**Ospraie Ag Science
411 Theodore Fremd Ave
Rye, NY 10580**

**Ospraie Ag Science
411 Theodore Fremd Ave
Rye, NY 10580**

**Ospraie Ag Science
411 Theodore Fremd Ave
Rye, NY 10580**

**Ospraie Ag Science
411 Theodore Fremd Ave
Rye, NY 10580**

☐ None [*Check if applicable*]

**April 30, 2025**

Date

**/s/ Donald R. Lassman**

**Donald R. Lassman 545959**

Signature of Attorney or Litigant
Counsel for  **Freight Farms, Inc.**

**Law Office of Donald R. Lassman
P. O. Box 920385
Needham, MA 02492
781-455-8400 Fax:781-455-8402
Don@LassmanLaw.com**