UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| FREIGHT FARMS, INC., | )　　　CHAPTER 7 |
| | )　　　CASE NO. 25-10908-CJP |
| Debtor | ) |

## CHAPTER 7 TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY HARRIS BEACH MURTHA CULLINA PLLC AS COUNSEL

To the Honorable Christopher J. Panos, United States Bankruptcy Judge:

Pursuant to Section 327 of the Bankruptcy Code, Fed. R. Bank. P. 2014 and MLBR 2014-1, Mark G. DeGiacomo, the duly-appointed Chapter 7 Trustee for the above-captioned bankruptcy estate (the "Trustee") hereby requests the entry of an Order authorizing the Trustee to employ the law firm of Harris Beach Murtha Cullina PLLC as his counsel.

In support of this Application, the Trustee respectfully states:

1.    On April 30, 2025, Freight Farms, Inc. (the "Debtor") filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code.

2.    On May 1, 2025, the Trustee was appointed the Chapter 7 Trustee of the bankruptcy estate of the Debtor.

3.    The Trustee seeks the entry of an Order authorizing the employment of the law firm of Harris Beach Murtha Cullina PLLC ("Harris Beach Murtha") as his counsel in this case, with such compensation and reimbursement of out-of-pocket expenses as this Court may allow.

4.    The Trustee selected Haris Beach Murtha because of the firm's experience in bankruptcy cases, and the Trustee believes that Harris Beach Murtha is well qualified to represent him in this case.

5.    The professional services that Harris Beach Murtha is to render to the Trustee in this case include the following:

4920-7857-5423, v. 1

a.  to prepare all necessary pleadings associated with the liquidation and recovery of estate assets;

b.  to represent the Trustee at all Court proceedings;

c.  to assist the Trustee in the investigation of fraudulent transfers and insider and non-insider preferences; and

d.  to perform such other legal services as may be required in the interest of creditors of the Debtor.

6.      The Trustee proposes to pay Harris Beach Murtha, subject to Court approval, at its usual hourly rates.

7.      To the best of the Trustee's knowledge, Harris Beach Murtha represents no entity having an adverse interest in connection with this case.

8.      The Affidavit of Mark G. DeGiacomo, a partner of the law firm of Harris Beach, is submitted in support of this Application.

WHEREFORE, the Trustee requests that this Court enter an Order authorizing the Trustee to employ the law firm of Harris Beach Murtha Cullina PLLC to represent him in this case, with such compensation and reimbursement of out-of-pocket expenses as this Court may allow, and that this Court grant such other and further relief as may be just and proper.

Respectfully submitted,

MARK G. DEGIACOMO, CHAPTER 7
TRUSTEE OF FREIGHT FARMS, INC.

/s/ Mark G. DeGiacomo
Mark G. DeGiacomo, Esq. BBO #118170
Harris Beach Murtha Cullina PLLC
33 Arch Street, 12th Floor
Boston, MA 02110
617-457-4000 Telephone
617-482-3868 Facsimile
Dated:  May 6, 2025                                     mdegiacomo@harrisbeachmurtha.com

2

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FREIGHT FARMS, INC., | ) | CHAPTER 7 |
| | ) | CASE NO. 25-10908-CJP |
| Debtor | ) | |

**AFFIDAVIT OF MARK G. DEGIACOMO IN SUPPORT OF**
**CHAPTER 7 TRUSTEE'S APPLICATION FOR AUTHORITY**
**TO EMPLOY HARRIS BEACH MURTHA CULLINA PLLC AS COUNSEL**

Pursuant to Fed. R. Bankr. P. 2014(a), MLBR 2014-1 and 11 U.S.C. §327, I, Mark G.
DeGiacomo, being duly sworn, do hereby depose and state as follows:

1.  I am an attorney duly admitted to practice before the courts of the Commonwealth
    of Massachusetts and the United States District Court for the District of
    Massachusetts.

2.  I am a partner in the law firm of Harris Beach Murtha Cullina PLLC, 33 Arch
    Street, Boston, Massachusetts ("Harris Beach Murtha").

3.  I hereby represent that neither I nor any member of my firm holds or represents any
    interest adverse to the estate of Freight Farms, Inc. ("Debtor").

4.  To the best of my knowledge, information, and belief, neither Harris Beach Murtha
    nor any member of the firm of Harris Beach Murtha has any connection with any
    Bankruptcy Judge in the District of Massachusetts, the Debtor, any creditor, or
    other party in interest, their respective attorneys or accountants, the United States
    Trustee or any person employed by the United States Trustee which would render
    the employment of the undersigned and the firm of Harris Beach Murtha improper.

5.  Due to the size and diversity of Harris Beach Murtha's practice, Harris Beach
    Murtha may have represented or otherwise dealt with, and may now be
    representing or otherwise dealing with, various persons (and their attorneys and
    accountants) who are or who may consider themselves creditors or parties in the
    interest in this case. To the best of my knowledge and information, such
    representation or involvement does not relate in any way to the Debtor, its estate or
    its pending case. To the best of my knowledge, after due inquiry, Harris Beach
    Murtha:

    (a)  is not a creditor of the Debtor, or an "insider" of the Debtor, as the term is
         defined at 11 U.S.C. § 101(31);

(b)    is not and has not been, within two years before the date of the filing of the petition, an employee of the Debtor; and

(c)    does not have an interest materially adverse to the interests of the Debtor's estate, or of any creditors thereof, by reason of any direct or indirect relationship to or connection with the Debtor or for any other reason.

6.    I hereby represent that I and each member of my firm is a "disinterested person" as that term is defined in 11 U.S.C. §101(14).

7.    I hereby represent that I have not agreed to share with any person except with members of Harris Beach Murtha, the compensation to be paid for the services rendered in this case.

8.    I have not received a retainer in this case.

9.    I shall amend this statement immediately upon my learning that (A) any of the within representations are incorrect or (B) there is any change of circumstance relating thereto.

10.    I have reviewed the provisions of MLBR 2016-1.

I DECLARE UNDER THE PENALTY OF PERJURY THAT TO THE BEST OF MY KNOWLEDGE, THE FOREGOING IS TRUE AND CORRECT.

DATED THIS 6th DAY OF MAY, 2025.

Mark G. DeGiacomo

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| FREIGHT FARMS, INC., | )     CHAPTER 7 |
| | )     CASE NO. 25-10908-CJP |
|             Debtor | ) |

DECLARATION RE: ELECTRONIC FILING

PART I- DECLARATION

      I      Mark G. DeGiacomo     , hereby declare(s) under penalty of perjury that all of the information contained in my     Affidavit of Mark G. DeGiacomo in Support of Chapter 7 Trustee's Application for Authority to Employ Harris Beach Murtha Cullina PLLC as Counsel     (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

      I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: May 6, 2025

                                  (Affiant)

PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

      I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:                        Signed:_____
                                     Attorney for Affiant

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FREIGHT FARMS, INC., | ) | CHAPTER 7 |
| | ) | CASE NO. 25-10908-CJP |
| Debtor | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, Mark G. DeGiacomo, hereby certify that on the 6th day of May, 2025, I served a copy

of the ***Chapter 7 Trustee's Application for Authority to Employ Harris Beach Murtha Cullina***

***PLLC as Counsel*** and ***Affidavit of Mark G. DeGiacomo in Support of Chapter 7 Trustee's***

***Application for Authority to Employ Haris Beach Murtha Cullina PLLC as Counsel***, via first-

class mail, postage prepaid, ECF Transmission or by electronic mail upon the parties listed on

the attached Service List.


/s/ Mark G. DeGiacomo
Mark G. DeGiacomo, Esq. BBO #118170
Harris Beach Murtha Cullina PLLC
33 Arch Street, 12th Floor
Boston, MA 02110
617-457-4000 Telephone
617-482-3868 Facsimile
mdegiacomo@harrisbeachmurtha.com

Richard King, Asst. U.S. Trustee*
Office of the US Trustee
J.W. McCormack P.O. & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA  02109

Freight Farms, Inc.
20 Old Colony Avenue, Suite 201
Boston, MA 02127

Donald R. Lassman, Esq.*
(Counsel to Freight Farms, Inc.)
Law Offices of Donald R. Lassman
P.O. Box 920385
Needham, MA 02492

Airport Realty Trust
188 Debbie Drive
Leominster, MA 01453

National Development
360 Longwood Avenue
Boston, MA 02115

TVT Capital Source LLC
881 Baxter Drive, Ste. 100
South Jordan, UT 84095

5W Public Relations
299 Park Avenue 10th Floor
New York, NY 10171

Accelerated Services Inc.
158-2 Remington Boulevard
Ronkonkoma, NY 11779

Accutemp Engineering
100 Maple St. Bldg B
Stoneham, MA 02180

Admiral Metals
11 Forbes Road
Woburn, MA 01801

AFC Worldwide Express, Inc.
PO Box 405939
Atlanta, GA 30384-5939

Agile Education Marketing
700 17th St., Suite 2250
Denver, CO 80202

**AGRINAM INVESTMENTS, LLC
Homero 109, Despacho 1602, Col.
Polanco.
Mexico**

Agrowtek
173 Ambrogio Dr. Ste A
Brookfield, WI 53045

Air Distribution Concepts, Inc.
204 Hallberg Street, Unit A, B
Delavan, WI 53115

Alternative Manufacturing, Inc.
30B Summer St
Winthrop, ME 04364

American Bright Optoelectronics Corp.
13815 Magnolia Avenue, Suite C
Chino, CA 91710

Arent Fox LLP
1717 K Street, NW
P.O. Box 7247
Washington, DC 20006

Association of Zoos & Aquariums
8403 Colesville Road, STE 710
Silver Spring, MD 20910

**Babatunde Adegboyega
410 Old Pennywell Road. St John's,
Newfoundland
Canada**

**Baker Tilly WM LLP
400 Burrard St. Suite 900.
Vancouver, British Columbia
Canada**

Bard Manufacturing Company, Inc.
PO Box 73293-N
Cleveland, OH 44193-0814

BLP Cleaning Services Inc
39 Imperial Avenue
Leominster, MA 01453

Brava Brands LLC
11701 Old Bee Caves Road, Ste 215
Austin, TX 78738

BREX
650 S 500 W, Suite 209
Salt Lake City, UT 84101

Cambridge Healthtech Institute
250 First Avenue, Suite 300
Needham, MA 02494

**Changzhou Dengyue Polymer Group
Co.,ltd
No.209 Fumin Road Lucheng Street
Wujin D
China**

Charter Link Logistics Group
199 Jericho Turnpike, Suite 300
Floral Park, NY 11001

Chubb Commercial Insurance
PO Box 382001
Pittsburgh, PA 15250

Cision US Inc.
12051 Indian Creek Court
Beltsville, MD 20705

Citara Systems
65 Boston Post Road West, Ste 350
Marlborough, MA 01752

Climactiva Group, LLC
BOX 366937
San Juan, PR 00936

Connexus Manufacturing LLC
312 Main Street
Hudson, MA 01749

Connor Group Global Services, LLC
DEPT 3748 P.O. Box 123748
Dallas, TX 75312-3748

Controller Service & Sales
13 Robbie Road
Avon, MA 02322

Convention Management Group Inc
1430 Spring Hill Road, 6th Floor
McLean, VA 22102

DB Roberts, Inc.
54 Jonspin Road
Wilmington, MA 01887

Decko Products
45 Maryland Ave E
Saint Paul, MN 55117

Digi-Key Electronics
701 Brooks Ave South
P.O. Box 677
Thief River Falls, MN 56701-0250

Diversified Technologies LLC, dba
MCT/RA
2 West Main Street
Victor, NY 14564

Emerson Swan
300 Pond Street
Randolph, MA 02368

ETM Manufacturing
24 Porter Rd
Littleton, MA 01460

F. W. Webb Company
160 Middlesex Turnpike
Bedford, MA 01730

firstPRO, Inc.
125 Summer Street
Suite 1640
Boston, MA 02110

**Futufarm Ab
Box 7110, HALMSTAD 30007
Sweden**

Global Industrial
29833 Network Place
Chicago, IL 60673-1298

Gong.io Inc
PO Box 102866
Pasadena, CA 91189

Grainger
160 Broadway
Everett, MA 02149

Harrington Industrial Plastics LLC
Po Box 676273
Dallas, TX 75267

**Hefei WNK Smart Technology Co.
Ltd.
5F, Bldg 2A, Mingzhu Industrial
Park, 10
China**

Hettich
4295 Hamilton Mill Road, Suite 400
Buford, GA 30518

Hinckley Allen & Snyder
28 State Street
Boston, MA 02109-1775

Hydrofarm LLC
PO BOX 102326
Pasadena, CA 91189-2326

ICR LLC
761 Main Ave
Norwalk, CT 06851

Intransit Container
241 Francis Avenue
Mansfield, MA 02048

John Wood
21862 Michigan Lane
Lake Forest, CA 92630-2408

Kalow Technologies
155 Seward Road
Rutland, VT 05701

Latham & Watkins LLP
555 West 5th Street, Suite 300
Los Angeles, CA 90013-1010

Lawson & Weitzen
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

**Lexington Capital, S.A.P.I. de C.V
Homero 109, Despacho 1602, Col.
Polanco.
Mexico**

Live Oak Solutions
32 Homer Avenue
Buffalo, NY 14216

Mike Hance Trucking. Inc
3059 Walker Mountain Road
West Rutland, VT 05777

Mini Warehousing, Inc
241 Francis Avenue
Mansfield, MA 02048

Mohawk Global Logistics
123 Air Cargo Road
Syracuse, NY 13212

Momentum Manufacturing Group
210 Pierce Road
Saint Johnsbury, VT 05819

Monoprice
PO Box 740417
Los Angeles, CA 90074-0417

**Mulan Manufacturing Group
Room 505-507, Building 37, 2049
Pujin Ro
China**

NorthEast Electrical
560 Oak Street
Brockton, MA 02301

Northern Air Systems, Inc.
3605 Buffalo Road
Rochester, NY 14624

One Way Lease
1000 Broadway, Suite 425
Oakland, CA 94607

OnLogic
435 Community Drive
South Burlington, VT 05403

Paradox Sales LLC dba Equalseal
8845 East Market Street
Warren, OH 44484

Perin & Campbell
128 Nahant Street
Wakefield, MA 01880

Reliance Worldwide Corporation
2300 Defoor Hills Road Northwest
Atlanta, GA 30318

Richards, Layton & Finger
920 North King Street
Wilmington, DE 19801

**Riteng Industry Co
Room 803 Chavalier House 45-51
Chatham R
Hong Kong**

Rivulis Irrigation, Inc
P. O. Box 841976
Boston, MA 02284

SB Gateway II LLC
2310 Washington Street
Newton Lower Falls, MA 02462

Sensorex
11751 Markon Drive
Garden Grove, CA 98841

**Shenzhen Ohmax Optoelectronic
Lighting C
No. 132 Fuxing Street Hehua
Community Lo
Hong Kong**

**SST Sensing Ltd
5 Hagmill Crescent, Coatbridge,
Scotland
United Kingdom**

Steam Logistics
325 Market Street, Suite 204
Chattanooga, TN 37402

Stefan Clarke
393 Fortune Boulevard
Milford, MA 01757

**Stikeman Elliott LLP**
**5300 Commerce Court West 199 Bay**
**Street**
**Canada**

Strauss Media Strategies
National Press Building, Suite 1163 529
Washington, DC 20045

Superior Felt & Filtration, LLC
1150 Ridgeview Drive
McHenry, IL 60050

Teds of Fayville Inc
300 Turnpike Road
Southborough, MA 01772

**Terranda, S. de R.L. de C.V.**
**Homero 109, Despacho 1602, Col.**
**Polanco**
**Mexico**

Thanksgiving Point
3003 North Thanksgiving Way
Lehi, UT 84043

The Teen Warehouse
1121 Thatcher Street
Wilmington, DE 19802

Transportation One, LLC
1315 North Branch Street, Suite E
Chicago, IL 60642

Two Men And A Truck
260 Fordham Road, Suite 600
Wilmington, MA 01887

UG 2, LLC
PO Box 5972
Springfield, MA 01101-5972

**Vanilla Forums Inc.**
**2045 Rue Stanley. Suite 1000.**
**Montreal,**
**Canada**

Vents-US
400 Murray Rd
Cincinnati, OH 45217

Wrap Solutions
278 Lowell Street
Wilmington, MA 01887

YWCA Metropolitan Chicago
1 North La Salle Street, Suite 1700
Chicago, IL 60602

Balestriere
Attn: John G. Baslesreire, Esq.
225 Broadway, 29th Floor
New York, NY 10007

Carlo Cellai, Esq.
Cellai Law Offices
150 Grossman Drive, Suite 201
Braintree, MA 02184

Doherty, Dugan, Cannon, Raymond &
Weil
Attn: Nicholas Rossini, Esq
124 Grove Street, Suite 220
Franklin, MA 02038

TriNet HR III-A, Inc.
1 Park Place, Suite 600
Dublin, CA 94568-7983

**\*served by ECF transmission**